IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **ACCREDITED HOME LENDERS** | § | **Case No. 09-_____ (\_\_\_)** |
| **HOLDING Co.,** | § | |

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the debtors and debtors-in-possession (the "Debtors") in the above-captioned cases hereby certify that the following corporations directly or indirectly own 10% or more of the Debtors' equity interests:

LSF5 Accredited Investments, LLC and LSF5 Mortgage Line, LLC own more than 10% of the equity interests in Accredited Home Lenders Holding Co. Accredited Home Lenders Holding Co. owns the equity interests in Accredited Home Lenders, Inc. and Vendor Management Services, LLC d/b/a Inzura Settlement Services. Accredited Home Lenders, Inc. owns the equity interests in Inzura Insurance Services, Inc. and Windsor Management Co. d/b/a AHL Foreclosure Services Company.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of April, 2009.

*[signature]*
_____
Meade Monger
Chief Restructuring Officer