UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Accredited Home Lenders Holding Co. | : | Case No. 09-11516 (MFW) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## NOTICE OF APPEARANCE

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the undersigned counsel to KODIAK CDO I, LTD. and KODIAK CDO II, LTD., ("KODIAK"), pursuant to, inter alia, Section 1109(b) of the Bankruptcy Code, 11 U.S.C. § 1109(b), and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Rules"), requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

Stuart M. Brown
Edwards Angell Palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: 302.777.7770
Facsimile: 307.777.7263
Email: sbrown@eapdlaw.com

-and-

John D. Casais
Mathew A. Martel
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199-7613
Telephone: 617.239.0100
Facsimile: 617.227.4420
Email: mmartel@eapdlaw.com
jcasais@eapdlaw.com

PLEASE TAKE FURTHER NOTICE that this request is not only for the notices and other documents referred to in the Rules specified above, but includes, without limitation, all orders, notices, applications, motions, petitions, schedules of assets and liabilities, statement of financial affairs, pleadings, requests, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, email or otherwise. The undersigned further requests that these persons be added to the Matrix System and to any mailing list maintained by the bankruptcy clerk.

PLEASE TAKE FURTHER NOTICE that KODIAK does not intend for this Notice of Appearance and Request for Special Notice, nor any subsequent appearance, pleading or claim to waive any rights to which KODIAK is entitled, including but not limited to: (i) the KODIAK's right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the KODIAK's right to trial by jury, and (iii) KODIAK's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which KODIAK is or may be

entitled to under agreements or in law or in equity, all of which are expressly reserved.

Dated: May 4, 2009                     Respectfully Submitted,

                                       EDWARDS ANGELL PALMER & DODGE LLP


                                       /s/ Stuart M. Brown
                                       Stuart M. Brown (No. 4050)
                                       919 North Market Street, 15th Floor
                                       Wilmington, Delaware 19801
                                       Telephone: (302) 777-7770
                                       Facsimile: (302) 777-7263
                                       E-Mail:    sbrown@eapdlaw.com


                                       *Counsel for KODIAK CDO I, LTD. and KODIAK CDO II, LTD*

# CERTIFICATE OF SERVICE

I, Stuart M. Brown, do hereby certify that on the 4th day of May, 2009, I caused a true and correct copy of the foregoing *Notice of Appearance* to be served upon the parties listed below by U.S. Mail, postage pre-paid, or in the manner so indicated.

/s/ Stuart M. Brown
Stuart M. Brown (#4050)

**VIA HAND DELIVERY**
Laura Davis Jones
James E. O'Neill
Timothy P. Cairns
Mark M. Billion
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705