UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

IN THE MATTER OF:  Chapter 11

Accredited Home Lenders Holding Co., *et al.*,

Case No. 09-11516 (MFW)

Debtor(s).

## STATEMENT THAT UNSECURED CREDITORS' COMMITTEE HAS NOT BEEN APPOINTED

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(  )  Debtors' petitions/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

(  )  No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

**( x )  Insufficient response to the United States Trustee communication/contact for service on the committee.**

(  )  No unsecured creditor interest.

(  )  Non-operating debtors-in-possession - - no creditor interest.

(  )  Application to convert to Chapter 7 or to dismiss pending.

(  )  Converted or dismissed.

(  )  Other:

ROBERTA A. DeANGELIS
Acting United States Trustee

 /s/ Joseph J. McMahon, Jr. for
William K. Harrington
Assistant United States Trustee

DATED: May 22, 2009

Attorney assigned to cases: Thomas P. Tinker, Esquire, Phone: (302) 673-6491, Fax: (302) 573-6497
Debtors' co-counsel: Laura Davis Jones, Esquire, Phone: 302-652-4100, Fax: 302-652-4400