IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ACCREDITED HOME LENDERS | § | Case No. 09-11516 (MFW) |
| HOLDING CO., et al. | § | |
| | § | Jointly Administered |
| Debtors.[1] | § | **Related Docket Nos.: 152 & 153** |

**ORDER GRANTING DEBTOR'S MOTION TO SHORTEN NOTICE REGARDING DEBTORS' MOTION FOR AN ORDER (A) AUTHORIZING THE SALE OF CERTAIN ASSETS OF THE DEBTORS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS PURSUANT TO THE APA, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS, AND (C) GRANTING RELATED RELIEF**

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (the "Debtors") for an order shortening the notice period for *Debtors' Motion for an Order (a) Authorizing the Sale of Certain Assets of the Debtors Free and Clear of All Liens, Claims, Encumbrances, and Other Interests Pursuant to the APA, (b) Authorizing the Assumption and Assignment of Certain Executory Contracts, and (c) Granting Related Relief* (the "Sale Motion"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 158(a); ~~and it appearing that the relief requested by the Motion is in the best interests of Debtors' estates, its creditors and other parties in interest;~~ and it appearing that the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 100, San Diego, CA 92131. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

~~relief requested by the Motion is necessary to avoid immediate and irreparable harm to the Debtors' estates;~~ and after due deliberation ~~and for good cause appearing for the Motion~~, it is hereby

ORDERED that the Motion is ~~granted~~ DENIED; and it is further

ORDERED that a hearing on the Sale Motion is scheduled for ~~June 23~~ July 2, 2009 at 9:30 a.m. prevailing Eastern time and it is further

ORDERED, the deadline to object or respond to the Sale Motion is set for June ~~22~~ 25, 2009, at noon prevailing Eastern time; and it is further

ORDERED, that counsel for the Debtors shall, within twenty-four hours of entry of this Order, serve a copy of this Order and notice of the Sale Motion on parties originally served with the Sale Motion in the manner described in the Motion that is presently before the Court.

Wilmington, Delaware
Date: June 12, 2009

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

DOCS_DE:149278.1