UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Accredited Home Lenders Holding Co. | : | Case No. 09-11516 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Citigroup Global Markets Realty Corp.**, Attn: James Goddard, 388 Greenwich St., New York, NY 10013, Phone: 212-816-0062, Fax: 646-791-1438

2. **Transcontinental Valuations, Inc.**, Attn: Gregg Baier, 6150 Lusk Blvd., Suite B200, San Diego, CA 92121, Phone: 888-800-1564, Fax: 619-923-2780

3. **Carrie Luft**, 139 Sinclair St. SE, Port Clarlotte, FL, Phone: 941-255-1775


ROBERTA A. DEANGELIS
Acting United States Trustee, Region 3


 /s/ T. Patrick Tinker for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: June 16, 2009

Attorney assigned to this Case: T. Patrick Tinker, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: James E. O'Neill, Esquire, Phone: (302) 652-4100, Fax: (302) 652-4400