IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ACCREDITED HOME LENDERS HOLDING CO., et al.[1] | ) ) | Case No. 09-11516 (MFW) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**Objection Deadline: July 21, 2009 at 4:00 p.m. prevailing Eastern Time**
**Hearing Date: July 28, 2009 at 11:30 a.m. prevailing Eastern Time**

### NOTICE OF DEBTORS' MOTION FOR AN ORDER (I) ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM (II) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, AND (III) PROVIDING CERTAIN SUPPLEMENTAL RELIEF

TO: (i) the Office of the United States Trustee; (ii) counsel to the Committee; and (iii) those persons who have requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on June 29, 2009 the above-captioned Debtors and Debtors in possession (the "Debtors"), filed the *Debtors' Motion for an Order (i) Establishing Bar Dates for Filing Proofs of Claim (ii) Approving the Form and Manner of Notice Thereof, and (iii) Providing Certain Supplemental Relief* (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court") seeking an order to establish a bar date for filing proofs of claim.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 100, San Diego, CA 92131. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **July 21, 2009 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Debtor: (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esquire, and (b) Hunton & Williams LLP, 1445 Ross Avenue, Suite 3700, Dallas, Texas 75202, Attn: Gregory G. Hesse, Esquire (ii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, Room 2207, 844 North King Street, Wilmington, Delaware 19801, Attn.: Thomas P. Tinker, Esquire; and (iii) counsel to the Committee, (a) Arent Fox LLP, 1675 Broadway, New York, NY 10019, Attn: Schuyler G. Carroll, Esquire, and (b) Elliott Greenleaf, 1105 Market Street, Suite 1700, Wilmington, DE 19801, Attn: Rafael X. Zahralddin-Aravena, Esquire.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON JULY 28, 2009 AT 11:30 A.M. BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON DELAWARE 19801.

Dated: June 29, 2009

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ [signature]*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:     ljones@pszjlaw.com
           joneill@pszjlaw.com
           kmakowski@pszjlaw.com

-and-

HUNTON & WILLIAMS LLP
Gregory G. Hesse (Texas Bar No. 09549419)
Lynnette R. Warman (Texas Bar No. 20867940)
Jesse T. Moore (Texas Bar No. 24056001)
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: (214) 979-3000
Telecopy: (214) 880-0011
Email:     ghesse@hunton.com
           lwarman@hunton.com
           jtmoore@hunton.com

Attorneys For The
Debtors And Debtors In Possession