UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Accredited Home Lenders Holding Co. | : | Case No. 09-11516 (MFW) |
| | : | |
| | : | *AMENDED NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Citigroup Global Markets Realty Corp.**, Attn: James Goddard, 388 Greenwich St., New York, NY 10013, Phone: 212-816-0062, Fax: 646-791-1438

2. **Transcontinental Valuations, Inc.**, Attn: Gregg Baier, 6150 Lusk Blvd., Suite B200, San Diego, CA 92121, Phone: 888-800-1564, Fax: 619-923-2780

3. **Carrie Luft**, 139 Sinclair St. SE, Port Charlotte, FL, Phone: 941-255-1775

4. **Kodiak CDO I, Ltd.**, Attn: Robert Hurley, 2107 Wilson Boulevard, Suite 400, Arlington, VA 22201, Phone: 703-875-7622

5. **Patricia Howell**, 1980 16th Street, No. P-311, Newport Beach, CA 92663, Phone: 949-690-6466, Fax: 866-379-2894

ROBERTA A. DEANGELIS
Acting United States Trustee, Region 3

 /s/ T. Patrick Tinker for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: July 23, 2009

Attorney assigned to this Case: T. Patrick Tinker, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: James E. O'Neill, Esquire, Phone: (302) 652-4100, Fax: (302) 652-4400

* *Citigroup Global Markets Realty Corp. resigned from the committee, and was re-appointed effective 7/23/09. Kodiak CDO I, Ltd. and Patricia Howell were appointed to the committee effective 7/23/09.*