UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re                                                   : Case No. 09-11516 (MFW)
                                                        :
ACCREDITED HOME LENDERS                                 : Chapter 11
HOLDING CO., *et al.*,[1]                               :
                                                        : Jointly Administered
                    Debtors.                            :
                                                        : Re: Docket No. 246
------------------------------------------------------- x

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WEISER LLC, AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC*

Upon the Application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Accredited Home Lenders Holding Co., *et al.* (the "Debtors"), for entry of an order authorizing the employment and retention of Weiser LLC ("Weiser") as financial advisor to the Committee, *nunc pro tunc* to June 23, 2009 pursuant to Sections 327, 504 and 1103(a) of Title 11 of the United States Code §§ 101 *et seq.* (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and upon the Affidavit of James Horgan in support thereof ("Horgan Affidavit"); and it appearing that Weiser represents no interest adverse to the Debtors' estates, the Committee, or creditors thereof with respect to the matters for which Weiser is to be engaged; and it further appearing, upon the representations in the Horgan Affidavit, that Weiser is a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code; and the employment and retention of Weiser being necessary

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc. a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056).

NYC/439427.1

and in the best interests of the Debtors' estates and their creditors; and good and adequate notice of the Application having been given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that pursuant to Sections 327 and 1103(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), the Committee is hereby authorized and empowered to employ and retain Weiser, as its financial advisor, *nunc pro tunc* to June 23, 2009, on the terms and conditions set forth in the Application and the Horgan Affidavit; and it is further

ORDERED, that compensation and reimbursement of expenses to be paid to Weiser shall be paid as an administrative expense of the Debtors' estates in such amounts as shall be allowed and determined upon appropriate application to the Court pursuant to Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Guidelines for fees and all orders and such other procedures as may be fixed by this Court.

Dated: Wilmington, Delaware
July 24, 2009

Mary F. Walrath
United States Bankruptcy Judge