(Counsel to Debtors)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

(Parcels)
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

(United States Trustee)
Thomas P. Tinker
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

(United States Attorney)
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

(Counsel to Kodiak CDO I, Ltd., Kodiak CDO II, Ltd., and JP Morgan Chase Bank, N.A.)
Stuart M. Brown, Esquire
Fotini A. Antoniadis, Esquire
Edwards Angell Palmer & Douglas
919 North Market Street, Suite 1500
Wilmington, DE 19801

James E. Huggett, Esquire
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE 19801

(Counsel to U.S. Bank)
Peter J. Duhig, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

(Counsel to Citigroup Global Realty Markets)
Howard A. Cohen, Esquire
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

(Official Committee of Unsecured Creditors)
Rafael X. Zahralddin-Aravena, Esquire
Shelley A. Kinsella, Esqurie
Neil R. Lapinski, Esquire
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE 19801

(Counsel to LSF MRA, LLC)
Joel A. Waite, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801-1037

(Official Committee of Unsecured Creditors)
Andrew Silfin, Esquire
Schuyler G. Carroll, Esquire
Arent Fox LLP
1675 Broadway
New York, NY  10019

(Official Committee of Unsecured Creditors)
Jeffrey Rothleder, Esquire
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC  20036

(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

Secretary of Treasury
P.O. Box 7040
Dover, DE  19903

Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC  20220

Attn:  Insolvency
District Director
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD  21201

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114-0326

Attn: Insolvency
Internal Revenue Service
1352 Marrows Road, 2nd Floor
Newark, DE  19711-5445

Mark Schonfeld, Esq.
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY  10281-1022

Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC  20549

Matthew Berry, Esq.
Office of General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC  20554

Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC  20005-4026

(Counsel to Kodiak CDO I, Ltd., Kodiak CDO II, Ltd., and JP Morgan Chase Bank, N.A.)
John D. Casais
Mathew A. Martel
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA  02199-7613

(Counsel to Debtors)
Gregory G. Hess, Esquire
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX  75202

(Counsel to Gifty R. Samuels, Creditor)
David G. Baker, Esquire
236 Huntington Avenue, Ste. 302
Boston, MA  02115

Scott Douglass
909 Fannin, Suite 1800
Houston, TX  77010

(Counsel to 900 Merchants Concourse, LLC)
Darren Pascarella, Esquire
Farrell Fritz, P.C.
1320 RexCorp Plaza
Uniondale, NY  11556-1320

(Authorized Agent for America's Servicing Company)
Whitney Groff, Esquire
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA  30076-2102

(Counsel to Cameron County)
Diane W. Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
The Terrace II, 2700 Via Fortuna Drive
Suite 400
P.O. Box 17428
Austin, TX  78760

(Counsel to tw telecom inc.)
Linda Boyle
tw telecom inc.
10475 Park Meadows Drive, #400
Littleton, CO  80124

(Counsel to Arlington Independent School District)
Arlington Independent School District
c/o Elizabeth Banda
Perdue, Brandon, Fielder,
Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX  76094-0430

(Creditor)
Litton Loan Servicing, LP
P. O. Box 829009
Dallas, TX  75382-9009

(Authorized Agent for Litton Loan Servicing, LP)
Hilary B. Bonial, Esquire
Tyler Jones, Esquire
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX  75243

(Counsel to First American Capital V LLC)
Jon Krigsman
Managing Member
First American Capital V LLC
7286 Siena Way
Boulder, CO  80301

(Interested Party)
America's Servicing Company
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA  30076

(Counsel to Bexar County)
David G. Aelvoet, Esquire
Linebarger Goggan Blair & Sampson LLP
Travis Building, 711 Navarro, Suite 300
San Antonio, TX  78205

(Creditor)
Eugene C. Smalls
2312 22nd Avenue, S.W.
Largo, FL  33774

(Counsel to Moody's Investors Service)
Christopher R. Belmonte, Esquire
Pamela A. Bosswick, Esquire
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY  10169

Counsel to U.S. Bank)
David J. McCarty, Esquire
Kyle Mathews, Esquire
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 48th Floor
Los Angeles, CA  90071

(Counsel to AK Teacher Retirement System)
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

(Counsel to AK Teacher Retirement System)
David Stickney, Esquire
Bernstein Litowitz Berger & Grossman, LLP
12481 High Bluff Drive, Suite 300
San Diego, CA  92130

(Pro Se Litigant)
Mario A. Kenny
789 NE 83rd Street
Miami, FL  33138

(Counsel to American Express Travel Related Services Co, Inc Corp Card)
American Express Travel Related Services Co, Inc Corp Card
c/o Becket and Lee LLP
Gilbert B Weisman, Esquire
POB 3001
Malvern, PA  19355 0701

(Counsel to Wells Fargo Bank, N.A., as Indenture Trustee and Property Trustee)
David E. Retter, Esquire
Jennifer A. Christian, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

(Wells Fargo Bank, N.A., as Indenture Trustee and Property Trustee)
James R. Lewis
Vice President
Wells Fargo Bank, N.A.
45 Broadway - 17th Floor
New York, NY  10006

(Counsel to Fidelity and Deposit Company of Maryland)
Patrick M. Birney, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103

(Counsel to Oracle USA, Inc. ( Oracle ) and Oracle Credit Corporation)
Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA  94105-2126

(Cypress Fairbanks ISD, Harris County, Galveston County, Wharton County, Fort Bend County, Montgomery County, and consolidated Tax Collections of Washington County)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

(As Agent for BAC Home Loans Servicing, LP)
Dean R. Prober, Esquire
Lee S. Raphael, Esquire
Cassandra J. Richey, Esquire
David F. Makkabi, Esquire
Polk, Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA  91364

(Counsel to Citigroup Global Realty Markets)
Robert K. Malone, Esquire
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932-1047

Noble Systems
7041 Grand National Dr #128h
Orlando, FL 32819

(A Pro Se Litigant)
Carrie L. Luft
139 Sinclair Street SE
Port Charlotte, FL 33952

(Counsel to LSF MRA, LLC)
Jane Lee Vris, Esquire
Dov R. Kleiner, Esquire
Vinson & Elkins L.L.P.
666 Fifth Avenue, 25th Floor
New York, NY 10103-0040

(Counsel to LSF MRA, LLC)
Matthew R. Stammel, Esquire
Vinson & Elkins L.L.P.
Trammell Crow Center
2001 Ross Avenue
Suite 3700
Dallas, TX 75201-2975

(IBM)
IBM Corporation
Attn: Vicky Namken
13800 Diplomat Drive
Dallas, TX 75234

(IBM)
IBM Corporation
Attn: Robert W. Geiger
New Orchard Road
MD 213
Armonk, NY 10504

(IBM)
IBM Corporation
Attn: David Ray Jr.
Hyatt Center
71 S Wacker Dr, 6th Floor
Chicago, IL 60606-4637

(Creditor)
Anderson, Burns & Vela, LLP
Michael J. Burns, Esquire
8111 LBJ Freeway, Suite 480
Dallas, TX 75251

(Counsel to Microsoft Corporation)
Hilary Bramwell Mohr, Esquire
Joseph E. Shickich, Jr., Esquire
Riddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154