IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ACCREDITED HOME LENDERS HOLDING CO., et al.,<br><br>Debtors. | Chapter 11<br>Case Nos. 09-11516 (MFW)<br>(Jointly Administered)<br><br>Related To Docket No. 595 & 894 ~~894~~ |

## ORDER TERMINATING THE AUTOMATIC STAY UNDER SECTION 362(a) OF THE BANKRUPTCY CODE TO PERMIT THE COMMENCEMENT OR CONTINUATION OF ANY ACT TO EXERCISE ANY RIGHTS AND REMEDIES UPON INTERESTS IN REAL PROPERTY

UPON CONSIDERATION OF the Motion for Blanket Relief from Automatic Stay [Docket No. 595] (the "Motion")[1] filed by various parties (collectively, "Movants") in the above-referenced case, and any response to the Motion; the Court having determined that the relief requested in the Motion is appropriate under the circumstances, and it appearing that no other or further notice is required; and after due notice and sufficient cause appearing therefor; IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion is GRANTED as set forth more fully herein below.

2. Pursuant to 11 U.S.C. § 362(d), to the extent that the automatic stay and/or any injunction(s) may otherwise be applicable, any party is hereby granted relief from the automatic stay and such injunction(s), and the automatic stay and such injunction(s) are terminated, with respect to any interest in real property which may now be or some time in the past have been deemed to be property ("Real Property") of Accredited Home Lenders Holding Co. and/or its debtor affiliates (the "Debtors"). Any party is hereby permitted to exercise its rights, if any, under applicable non-bankruptcy law against any Real Property, including but not limited to the foreclosure of any mortgage, deed of trust, or other interest or encumbrance thereupon.

---

[1] All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

3. Notwithstanding anything else in this order, the automatic stay shall continue in full force and effect with regard to the following Real Property:

| Address | City | State | Zip |
|---|---|---|---|
| 2448 West 300 North | Provo | UT | 84601 |
| 1582 Linksview Close | Stone Mountain | GA | 30088 |
| 4883 Surrealist Court | Oceanside | CA | 92057 |
| 285 Maple Avenue | Wallington | NJ | 07057 |
| 4148 10th Street | Ecorse | MI | 48229 |
| 178 Quail Road | Griffin | GA | 30223 |
| 4513 S. Union Ave. | Chicago | IL | 60609 |
| 14772 Monroe Street | Orange | CA | 92655 |
| 4008 Kerwin Dr. | Memphis | TN | 38128 |
| 16328 S. Winchester | Markham | IL | 60426 |
| 1684 Hubbard Rd. | Madison | OH | 44057 |
| 69 Harold St | Franklin | OH | 45005 |
| 6359 Riverwalk Ln. | Jupiter | FL | 33458 |
| 6136 S. Laflin St. | Chicago | IL | 60636 |
| 415 Washington Avenue | Chelsea | MA | 02150 |
| 116 George Street | Convoy | OH | 45832 |
| 4467-69 Lillibridge Street | Detroit | MI | 48214 |
| 6060 East Risner Blvd. | Sierra Vista | AZ | 85635 |
| 23 Humphreys St. | Dorchester | MA | 02125 |
| 506 West Houston Avenue | Fullerton | CA | 92832 |
| 579 W. 5th St. | Lancaster | TX | 75146 |
| 817 East Mt. Morris St. | Mt. Morris | MI | 48458 |
| 3120 SW 47th Avenue | Hollywood | FL | 33023 |
| 15 Divided Acres | Hillsboro | MO | 63050 |
| 513 Forest Hollow Road | Wading River | NY | 11792 |
| 8830 Complex Dr | San Diego | CA | 92123 |
| 16550 West Bernardo Dr., Bldg. 1 | San Diego | CA | 92127 |
| 9915 Mira Mesa Blvd., Ste. 100 | San Diego | CA | 92131 |

4. Nothing in this order shall impair the rights the Debtors or their successors to assert any interest in any Real Property and seek application of the automatic stay as deemed appropriate to protect the interests of the Debtors' bankruptcy estate in such Real Property.

5. Nothing in this order (i) shall constitute a determination that any of the Debtors holds any interest in Real Property, (ii) shall estop the Debtors from denying that they hold any

interest in Real Property, or (iii) shall constitute a determination as to the validity, priority, or amount of any claim secured by Real Property asserted by any party.

6. The relief granted in this order shall not affect any substantive or procedural requirements for the exercise of rights and remedies against Real Property under applicable non-bankruptcy law.

7. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this order.

Date: October 16, 2009

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE