**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

**In re Accredited Home Lenders Holding Co.**

**Case No. 09-11516 (MFW)**
**Reporting Period: October 1, 2009 through October 31, 2009**

**MONTHLY OPERATING REPORT**
**File with Court and submit copy to United States Trustee within 20 days after end of month**

| Required Documents | Form No. | Documents Complete | Debtors' Statement |
|---|---|---|---|
| Schedule of Operating Cash Flow | MOR-1 | X | |
| Bank Account Reconciliations, Bank Statements and Disbursements Journal | MOR-1a | X | X |
| Schedule of Professional Fees and Expenses Paid | MOR-1b | X | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post Petition Taxes | | | X |
| Summary of Unpaid Post Petition Accounts Payable | MOR-4 | X | |
| Trade Accounts receivable and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-6 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the information contained in this monthly operating report (including attached schedules) is true and correct to best of my knowledge, information and belief.

James K. Ransom — 11/20/09

James K. Ransom
Controller
Accredited Home Lenders

Date

## General Notes

**Financial Statements**- the financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting in the United States of America ("U.S. GAAP") in all material respects. In addition, the financial statements and supplemental information contained herein represent the five debtor subsidiaries. The Company's non-debtor subsidiaries are not included in the condensed combined income statement or condensed combined balance sheet.

The unaudited financial statements have been derived from the books and records of the Debtors. This information, however, has not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon the application of such procedures, the Debtors believe that the financial information could be subject to changes, and these changes could be material, The information furnished in this report includes primarily normal recurring adjustments, but does not include all of the adjustments that would typically be made in accordance with U.S. GAAP.

The results of operations contained herein are not necessarily indicative of results that may be expected from any other period or for the full year and may not necessarily reflect the combined results of operations, financial position, and cash flows of the debtors in the future.

**Intercompany Transactions** – Receivables and payables between the Debtors have been eliminated; however, intercompany transactions between the Debtors and no debtor affiliates have not been eliminated in the financial statements contained herein. No conclusion as to the legal obligation related to these intercompany transactions is made by the presentation herein.

**Liabilities Subject to Compromise** - As a result of the chapter 11 filings, the payment of prepetition indebtedness is subject to compromise or other treatment under a plan of reorganization. The determination of how liabilities will ultimately be settled and treated cannot be made until the Court approves a chapter 11 plan of reorganization. Accordingly, the ultimate amount of such liabilities is not determinable at this time. SOP 90-7 requires prepetition liabilities that are subject to compromise to be reported at the amounts expected to be allowed, even if they may be settled for lesser amounts. The amounts currently classified as liabilities subject to compromise are preliminary and may be subject to future adjustments depending on court actions, further developments with respect to disputed claims, determination of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation or other events.

**In re Accredited Home Lenders Holding Co.**

**Case No. 09-11516 (MFW)**
**Reporting Period: October 1, 2009 through October 31, 2009**

## MONTHLY OPERATING REPORT

**File with Court and submit copy to United States Trustee within 20 days after end of month**

### MOR-1
### Debtors Combined Schedule of Operating Cash Flow
### For the Period October 1, 2009 through Ocotober 31, 2009

| | Accredited Home Lenders Holding Co. **Case # 09-11516** | Accredited Home Lenders, Inc. **Case # 09-11517** | Vendor Management Services, LLC **Case # 09-11518** | Inzura Insurance Services Inc. **Case # 09-11519** | Windsor Management Co. **Case # 09-11520** | Total |
|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | **$ 1,145,756** | **$ 12,788,429** | **$ 872,329** | **$ -** | **$ 2,514,251** | **$ 17,320,764** |
| Cash Receipts | | | | | | |
| Operating [1] | - | 1,851 | - | - | - | 1,851 |
| Other [2] | - | 409,013 | 1,489 | - | - | 410,502 |
| Total Cash Receipts | - | 410,865 | 1,489 | - | 0 | 412,353 |
| Cash Disbursements | | | | | | |
| Comp and benefits [3] | - | 265,717 | 260 | - | 195 | 266,172 |
| General [4] | - | 1,772,259 | - | - | - | 1,772,259 |
| Total Cash Disbursements | - | 2,037,975 | 260 | - | 195 | 2,038,430 |
| Debtors' Net Cash Flow | - | (1,627,111) | 1,229 | - | (195) | (1,626,077) |
| Other | - | - | - | - | - | - |
| Net Cash Flow | - | (1,627,111) | 1,229 | - | (195) | (1,626,077) |
| **Ending Cash Balance [5]** | **$ 1,145,756** | **$ 11,161,318** | **$ 873,557** | **$ -** | **$ 2,514,056** | **$ 15,694,687** |

Notes:

1 AHL's cash receipts are from loan payments, loan payoffs.
2 AHL other receipts include $369k tax refunds and $8k workers' compensation premium refund.
3 October includes payments for a 3rd pay period and severance.
4 AHL disbursements include $891k for post-petition professional fees plus expenses.
5 Cash balances reflect available funds and activity in primary accounts. Bank balances may be different than book balances due to outstanding checks and other timing differences.

