IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ACCREDITED HOME LENDERS | ) | Case No. 09-11516 (MFW) |
| HOLDING CO., et al.[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | , |

## AFFIDAVIT OF SERVICE

Louise Tuschak, being duly sworn according to law, deposes and says that she is

employed by Pachulski Stang Ziehl & Jones LLP, and that on the 7th day of January, 2010, she

caused a copy of the following document to be served upon the following service list in the

manner indicated:

**Debtors' Notice of Deposition on Written Questions to Citigroup Global Markets Realty Corp. and Duces Tecum**

_____
Louise Tuschak

Sworn to and subscribed before
me this 8th day of January, 2010

_____
Notary Public
My Commission Expires: ___11/4/11___

MARY E. CORCORAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov. 4, 2011

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 100, San Diego, CA 92131. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

00411-001\DOCS_DE:147888.72

Accredited Special Service List
Case No. 09-11516
Document No. 156485
01 – Hand Delivery
01 – Electronic Delivery


**Hand Delivery**
Citigroup Global Markets Realty Corp.,
by and through its counsel of record,
Robert K. Malone
Howard A. Cohen
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254

**Electronic Delivery: carrie.luft@gmail.com**
Carrie Luft
139 Sinclair St. SE
Port Charlotte, FL 33952

00411-001\DOCS_DE:156485.1