IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ACCREDITED HOME LENDERS | § | Case No. 09-11516 (MFW) |
| HOLDING CO., et al. | § | |
| | § | |
| Debtors.[1] | § | JOINTLY ADMINISTERED |

## DECLARATION OF JEANNIE TANG IN SUPPORT OF DEBTORS' NINTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS

I, Jeannie Tang, hereby declare that the following is true to the best of my knowledge, information and belief:

1.      I am a Director of AP Services, LLC, the entity retained in these chapter 11 cases to provide interim management and restructuring services to the Debtors pursuant to the *Order Authorizing the Retention and Employment of AP Services, LLC to Provide Interim Management and Restructuring Services and Designating Meade Monger as Chief Restructuring Officer and Michael Murphy as Chief Administrative Officer of the Debtors, Nunc Pro Tunc to the Petition Date* [Docket No. 282].

2.      I submit this declaration (the "Declaration") in support of the Ninth (Non-Substantive) Omnibus Objection To Claims (the "Claims Objection").[2]

3.      I am responsible for overseeing the claims review and objection process in these cases.  In that capacity, I have reviewed the Claims Objection and am, directly or through

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056).  The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 100, San Diego, CA 92131.  The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Claims Objection.

the Debtors' personnel, attorneys, and Claims Agent, familiar with the information contained therein and in the exhibits annexed thereto.

4.     Upon information and belief, the Debtors maintain books and records which reflect, among other things, the Debtors' liabilities and respective amounts owed to their creditors.

5.     To date, approximately 1061 proofs of claim have been filed against the Debtors in the Bankruptcy Case.

6.     Under my supervision, considerable resources and time have been expended to ensure a high level of diligence in reviewing and reconciling the proofs of claim filed in the Bankruptcy Case. These claims were carefully reviewed and analyzed by appropriate personnel and, in some cases, the Debtors' professional advisors, resulting in the identification of the Disputed Claims, which are the subject of the Claims Objection. Based on these efforts, the Debtors have determined that the Disputed Claims listed in the Claims Objection should be disallowed for the reasons set forth therein.

7.     To the best of my knowledge and belief, Exhibit A contains Disputed Claims which were amended or superseded by subsequently filed claims. As a result, the original claims filed no longer represent valid claims against the Debtors. To avoid multiple recoveries by one creditor with respect to the same alleged obligation, the Disputed Claims should be disallowed. Elimination of such redundant claims will streamline and enable the Debtors to maintain a more accurate claims register.

8.     To the best of my knowledge and belief, I have determined that the Disputed Claims listed on Exhibit B contains Disputed Claims which were filed after the Bar Date and therefore, should be disallowed.

9. To the best of my knowledge and belief, I have determined that the Disputed Claims listed on Exhibit C contains Disputed Claims which have no basis in the Debtors' books and records and include or attach insufficient information and documentation to support the validity, amount and/or classification of such claims. Therefore, the Disputed Claims on Exhibit C should be disallowed.

10. The information contained in this Declaration is true and correct to the best of my knowledge and belief.



Jeannie Tang
Director, AP Services LLC

State of California
County of San Francisco

Subscribed and sworn to before me
This 16 day of February, 2010.

_____
NOTARY PUBLIC, State of ___CA___
My Commission Expires: 9/16/11

JON WAI LEE
COMM. #1762257
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires Sept. 16, 2011