IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x

In re:

ACCREDITED HOME LENDERS
HOLDING CO., *et al.*,[1]

                Debtors.

---------------------------------------------------------- x

Case No. 09-11516 (MFW)

Chapter 11

(Jointly Administered)

Re: Docket no. 1585

## LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE TWELFTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF HUNTON & WILLIAMS LLP, AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010

The Official Committee of Unsecured Creditors (the "Committee") of Accredited Home Lenders Holding Co., *et al.* (the "Debtors"), by and through its undersigned counsel, Arent Fox LLP and Elliott Greenleaf, hereby files this limited objection and reservation of rights to the Twelfth Monthly Application for Compensation and Reimbursement of Expenses of Hunton & Williams LLP ("H&W"), as Counsel to the Debtors and Debtors in Possession, for the Period from April 1, 2010 Through April 30, 2010 (the "Fee Application"). In support hereof, the Committee respectfully states as follows:

1. Pursuant to the Fee Application, H&W requests compensation for services in the amount of $324,133.75, and reimbursement of expenses in the amount of $3,798.50.

2. The Committee has certain issues and concerns with the Fee Application. Under the circumstances, the Committee believes that it is more appropriate to resolve such issues and concerns at the final fee application or at a later stage of these proceedings. While the

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc. a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056).

Committee does not object to interim allowance of the Fee Application, it reserves its right to object to the final allowance of any fees or expenses in connection with the final fee application of H&W in these bankruptcy cases.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>June 8, 2010 | ELLIOTT GREENLEAF<br><br>_____<br>Rafael X. Zahralddin-Aravena (DE Bar No. 4166)<br>Shelley A. Kinsella (DE Bar No. 4023)<br>1105 Market Street, Suite 1700<br>Wilmington, DE 19801<br>(302) 384-9400<br>(302) 384-9399 (Fax)<br>rxza@elliotgreenleaf.com<br>sak@elliottgreenleaf.com<br><br>and<br><br>ARENT FOX LLP<br>Andrew I. Silfen<br>Schuyler G. Carroll<br>1675 Broadway<br>New York, NY 10019<br>(212) 484-3900<br>(212) 484-3990 (Fax)<br><br>*Counsel for the Official Committee of Unsecured Creditors* |