IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ACCREDITED HOME LENDERS, | ) | Case No. 09 11516-MFW |
| HOLDING CO., et al.[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**<u>CERTIFICATION OF COUNSEL REGARDING OMNIBUS HEARING DATES</u>**

The undersigned hereby certifies that:

1. The Court has provided counsel for Accredited Home Lenders Holding Co., et al. ("AHL") with certain omnibus hearing dates.

2. Enclosed herewith is an order (the "Omnibus Hearing Order") that states with specificity the time and date of each hearing presently scheduled, subject to Court approval.

3. AHL hereby requests that the Court enter the Omnibus Hearing Order at its earliest convenience.

*[Remainder of page intentionally left blank]*

---

[1] The affiliated debtors and debtors-in-possession are Accredited Home Lenders Holding Co., a Delaware corporation, Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company, Inzura Insurance Services, Inc., a Delaware corporation, and Windsor Management Company, d/b/a AHL Foreclosure Services Company, a Washington corporation.

00411-001\DOCS_DE:148397.5

4.  Upon entry of the Omnibus Hearing Order, AHL will serve the same upon (i) the Office of the United States Trustee, and (ii) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

Dated: September 1, 2010

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      joneill@pszjlaw.com
      kmakowski@pszjlaw.com

-and-

HUNTON & WILLIAMS LLP
Gregory G. Hesse (Texas Bar No. 09549419)
Lynnette R. Warman (Texas Bar No. 20867940)
Jesse T. Moore (Texas Bar No. 24056001)
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: (214) 979-3000
Telecopy: (214) 880-0011
Email: ghesse@hunton.com
      lwarman@hunton.com
      jtmoore@hunton.com
Attorneys for the Debtors
and Debtors In Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ACCREDITED HOME LENDERS, HOLDING CO., et al.[1] | ) ) ) | Case No. 09 11516-MFW |
| | ) | Jointly Administered |
| Debtors. | ) ) | **Related Docket No.:** _____ |

## OMNIBUS HEARING ORDER

IT IS ORDERED, that the following hearing dates have been scheduled in the above referenced matter:

| DATE | TIME |
|---|---|
| October 20, 2010 | 4:00 p.m. |
| November 30, 2010 | 11:30 a.m. |
| December 21, 2010 | 10:30 a.m. |
| January 20, 2011 | 10:30 a.m. |

Dated: _____, 2010

The Honorable Mary F. Walrath
United States Bankruptcy Judge

---

[1] The affiliated debtors and debtors-in-possession are Accredited Home Lenders Holding Co., a Delaware corporation, Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company, Inzura Insurance Services, Inc., a Delaware corporation, and Windsor Management Company, d/b/a AHL Foreclosure Services Company, a Washington corporation.

00411-001\DOCS_DE:148397.5