IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ACCREDITED HOME LENDERS, HOLDING CO., et al.[1] | ) ) ) | Case No. 09 11516-MFW |
| | ) | Jointly Administered |
| Debtors. | ) ) | |
| | ) | **Related Docket No.: 1916** |

## OMNIBUS HEARING ORDER

IT IS ORDERED, that the following hearing dates have been scheduled in the above referenced matter:

| DATE | TIME |
|---|---|
| October 20, 2010 | 4:00 p.m. |
| November 30, 2010 | 11:30 a.m. |
| December 21, 2010 | 10:30 a.m. |
| January 20, 2011 | 10:30 a.m. |

Dated: Sept. 7, 2010

The Honorable Mary F. Walrath
United States Bankruptcy Judge

---

[1] The affiliated debtors and debtors-in-possession are Accredited Home Lenders Holding Co., a Delaware corporation, Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company, Inzura Insurance Services, Inc., a Delaware corporation, and Windsor Management Company, d/b/a AHL Foreclosure Services Company, a Washington corporation.

00411-001\DOCS_DE:148397.5