IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ACCREDITED HOME LENDERS ) | Case No. 09-11516 (MFW) |
| HOLDING CO., et al.[1] ) | |
| ) | |
| Debtors. ) | Jointly Administered |
| | *Related Docket No. 1947* |

Objection Deadline: **October 14, 2010 at 4:00 p.m. (prevailing Eastern time)**
Hearing: **October 20, 2010 at 4:00 p.m. (prevailing Eastern time)**

## NOTICE OF HEARING ON DISCLOSURE STATEMENT AND OBJECTION DEADLINE

**PLEASE TAKE NOTICE** that Accredited Home Lenders Holding Co. et al., together with its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, "Accredited"), have filed the Disclosure Statement with Respect to the Debtors' Chapter 11 Plan of Liquidation (Docket No. 1947) (including all exhibits thereto and as may be amended, modified or supplemented from time to time, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Disclosure Statement will commence on **October 20, 2010 at 4:00 p.m. (prevailing Eastern time)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, DE 19801. The hearing may be continued from time to time by announcing such continuance in open court or otherwise, without further notice to parties in interest. The Debtors will provide further notice of the date and time scheduled to consider confirmation of the Plan.

**PLEASE TAKE FURTHER NOTICE** that any objection or response of a party regarding the approval of the Disclosure Statement must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **October 14, 2010 at 4:00 p.m. (prevailing Eastern time)** (the "Objection Deadline") and simultaneously served upon (i) counsel to the Debtors, (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esquire, and (b) Hunton & Williams LLP, 1445 Ross Avenue, Suite 3700, Dallas, Texas 75202, Attn: Gregory G. Hesse, Esquire; (ii) the Office of the United States Trustee, J.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 100, San Diego, CA 92131. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801, Attn: Thomas P. Tinker, Esquire; and (iii) counsel to the Committee, (a) Arent Fox LLP, 1675 Broadway, New York, NY 10019, Attn: Schuyler G. Carroll, Esquire, and (b) Elliott Greenleaf, 1105 Market Street, Suite 1700, Wilmington, DE 19801, Attn: Rafael X. Zahralddin-Aravena, Esquire; so as to be **received** on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to obtain copies of the Disclosure Statement or the Chapter 11 Plan may do so by (i) calling the Notice and Balloting Agent, at (866) 967-1789 and (310) 751-2689 or (ii) viewing such documents by accessing the Notice and Balloting Agent's website: *http://www.kccllc.net/Accredited* or the Court's website www.deb.uscourts.gov. Please note that a PACER (https://ecf.deb.uscourts.gov/) password and login are needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond on or before the Objection Deadline, the Court may approve the Disclosure Statement as adequate without further notice or hearing.

Dated: September 16, 2010

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Kathleen P. Makowski*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
    ljones@pszjlaw.com
    joneill@pszjlaw.com
    kmakwoski@pszjlaw.com
-and-

HUNTON & WILLIAMS LLP
Gregory G. Hesse (Texas Bar No. 09549419)
Lynnette R. Warman (Texas Bar No. 20867940)
Jesse T. Moore (Texas Bar No. 24056001)
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: (214) 979-3000
Telecopy: (214) 880-0011
Email: ghesse@hunton.com
    lwarman@hunton.com
    jtmoore@hunton.com

Attorneys For The Debtors And Debtors In Possession