**MOR-1a**
**Debtors Statement with respect to Bank Account Reconciliations,**
**Bank Statements and Cash Disbursements Journal**

**For the Period October 1, 2009 through Ocotober 31, 2009**

Bank Account Reconciliations and Cash Disbursements Journals

The Debtor affirms that bank reconciliations are prepared for all open and active bank accounts on a monthly basis.

Bank Statements

The Debtors affirm that bank statements for all open and active bank accounts are retained by the Debtors.
The Debtors affirm that the following bank accounts were closed during the current reporting period:

| Debtor | Institution | Date closed |
|---|---|---|
| | NONE | |

The Debtors affirm that the following bank accounts were opened during the current reporting period:

| Debtor | Institution | Date opened |
|---|---|---|
| | NONE | |

**MOR-1b**
**Schedule of Professional Fees and Expenses Paid**
**For the Period October 1, 2009 through Ocotober 31, 2009**

| Professionals | Role | Amount Paid this Period | | | Cumulative Amounts Paid Since Petition Date | | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Total | Fees | Expenses | Total |
| AP Services, LLC | Interim Management (CRO/CAO) | $ 303,684 | $ 8,879 | $ 312,563 | $ 931,822 | $ 51,933 | $ 983,755 |
| Hunton & Williams LLP | Debtors' Counsel | 248,564 | 7,283 | 255,847 | 1,148,744 | 32,199 | 1,180,943 |
| Pachulski, Stang, Ziehl & Jones, LLP | Debtors' Delaware Counsel | 18,808 | 14,290 | 33,099 | 56,867 | 24,971 | 81,838 |
| Kurtzman Carson Consultants | Noticing / Claims Agent | | - | - | 80,726 | - | 80,726 |
| Phoenix Capital | Investment Banker / Financial Advisor | - | - | - | - | - | - |
| Quinn Emmanuel | Special Litigation Counsel | 35,196 | 1,846 | 37,043 | 270,064 | 9,711 | 279,775 |
| Luce, Forward | Special Counsel | - | | - | - | - | - |
| Buckley Sandler, LLP | Special Counsel | 3,091 | | 3,091 | 20,982 | - | 20,982 |
| Kirkland and Ellis, LLP | Special Counsel | - | - | - | - | - | - |
| Arent Fox | Credit Committee Counsel | 213,226 | 2,382 | 215,608 | 253,193 | 2,603 | 255,796 |
| Elliot Greenleaf | Credit Committee DE Counsel | 32,072 | 1,665 | 33,737 | 70,414 | 4,184 | 74,598 |
| Weiser LLP | Credit Committee Financial Advisor | | | - | 30,917 | 456 | 31,373 |
| Total | | $ 854,641 | $ 36,345 | $ 890,986 | $ 2,863,728 | $ 126,056 | $ 2,989,784 |

Payments to professionals may represent more than one month of invoices.

In re Accredited Home Lenders Holding Co.

Case No. 09-11516 (MFW)
Reporting Period: October 1, 2009 through October 31, 2009

## MOR 2
## Debtors Condensed Combined Statement of Operations
## (Unaudited)

**For the Period October 1, 2009 to Ocotober 31, 2009**

| | Accredited Home Lenders Holding Co. Case # 09-11516 | Vendor Management Services, LLC Case # 09-11518 | Accredited Home Lenders, Inc. and Subsidiaries | Eliminations | Accredited Home Lenders, Inc. Case # 09-11517 | Windsor Management Co. Case # 09-11520 | Inzura Insurance Services Inc. Case # 09-11519 |
|---|---|---|---|---|---|---|---|
| REVENUES | | | | | | | |
| Interest income [1] | $ - | $ - | $ 294 | $ - | $ 294 | $ - | $ - |
| Interest expense [2] | (433,471) | - | (1,000) | - | (1,000) | - | - |
| Other [3] | - | - | 45,000 | - | 24,985 | 0 | 20,015 |
| Net revenues | (433,471) | - | 44,293 | - | 24,278 | 0 | 20,015 |
| Operating expenses: | | | | | | | |
| Compensation and benefits [4] | - | (990) | 173,612 | - | 173,417 | 195 | - |
| Depreciation | - | - | 53,320 | - | 53,320 | - | - |
| Selling and administrative [5] | - | - | 5,934,630 | - | 5,934,630 | - | - |
| Professional fees post petition [6] | - | - | 1,031,327 | - | 1,031,327 | - | - |
| Pre-petition expenses [7] | - | - | - | - | - | - | - |
| Insurance cost | - | - | - | - | - | - | - |
| Goodwill write-off [8] | - | - | - | - | - | - | - |
| Total expenses | - | (990) | 7,192,890 | - | 7,192,695 | 195 | - |
| Operating profit(loss) | (433,471) | 990 | (7,148,596) | - | (7,168,416) | (195) | 20,015 |
| Intercompany income(expense) | | | | | | | |
| Management fee income(expense) debtors | | | | | | | |
| VMS | - | - | - | - | - | - | - |
| Windsor | - | - | - | - | - | - | - |
| Management fee income(expense) non-debtors: | | | | | | | |
| REIT [9] | - | - | - | - | - | - | - |
| Canada | - | - | 16,590 | - | 16,590 | - | - |
| Interest income(expense) non-debtors | | | | | | | |
| REIT [9] | - | - | - | - | - | - | - |
| Total intercompany income(expense) | - | - | 16,590 | - | 16,590 | - | - |
| Income(loss) before equity in earnings of non-debtor subsidiaries | (433,471) | 990 | (7,132,006) | - | (7,151,826) | (195) | 20,015 |
| Equity in earnings(loss) debtor subsidiaries: | | | | | | | |
| VMS | 990 | - | - | - | - | - | - |
| AHL and debtor subs | (7,131,972) | - | - | - | - | - | - |
| Windsor | - | - | - | 195 | (195) | - | - |
| Inzura | - | - | - | (20,015) | 20,015 | - | - |
| Equity in earnings(loss) non-debtor subsidiaries: | | | | | | | |
| Accredited Home Lenders Canada [10] | 530,997 | - | 530,997 | - | 530,997 | - | - |
| Accredited Mortgage REIT Trust [11] | (824,018) | - | - | - | - | - | - |
| Net income(loss) before income taxes | (7,857,475) | 990 | (6,601,010) | (19,820) | (6,601,010) | (195) | 20,015 |
| Income taxes(refunds) [12] | - | - | (34) | - | (34) | - | - |
| Net income (loss) | $ (7,857,475) | $ 990 | $ (6,600,975) | $ (19,820) | $ (6,600,975) | $ (195) | $ 20,015 |

**For the Period May 1, 2009 (Petition Date) to October 31, 2009**

| | Accredited Home Lenders Holding Co. Case # 09-11516 | Vendor Management Services, LLC Case # 09-11518 | Accredited Home Lenders, Inc. and Subsidiaries | Eliminations | Accredited Home Lenders, Inc. Case # 09-11517 | Windsor Management Co. Case # 09-11520 | Inzura Insurance Services Inc. Case # 09-11519 |
|---|---|---|---|---|---|---|---|
| REVENUES | | | | | | | |
| Interest income [1] | $ - | $ - | $ 29,328 | $ - | $ 29,328 | $ - | $ - |
| Interest expense [2] | (4,586,377) | - | (1,011) | - | (1,011) | - | - |
| Other [3] | 5 | 86,164 | (1,574,182) | - | (2,057,639) | 237,560 | 245,898 |
| Net revenues | (4,586,372) | 86,164 | (1,545,865) | - | (2,029,322) | 237,560 | 245,898 |
| Operating expenses: | | | | | | | |
| Compensation and benefits [4] | - | 52,141 | 2,121,010 | - | 2,054,092 | 66,918 | - |
| Depreciation | - | - | 1,046,364 | - | 1,046,364 | - | - |
| Selling and administrative [5] | - | 15,851 | 7,409,990 | - | 7,385,682 | 24,309 | - |
| Professional fees post petition [6] | - | - | 6,214,766 | - | 6,214,766 | - | - |
| Pre-petition expenses [7] | - | - | 736,819 | - | 736,819 | - | - |
| Insurance cost | - | - | 937,656 | - | 937,656 | - | - |
| Goodwill write-off [8] | - | - | 16,795,895 | - | 16,795,895 | - | - |
| Total expenses | - | 67,992 | 35,262,500 | - | 35,171,273 | 91,227 | - |
| Operating profit(loss) | (4,586,372) | 18,173 | (36,808,365) | - | (37,200,595) | 146,333 | 245,898 |
| Intercompany income(expense) | | | | | | | |
| Management fee income(expense) debtors | | | | | | | |
| VMS | - | (302,449) | 302,449 | - | 302,449 | - | - |
| Windsor | - | - | - | - | 87,019 | (87,019) | - |
| Management fee income(expense) non-debtors: | | | | | | | |
| REIT [9] | - | - | - | - | - | - | - |
| Canada | - | - | 97,512 | - | 97,512 | - | - |
| Interest income(expense) non-debtors | | | | | | | |
| REIT [9] | - | - | 8,521 | - | 8,521 | - | - |
| Total intercompany income(expense) | - | (302,449) | 408,482 | - | 495,501 | (87,019) | - |
| Income(loss) before equity in earnings of non-debtor subsidiaries | (4,586,372) | (284,276) | (36,399,882) | - | (36,705,094) | 59,314 | 245,898 |
| Equity in earnings(loss) debtor subsidiaries: | | | | | | | |
| VMS | (284,276) | - | - | - | - | - | - |
| AHL and debtor subs | (36,645,319) | - | - | - | - | - | - |
| Windsor | - | - | - | (59,314) | 59,314 | - | - |
| Inzura | - | - | - | (245,898) | 245,898 | - | - |
| Equity in earnings(loss) non-debtor subsidiaries: | | | | | | | |
| Accredited Home Lenders Canada [10] | (3,309,075) | - | (3,309,075) | - | (3,309,075) | - | - |
| Accredited Mortgage REIT Trust [11] | (1,163,132) | - | - | - | - | - | - |
| Net income(loss) before income taxes | (45,988,174) | (284,276) | (39,708,957) | (305,212) | (39,708,957) | 59,314 | 245,898 |
| Income taxes(refunds) [12] | - | - | 245,437 | - | 245,437 | - | - |
| Net income (loss) | $ (45,988,174) | $ (284,276) | $ (39,954,394) | $ (305,212) | $ (39,954,394) | $ 59,314 | $ 245,898 |

**Notes:**

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information is unaudited and subject to adjustment.

1 Represents interest earned on owned mortgage loans. Interest is not accrued on loans that are non-performing (greater than 90 days past due).
2 Interest expense represents the loss accruing on Trust Preferred Securities, a wholly owned subsidiary of Holding Co.
3 Other revenues include insurance commissions earned, fees earned on foreclosure services and other miscellaneous income.
4 Benefits decreased by $297k from September due largely to a $362k accrual true-up for self insured medical claims liability in September.
5 October includes $5.6M write-down of SPS receivables to the settlement amount and $170k of amortized prepaid insurance and other expenses.
6 Represents accrual for professional fees incurred post petition net of any true up of fees to date.
7 Represents invoices for pre petition costs and fees received post-petition.
8 Represents non-cash write off recorded in June of goodwill allocated to AHL in connection with acquisition by Lone Star in 2007.
9 No management fees allocated to REIT beginning in June-new basis being determined since sale of servicing.
10 Includes gain or loss on foreign currency exchange rate. YTD also includes non-cash write-off of Canada's goodwill.
11 Includes accruals for dividend on preferred stock net of fair value adjustment of residuals.
12 YTD income taxes include true-up adjustment of previously reported state tax refund claims receivable.

In re Accredited Home Lenders Holding Co.

Case No. 09-11516 (MFW)
Reporting Period: October 1, 2009 through October 31, 2009

MOR 3
Debtors Condensed Combined Balance Sheet
As of the Petition Date and October 31, 2009
(Unaudited)

**October 31, 2009**

| | Combined | Elim | Accredited Home Lenders Holding Co. Case # 09-11516 | Vendor Management Services,LLC Case # 09-11518 | Accredited Home Lenders, Inc. Case # 09-11517 | Windsor Management Co. Case # 09-11520 | Inzura Insurance Services Inc. Case # 09-11519 |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Cash and cash equivalents | $ 15,694,687 | $ - | $ 1,145,756 | $ 873,557 | $ 11,161,318 | $ 2,514,056 | $ - |
| Restricted cash [1] | 2,307,837 | - | - | 572,481 | 1,725,093 | 10,263 | - |
| Loans held for sale [2] | 1,008,215 | - | - | - | 1,008,215 | - | - |
| Other receivables [3] | 3,333,566 | - | - | 724 | 3,332,842 | 0 | - |
| Prepaid, deferred charges & deposits | 3,472,417 | - | - | - | 3,472,417 | - | - |
| | 25,816,722 | - | 1,145,756 | 1,446,762 | 20,699,885 | 2,524,319 | - |
| Property, plant and equipment, net [4] | - | - | - | - | - | - | - |
| Other Assets | | | | | | | |
| Goodwill | - | - | - | - | - | - | - |
| Investment in non-debtor subsidiaries [5] | 160,539,013 | 48,061,565 | 81,955,474 | - | 30,521,974 | - | - |
| Intercompany receivables | 360,371 | (4,705,284) | - | - | - | - | 5,065,655 |
| Other [6] | 2,564,704 | | - | - | 2,564,704 | - | - |
| **Total Assets** | $ 189,280,809 | $ 43,356,281 | $ 83,101,230 | $ 1,446,762 | $ 53,786,563 | $ 2,524,319 | $ 5,065,655 |
| **LIABILITIES AND EQUITY(DEFICIT)** | | | | | | | |
| Liabilities: | | | | | | | |
| Accounts payable | $ 1,690,142 | $ - | $ - | $ - | $ 1,690,142 | $ - | $ - |
| Income taxes payable [7] | 10,814,754 | - | - | - | 10,814,754 | - | - |
| Other accrued liabilities and reserves[8] | 4,801,238 | - | - | - | 4,790,975 | 10,263 | - |
| | 17,306,133 | - | - | - | 17,295,870 | 10,263 | - |
| Liabilities Subject to Compromise: | | | | | | | |
| Senior secured and residual facility [9] | 5,000,000 | - | - | - | 5,000,000 | - | - |
| Accounts payable - pre petition [10] | 16,502,244 | - | - | 70,731 | 16,431,513 | - | - |
| Accrued liabilities-pre petition | 21,831,795 | - | - | 641,420 | 21,190,375 | - | - |
| Reserve for repurchases | 26,071,327 | - | - | - | 26,071,327 | - | - |
| Intercompany payables | 290,234,733 | (4,705,284) | 270,761,753 | 1,198,105 | 22,046,310 | 933,849 | - |
| Total liabilities | 376,946,233 | (4,705,284) | 270,761,753 | 1,910,256 | 108,035,396 | 944,112 | 0 |
| Shareholders' Equity(Deficit) | (187,665,423) | 48,061,565 | (187,660,523) | (463,494) | (54,248,833) | 1,580,207 | 5,065,655 |
| **Total Liabilities and Equity** | $ 189,280,809 | $ 43,356,281 | $ 83,101,230 | $ 1,446,762 | $ 53,786,563 | $ 2,524,319 | $ 5,065,655 |

**May 1, 2009**

| | Combined | Elim | Accredited Home Lenders Holding Co. Case # 09-11516 | Vendor Management Services,LLC Case # 09-11518 | Accredited Home Lenders, Inc. Case # 09-11517 | Windsor Management Co. Case # 09-11520 | Inzura Insurance Services Inc. Case # 09-11519 |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Cash and cash equivalents | $ 13,027,900 | $ - | $ 1,145,751 | $ 707,610 | $ 9,662,983 | $ 1,511,556 | $ - |
| Restricted cash [1] | 6,110,169 | - | - | 551,011 | 5,548,895 | 10,263 | - |
| Loans held for sale [2] | 12,146,953 | - | - | - | 12,146,953 | - | - |
| Other receivables [3] | 10,701,928 | - | - | 366,952 | 9,739,158 | 595,818 | - |
| Prepaid, deferred charges & deposits | 5,627,419 | - | 1,552,079 | - | 4,075,340 | - | - |
| | 47,614,369 | - | 2,697,830 | 1,625,573 | 41,173,329 | 2,117,637 | - |
| Property, plant and equipment, net [4] | 1,926,551 | - | - | - | 1,926,551 | - | - |
| Other Assets | | | | | | | |
| Goodwill | 16,795,895 | - | - | - | 16,795,895 | - | - |
| Investment in non-debtor subsidiaries [5] | 165,640,694 | 8,128,106 | 123,357,276 | - | 34,155,312 | - | - |
| Intercompany receivables | 309,817 | (4,755,593) | - | - | | - | 5,065,410 |
| Other [6] | 4,247,771 | - | - | - | 4,247,771 | - | - |
| **Total Assets** | $ 236,535,097 | $ 3,372,513 | $ 126,055,106 | $ 1,625,573 | $ 98,298,858 | $ 2,117,637 | $ 5,065,410 |
| **LIABILITIES AND EQUITY(DEFICIT)** | | | | | | | |
| Liabilities: | | | | | | | |
| Accounts payable | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Income taxes payable [7] | 10,817,897 | - | - | - | 10,817,897 | - | - |
| Other accrued liabilities and reserves[8] | 8,527,423 | - | - | 1,453.86 | 8,511,638 | 14,332 | - |
| | 19,345,320 | - | - | 1,454 | 19,329,535 | 14,332 | - |
| Liabilities Subject to Compromise: | | | | | | | |
| Senior secured and residual facility [9] | 5,000,000 | - | - | - | 5,000,000 | - | - |
| Accounts payable - pre petition [10] | 14,907,647 | - | - | - | 14,907,647 | - | - |
| Accrued liabilities-pre petition | 25,682,066 | - | - | 907,962 | 24,528,451 | 0 | 245,653 |
| Reserve for repurchases | 26,071,327 | - | - | - | 26,071,327 | - | - |
| Intercompany payables | 287,205,986 | (4,755,593) | 267,727,455 | 895,375 | 22,756,337 | 582,412 | - |
| Total liabilities | 378,212,346 | (4,755,593) | 267,727,455 | 1,804,791 | 112,593,297 | 596,744 | 245,653 |
| Shareholders' Equity(Deficit) | (141,677,250) | 8,128,106 | (141,672,349) | (179,218) | (14,294,439) | 1,520,893 | 4,819,757 |
| **Total Liabilities and Equity** | $ 236,535,097 | $ 3,372,513 | $ 126,055,106 | $ 1,625,573 | $ 98,298,858 | $ 2,117,637 | $ 5,065,410 |

**Notes:**

1 Consists largely of monies backing letters of credit for workers' compensation insurance and escheatment funds.
2 Represents estimate of value that may change.
3 Consists primarily of $1.5M of advances and $1.25M receivable from SPS (written down by $5.6M to the settlement amount in October).
4 Property, plant and equipment, net decreased due to write-off of abandoned equipment and leasehold improvements. Remaining assets were fully depreciated in October.
5 Value may differ materially.
6 Includes $1M for deferred compensation asset and $1.5M tax refunds.
7 Includes $3.7M current liability for an error on the refund claim received. The balance is a FIN 48 liability-not currently payable. No adjustment has been made to reflect potential receivables for the realization of net operating losses as a result of recent tax law change.
8 Includes LOCOM reserve ($1.1M), unclaimed liabilities ($1.4M) and accrued estimated post-petition professional fees which have not been billed ($1.8M). Professional fees that have been billed ($1.4M) and not yet paid are included in Accounts Payable.
9 Item disputed
10 Increase relates to pre-petition invoices received post-petition.

**In re Accredited Home Lenders Holding Co.**

**Case No. 09-11516 (MFW)**
**Reporting Period: October 1, 2009 through October 31, 2009**

**MOR-4**

**Combined Debtors Summary of Unpaid Post Petition Accounts Payable**

| **Debtors:** | **Current** | **0-30** | **31-60** | **61-90** | **Over 90** | **Total** |
|---|---|---|---|---|---|---|
| Accredited Home Lenders, Inc. Case # 09-11517 | $ 23,359 | $ 355,961 | $ 858,461 | $ 153,463 | $298,897 | $ 1,690,141 |

Notes:

The post petition accounts payable reported represent open and outstanding trade invoices.
The amount does not include accruals for invoices not yet received or approved.

## MOR-5

## Debtors Trade Accounts Receivable and Aging

| Trade accounts receivables | N/A |
|---|---|

The Debtors do not have accounts receivable.
Accrued interest, refunds, advances, and other miscellaneous receivables are not aged.

**In re Accredited Home Lenders Holding Co.**

**Case No. 09-11516 (MFW)**
**Reporting Period: October 1, 2009 through October 31, 2009**

**MOR-6**
**Debtor Questionnaire**
**For the Period October 1, 2009 to October 31, 2009**

| | | YES | NO |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation. | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation. | | X |
| 3 | Have all post petition tax returns been timely filed? If no provide an explanation. | X | |
| 4 | Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation. | X | |
| 5 | Have any bank accounts been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

Notes:

All tax return extensions have been timely filed.