IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ACCREDITED HOME LENDERS HOLDING CO., et al [1] | ) | Case No. 09-11516 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of ACCREDITED HOME LENDERS HOLDING, CO., et al., | ) | |
| | ) | Adversary Proceeding No. 10-50980 |
| Debtor-Plaintiff, | ) | |
| v. | ) | |
| ACCREDITED MORTGAGE LOAN REIT TRUST, | ) | |
| Defendants. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 21, 2010 AT 11:30 A.M. PLEASE NOTE THAT THE HEARING WILL BE HELD BEFORE THE HONORABLE MARY F. WALRATH AT THE FOLLOWING LOCATION: 824 N. MARKET STREET, 5th FLOOR, COURTROOM NO. 4, WILM., DE**

**CONTINUED OMNIBUS OBJECTIONS TO CLAIMS:**

1. Debtors' First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S. C. Section 502(b) and Bankruptcy Rule 3007 (Docket No. 1042, 11/13/09)

   Related Documents:

   A. Revised Exhibit A Through C to the Proposed Order Regarding Debtors' First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S. C. Section 502(b) and Bankruptcy Rule 3007 (Docket No. 1082, 11/23/09)

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 100, San Diego, CA 92131. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

B. Notice of Submission of Proofs of Claim Regarding Debtors First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007, Debtors Fifth (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 and Debtors Seventh (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1218, 01/15/10)

Response Deadline: December 11, 2009 at 4:00 p.m.

Responses Received: See Exhibit A attached hereto.

Status: This matter is continued until the October 20, 2010 hearing at 4:00 p.m. (prevailing Eastern time) as reflected on Exhibit A.

2. Debtors' Fifth (Substantive and Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1173, 12/21/09)

Related Documents:

A. Notice of Submission of Proofs of Claim Regarding Debtors First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007, Debtors Fifth (Substantive and Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 and Debtors Seventh (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1218, 01/15/10)

Response Deadline: January 20, 2010 at 4:00 p.m.

Responses Received: See Exhibit B attached hereto.

Status: This matter is resolved or continued to the October 20, 2010 hearing at 4:00 p.m. as reflected on Exhibit B.

3. Debtors' Sixth (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1174, 12/21/09)

Related Documents:

A. Notice of Submission of Proofs of Claim in Connection with Debtors' Sixth (Non-Substantive) Omnibus Objection to Claims, Debtors' Eighth (Substantive and Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1389, 03/18/10)

Response Deadline: January 20, 2010 at 4:00 p.m.

Responses Received: See Exhibit C attached hereto.

Status: This matter is resolved or continued to the October 20, 2010 hearing at 4:00 p.m. (prevailing Eastern time) as reflected on Exhibit C.

4. Debtors' Seventh (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 (Docket No. 1175, 12/21/09)

Related Documents:

A. Notice of Submission of Proofs of Claim Regarding Debtors First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007, Debtors Fifth (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 and Debtors Seventh (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1218, 01/15/10)

B. Notice of Submission of Proofs of Claim in Connection with Debtors' Seventh (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1391, 03/18/10)

Response Deadline: January 20, 2010 at 4:00 p.m.

Responses Received: See Exhibit D attached hereto.

A. Response of SPUSV5 Northcreek, LLC to Debtors' Seventh (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 (Docket No. 1940, 09/13/10)

Status: This matter is resolved or continued to the October 20, 2010 hearing at 4:00 p.m. (prevailing Eastern time) as reflected on Exhibit D.

5. Debtors' Eighth (Substantive and Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1303, 02/17/10)

Related Documents:

A. Notice of Submission of Proofs of Claim in Connection with Debtors' Sixth (Non-Substantive) Omnibus Objection to Claims, Debtors' Eighth (Substantive and Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 [For Claims With No Responses] (Docket No. 1389, 03/18/10)

Responses:

A. Motion to Allow Rescheduling of Hearing and Order Stopping all Discovery Until Hearing [Filed by Greg and Olga Johnson] (Docket No 1664, 06/18/10)

B. Motion to Allow Judgment and Order Granting Claim for Non-Response by Debtor [Filed by Greg and Olga Johnson] (Docket No 1665, 06/18/10)

C. Notice of Hearing on Greg and Olga Johnson's Motion for Judgment and Order Granting Claim for Non-Response by Debtor. Hearing scheduled for 7/21/2010 at 11:30 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #4, Wilmington, Delaware. (Docket No. 1666, 06/21/10).

D. Notice of Hearing on Greg and Olga Johnson's Motion to Allow Rescheduling of Hearing and Order Stopping all Discovery Until Hearing. Hearing scheduled for 7/21/2010 at 11:30 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #4, Wilmington, Delaware. (Docket No. 1667, 06/21/10).

E. [Signed] Order (Agreed) Granting Claimants Greg and Olga Johnson's Motion for Continuance and Denying as Moot Their Motion for Judgment (Docket No. 1838, 08/05/10

Response Deadline: May 10, 2010, at 4:00 p.m.

Replies Received: See Exhibit E attached hereto for additional responses.

A. Objection to Motion for Judgment and Order Granting this Claim for Non Response by Accredited Home Lenders Holding Co., et al. (Docket No. 1682, 06/23/10)

Status: This matter is resolved or continued as reflected on Exhibit E.

6. Debtors' Tenth (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1394, 03/22/10)

Related Documents:

A. Notice of Submission of Proofs of Claim in Connection with Debtors' Tenth (Non-Substantive) Omnibus Objection to Claims and Debtors' Eleventh (Substantive and Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1447, 04/07/10)

Response Deadline: April 14, 2010 at 4:00 p.m.

Responses Received: See Exhibit F attached hereto.

Status: This matter is resolved or continued to the October 20, 2010 hearing at 4:00 p.m. (prevailing Eastern time) as reflected on Exhibit F.

7. Debtors' Twelfth (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b0 and Bankruptcy Rule 3007 (Docket No. 1554, 5/20/10)

Response Deadline: Extended to October 13, 2010 at 4:00 p.m. for Financial Guarantee and Insurance Co., Alan M. Jacobs, Liquidating Trustee of the New Century Trust, Fidelity and Deposit Company of Maryland and US Bank National Association.

Responses Received: See Exhibit G attached hereto for additional responses.

Status: This matter is resolved or continued to the October 20, 2010 hearing at 4:00 p.m. (prevailing Eastern time) as reflected on Exhibit G.

8. Debtors' Thirteenth (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1555, 05/20/10)

Related Documents:

A. Notice of Submission of Proofs of Claim in Connection with Debtors' Thirteenth (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1616, 06/09/10)

B. Declaration of Eugene C. Smalls (Docket No. 1661, 06/16/10).

Response Deadline: June 14, 2010 at 4:00 p.m.

Responses Received:

A. Unsecured Creditor Eugene C. Smalls' Reply to Debtors' Thirteenth (Substantive) Omnibus Objection to Claims (Docket No. 1636, 06/14/10)

Replies:

A. Debtors' Post-Hearing Brief Regarding Claims of Eugene C. Smalls (Docket No. 1726, 07/09/10)

Status: This matter is continued to the October 20, 2010 hearing at 4:00 p.m. (prevailing Eastern time)

9. Debtors' Fourteenth (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1556, 05/20/10)

Response Deadline: June 14, 2010 at 4:00 p.m. Response deadline extended to October 13, 2010 at 4:00 p.m. for Ocwen Loan Servicing LLC and HSBC Bank USA Nat. Assoc.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter is resolved or continued to the October 20, 2010 hearing at 4:00 p.m. (prevailing Eastern time) as reflected on Exhibit H.

**CONTINUED MATTERS:**

10. Motion of Kodiak CDO I, Ltd., Kodiak CDO II, Ltd., and JPMorgan Chase Bank, N.A. for Entry of an Order converting the Debtors' Chapter 11 Cases to Chapter 7 Cases Pursuant to 11 U.S.C. Section 1112 (b) (Docket No. 173, 06/19/09)

Related Documents:

A. Order (with additions of the Court) Granting Motion of Kodiak CDO I Ltd., Kodiak CDO II Ltd., and JPMorgan Chase Bank N.A. to Shorten Notice Regarding Motion for Entry of an Order converting the Debtors' Chapter 11 Cases to Chapter 7 Cases Pursuant to 11 U.S.C. Section 1112 (b) (Docket No. 191, 06/22/09).

Response Deadline: June 30, 2009 at 12:00 Noon. The deadline for further responses has been extended to May 13, 2010 at 4:00 p.m.

Responses Received:

A. Joinder of Citigroup Global Realty Markets to the Motion of Kodiak CDO I, Ltd., Kodiak CDO II, Ltd., and JPMorgan Chase Bank, N.A. for Entry of an Order converting the Debtors' Chapter 11 Cases to Chapter 7 Cases Pursuant to 11 U.S.C. Section 1112 (b) (Docket No. 182, 06/22/09)

B. Initial Objection of the Official Committee of Unsecured Creditors to Motion of Kodiak CDO I, Ltd., Kodiak CDO II, Ltd., and JPMorgan Chase Bank, N.A. for Entry of an Order converting the Debtors' Chapter 11 Cases to Chapter 7 Cases Pursuant to 11 U.S.C. Section 1112 (b) (Docket No. 183, 06/22/09)

C. Debtors' Objection To Motion of Kodiak CDO I Ltd., Kodiak CDO II, Ltd. And JPMorgan Chase Bank, N.A. To Shorten Notice Regarding Motion To Shorten Notice Regarding Motion For Entry of An Order Converting the Debtors' Chapter 11 Cases to Chapter 7 Cases Pursuant to 11 U.S.C. Sec. 1112(b) (Docket No. 186, 06/22/09)

D. Debtors' Objection to the Motion for Entry of an Order Converting the Debtors' Chapter 11 Cases to Chapter 7 Cases (Docket No. 212, 06/30/09)

E. Objection of Lyle and Patricia Wroan to the Motion to Convert of Kodiak CDO, LTD, and JPMorgan Chase Bank, NA (Docket No. 216, 06/30/09)

F. Preliminary Response of United States Trustee to Motion of Kodiak CDO I, Ltd., Kodiak CDO II, Ltd., and JPMorgan Chase Bank, N.A. for Entry of an Order converting the Debtors' Chapter 11 Cases to Chapter 7 (Docket No. 238, 07/01/09)

Status: This matter is continued to the October 20, 2010 hearing at 4:00 p.m. (prevailing Eastern time).

11. Debtors' Objection to Claims of the Department of Treasury Internal Revenue Service Claim Nos. 474 and 475 (Docket No. 1134, 12/08/09)

Related Documents: None.

Response Deadline: January 20, 2010 at 4:00 p.m.

Responses Received:

A. United States Response to Debtors' Objection to Claims of the Department of Treasury Internal Revenue Service Claim Nos. 474 and 475 (Docket No. 1224, 01/20/10)

Status: This matter is continued to the October 20, 2010 hearing at 4:00 p.m. (prevailing Eastern time).

12. Motion of The Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing, and Authority to Investigate and Prosecute Claims and Causes of Action on Behalf of the Committee, Debtors, and Debtors Estates and Settle Claims on Behalf of the Debtors Estates (Docket No. 1203, 01/06/10)

Related Documents:

A. [Signed] Order Approving Stipulation Concerning The Investigation, Assertion And Prosecution Of Certain Of The Debtors And Estates Subordination And Recharacterization Claims And Other Causes Of Action Against AHL Mortgage Loan REIT Trust (Docket No. 1306, 02/17/10)

B. [Signed] Order Approving Revised Stipulation Concerning The Investigation, Assertion And Prosecution Of Certain Of The Debtors And Estates Subordination And Recharacterization Claims And Other Causes Of Action Against AHL Mortgage Loan REIT Trust (Docket No. 1323, 02/19/10)

C. Re-Notice of Hearing on Motion of The Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing, and Authority to Investigate and Prosecute Claims and Causes of Action on Behalf of the Committee, Debtors, and Debtors Estates and Settle Claims on Behalf of the Debtors Estates (Docket No. 1507, 04/28/10)

Response Deadline: January 20, 2010 at 4:00 p.m. Deadline extended to September 1, 2010 at 4:00 p.m.

Responses Received:

A. Objection of Lone Star Creditors to Motion of the Official Unsecured Creditors Committee for Entry of an Order Granting Leave, Standing, and Authority to Investigate and Prosecute Claims and Causes of Action on Behalf of the Committee, Debtors, and Debtors Estates and Settle Claims on Behalf of the Debtors Estates (Docket No. 1529, 05/13/10)

B. Debtors' Objection to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing, and Authority to Investigate and Prosecute Claims and Causes of Action on Behalf of the Committee, Debtors, and Debtors Estates and Settle Claims on Behalf of the Debtors Estates (Docket No. 1530, 05/13/10)

Status: This matter is partially resolved by the Order [Docket No. 1306] listed above. This matter is otherwise continued to the October 20, 2010 hearing at 4:00 p.m. (prevailing Eastern time).

13. Sixth Motion of Debtors Pursuant to Section 1121(d)(1) of the Bankruptcy Code to Extend the Exclusive Periods to (I) File a Chapter 11 Plan and (II) Solicit Acceptances Thereof (Docket No. 1421, 03/29/10)

Related Documents:

A. [Signed] Order Extending the Exclusive Periods During Which the Debtors May File a Chapter 11 Plan and (II)Solicit Acceptances Thereof (Docket No. 1865, 08/18/10)

B. Certification of Counsel in Support of Order Pursuant to Section 1121(d)(1) of the Bankruptcy Code and Del. Bankr. L.R. 9006-2 Extending the Exclusive Periods During Which the Debtors May File a Chapter 11 Plan and (II) Solicit Acceptances Thereof. (Docket No. To be Filed)

Response Deadline: April 14, 2010 at 4:00 p.m.

Responses Received:

A. Limited Objection of Kodiak CDO I, LTD., Kodiak CDO II, LTD., and JPMorgan Chase Bank, N.A. to Sixth Motion of Debtors Pursuant to Section 1121(d)(1) of the Bankruptcy Code to Extend the Exclusive Periods to (I) File a Chapter 11 Plan and (II) Solicit Acceptances Thereof (Docket No. 1460, 04/14/10)

B. Statement and Response and Reservation of Rights of the Official Committee of Unsecured Creditors to the Sixth Motion of Debtors Pursuant to Section 1121(d)(1) of the Bankruptcy Code to Extend the Exclusive Periods to (I) File a Chapter 11 Plan and (II) Solicit Acceptances Thereof (Docket No. 1473, 04/15/10)

Status: This matter is continued to the October 20, 2010 hearing at 4:00 p.m. (prevailing Eastern time). The Debtors intend to submit a certification of counsel continuing the exclusive periods to January 1, 2011 prior to the hearing.

14. Motion for Reconsideration from March 30, 2010 Order Disallowing Claims Filed By Carrie L. Luft and Denying as Moot Movant Luft's Motion for Relief From the Automatic Stay (Docket No. 1453, 04/09/10)

Response Deadline: June 14, 2010 at 4:00 p.m.

Status: This matter is continued to the October 20, 2010 hearing at 4:00 p.m. (prevailing Eastern time).

15. Debtors' Objection to Claims Filed By Bank of America N.A. Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1566, 05/21/10)

Related Documents:

A. Notice of Service [executed signature page for Declaration] (Docket No. 1588, 05/26/10)

B. Notice of Submission of Proofs of Claim in Connection with Debtors' Objection to Claims Filed By Bank of America, N.A. Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1617, 06/9/10)

Response Deadline: June 14, 2010 at 4:00 p.m. Response deadline extended to October 13, 2010 for Bank of America, N.A.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter is continued to the October 20, 2010 hearing at 4:00 p.m. (prevailing Eastern time).

16. Objection to Claim by Claimant(s) Deutsche Bank National Trust Company (Docket No. 1567, 05/21/10)

Related Documents:

A. Notice of Service [executed signature page for Declaration] (Docket No. 1589, 05/26/10)

B. Notice of Submission of Proofs of Claim in Connection with Debtors' Objection to Claims Filed by Deutsche Bank National Trust Company Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 (Docket No. 1619, 06/9/10)

Response Deadline: June 14, 2010 at 4:00 p.m. Response deadline extended to October 13, 2010 for Deutsche Bank National Trust Company

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter is continued to the October 20, 2010 hearing at 4:00 p.m. (prevailing Eastern time).

17. Debtors' Objection to Claims Filed By US Bank, N.A. Pursuant to 11 U.S.C. §502(b) and Bankruptcy Rule 3007 (Docket No. 1568, 05/21/10)

Related Documents:

A. Notice of Service [executed signature page for Declaration] (Docket No. 1590, 05/26/10)

B. Notice of Submission of Proofs of Claim in Connection with Debtors' Objection to Claims Filed By Deutsche Bank National Trust Company Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1618, 06/09/10)

Response Deadline: June 14, 2010 at 4:00 p.m. Response deadline extended to October 13, 2010 for US Bank, N.A.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter is continued to the October 20, 2010 hearing at 4:00 p.m. (prevailing Eastern time).

18. Motion for Relief from Stay Under Section 362(d) of the Bankruptcy Code and/or for Abstention, for Permission to Proceed on Claim Not Filed Before Bar Date, and to Compel Production of Insurance Information [Filed by Amos Twito] (Docket No. 1725, 07/09/10)

Related Documents:

Response Deadline: August 11, 2010 at 4:00 p.m. Extended to September 14, 2010 at 4:00 p.m. (prevailing Eastern time).

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter is continued to the October 20, 2010 hearing at 4:00 p.m. (prevailing Eastern time).

19. Unsecured Creditor Eugene C. Smalls Motion to Strike Debtors' Brief or in the Alternative, Motion for Leave to Respond to Debtors' Post-Hearing Brief (Docket No. 1751, 07/19/10).

Related Documents:

A. Debtors' Post-Hearing Brief Regarding Claims of Eugene C. Smalls (Docket No. 1726, 07/09/10)

B. Motion to Extend Time to Respond To Court Hearing Date; Accredited Home Lenders Holding Co Debtors' Post-Hearing Brief; Declaration of Eugene C. Smalls; Order Granting Plaintiff's Ex Parte Motion for Extension of Time for the New Hearing Date of August 25, 2010 and Certificate of Service (Docket No. 1853, 08/11/10)

C. Unsecured Creditor Eugene C. Smalls Submit the Last Additional evidence into the Records as Exhibit "M"; Declaration and Certificate of Service (Docket No. 1891, 08/24/10)

D. Unsecured Creditor Eugene C. Smalls: Statement of (Expert Witness Disclosure) and Certificate of Service (Docket No. 1941, 09/13/10)

Response Deadline: August 11, 2010 at 4:00 p.m.

Responses Received:

A. Objection to the Motion to Strike Debtors' Brief or in the Alternative, Motion for Leave to Respond to Debtors' Post-Hearing Brief (Docket No. 1854, 08/11/10)

Replies Received:

A. Creditor Eugene C. Smalls Reply to Debtor's Objection to creditor Eugene C. Smalls Motion to Strike Debtors' Brief or in the Alternative, Motion for Leave to Respond to Debtors' Post-Hearing Brief (Docket No. 1893, 08/24/10

Status: This matter is continued to the October 20, 2010 hearing at 4:00 p.m. (prevailing Eastern time).

20. Motion for Monthly Out-of-Pocket Expenses to Creditor Larry B. Moore (Docket No. 1875, 08/19/10)

Related Documents:

A. Creditor's Ex Parte Application for an Extension of Time to File Opposition to Debtors' Objection to Motion for Monthly Out-of-Pocket Expenses to Creditor Larry B. Moore (Docket No. 1937, 09/10/10)

Response Deadline: N/A

Responses Received:

A. Debtors' Objection to Motion for Monthly Out-of-Pocket Expenses to Creditor Larry B. Moore (Docket No. 1900, 08/26/10)

Status: This matter is continued to the October 20, 2010 hearing at 4:00 p.m. (prevailing Eastern time).

**UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION:**

21. Debtors' Motion to Approve Expansion of the Scope of Retention of Deloitte Tax LLP Nunc Pro Tunc to July 1, 2010 (Docket No. 1832, 08/03/10)

Related Documents:

A. Certification of No Objection Regarding Debtors' Motion to Approve Expansion of the Scope of Retention of Deloitte Tax LLP Nunc Pro Tunc to July 1, 2010 (Docket No. 1949, 09/16/10)

Response Deadline: September 14, 2010 at 4:00 p.m.

Responses Received: None.

Status: A certification of no objection has been filed.

22. Debtors' Motion Pursuant to Bankruptcy Rule 9019 to Approve a Settlement with Certain New Jersey WARN Act Claimants (Docket No. 1895, 08/24/10)

Related Documents:

A. Certification of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 to Approve a Settlement with Certain New Jersey WARN Act Claimants (Docket No. 1950, 09/16/10)

Response Deadline: September 14, 2010 at 4:00 p.m.

Responses Received: None.

Status: A certification of no objection has been filed.

**OMNIBUS OBJECTIONS TO CLAIMS GOING FORWARD:**

23. Eighteenth (Substantive and Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1879, 08/20/10)

Related Documents:

A. Notice of Submission of Proofs of Claim in Connection with Debtors' Eighteenth (Substantive and Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1925, 09/07/10)

Response Deadline: September 14, 2010 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter is going forward.

**CONTESTED MATTERS GOING FORWARD:**

24. Debtors' Amended Objection to Claims of Larry B. Moore (Claim Nos. 1063, 1064, 1065 and 1093) (Docket No. 1731, 07/14/10).

Related Documents:

A. Objection to Claim by Claimant(s) Larry B. Moore (Claim Nos. 1063, 1064 and 1065). (Docket No. 1677, 06/22/10)

B. Order Granting In Part Creditor's Ex Parte Application For An Extension of Time to File an Objection to Debtors' Objection to Claims of Larry B. Moore(Claim Nos. 1063, 1064 and 1065)(Docket No. 1807, 07/27/10)

C. Notice to Take Mandatory Judicial Notice of Adjudicative Facts; Lodging of Documents in Support of Opposition to Notice of Debtors' Amended Objection to Claim of Larry B. Moore (Claim Nos. 1063, 1064, 1065, 1093 and 1096) (Docket No. 1944, 09/13/10)

Response Deadline: August 11, 2010 at 4:00 p.m. Deadline for Larry B. Moore is extended to September 7, 2010.

Responses Received: None.

Status: This matter is going forward.

**ADVERSARY PROCEEDINGS:**

25. Official Committee of Unsecured Creditors v. Accredited Mortgage Loan REIT Trust (Adv. Pro. No. 10-50980)

Contested Matters:

A. Motion to Intervene in Adversary Proceeding (Docket No. 16, 06/28/10)

B. Motion for Standing to Assert Claims of Accredited Home Lenders Holdings Co. [Filed by JPMorgan Chase Bank, N.A., Kodiak CDO I, Ltd., Kodiak CDO II, Ltd.] (Docket No. 29, 09/02/10)

C. Motion for Clarification and Reconsideration [Filed by JPMorgan Chase Bank, N.A., Kodiak CDO I, Ltd., Kodiak CDO II, Ltd.] (Docket No. 34, 09/10/10)

Related Documents:

A. [Signed] Order Staying Adversary Proceeding (Docket No. 32, 09/07/10)

Responses Received:

A. Opposition of the Official Committee of Unsecured Creditors to Kodiak CDO I, Ltd., Kodiak CDO II, Ltd., and JPMorgan Chase Bank, N.A.'s Motion to Intervene in Adversary Proceeding (Docket No. 21, 08/10/10)

B. Objection of the Official Committee of Unsecured Creditors to Kodiak CDO I, Ltd., Kodiak CDO II, Ltd. and JP Morgan Chase Bank, N.A.'s Motion for Clarification and Reconsideration (Docket No. 35, 09/16/10)

C. Opposition of the Official Committee of Unsecured Creditors to Kodiak CDO I, Ltd., Kodiak CDO II, Ltd., and JPMorgan Chase Bank, N.A. Motion for Standing to Assert Claims of Accredited Home Lenders Holdings Co. (Docket No. 36, 09/16/10)

Replies Received:

A. Reply Brief on Motion to Intervene in Adversary Proceeding [Filed by JPMorgan Chase Bank, N.A., Kodiak CDO I, Ltd., Kodiak CDO II, Ltd.] (Docket No. 26, 09/01/10

**Status:** A hearing on the main adversary proceeding is continued to a date to be determined. The hearing on the Motion to Intervene is going forward.

**ADVERSARY PROCEEDING GOING FORWARD AS STATUS CONFERENCE ONLY:**

26. Wells Fargo Bank, N.A. solely in its capacity as Indenture Trustee and Property Trustee v. LSF5 Accredited Investments LLC, et al., (Adv. Pro. No. 09-53276)

A. Plaintiff's Amended Complaint (Docket No. 11, 02/24/10)

Contested Matters:

1. [Corrected] Lone Star Defendants' Motion to Dismiss the Amended Complaint for Failure to State a Claim (Docket No. 28, 04/29/10)

2. Joint Motion of Plaintiff and Defendants to Refer Matter to Mediation and for Certain Orders Related to Mediation (Docket No. 47, 09/02/10)

Related Documents:

1. [Corrected] Memorandum of Law in Support of Lone Star Defendants' Motion to Dismiss the Amended Complaint for Failure to State a Claim (Docket No. 29, 04/29/10)

2. [Corrected] Declaration of Kostas D. Katsiris in Support of Lone Star Defendants' Motion to Dismiss the Amended Complaint for Failure to State a Claim (Docket No. 30, 04/29/10

Responses Received:

1. Response to Defendants' Motion to Dismiss Amended Complaint and Memorandum of Law in Support of Defendants' Motion to Dismiss Amended Complaint for Failure to State a Claim [Filed by Wells Fargo Bank, N.A.] (Docket No. 42, 07/12/10)

2. Limited Objection to Joint Motion of Plaintiffs and Defendants to Refer Matter to Mediation and for Certain Orders Related to Mediation (Docket No. 55, 09/14/10)

3. Limited Response and Protective Objection of the Official Committee of Unsecured Creditors to the Joint Motion of Plaintiff and Defendants to Refer Matter to Mediation and for Certain Orders Related to Mediation (Docket No. 56, 09/16/10)

Replies Received:

1. The Lone Star Defendants' Reply in Further Support of Their Motion to Dismiss the Amended Complaint for Failure to State a Claim (Docket No. 53, 09/10/10)

Status: This adversary proceeding is going forward as a status conference only.

Dated: September 17, 2010

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Kathleen P. Makowski

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
kmakowski@pszjlaw.com

-and-

HUNTON & WILLIAMS LLP
Gregory G. Hesse (Texas Bar No. 09549419)
Lynnette R. Warman (Texas Bar No. 20867940)
Jesse T. Moore (Texas Bar No. 24056001)
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: (214) 979-3000
Telecopy: (214) 880-0011
Email: ghesse@hunton.com
lwarman@hunton.com
jtmoore@hunton.com

Attorneys For The Debtors And Debtors In Possession

# EXHIBIT A

**Exhibit A**
**Responses To Debtors' First Omnibus Objection To Claims**
**August 18, 2010 at 10:30 a.m.**

| Claimant | Response | Status |
|---|---|---|
| Nathan Mark Shilberg | D.I. #1138 | Continued to October 20, 2010 at 4:00 p.m..(prevailing Eastern time) |
| Julie Evans | Informal | Order entered [Docket No. 1930] |
| Hattie Sealy | Sua Sponte | Continued to October 20, 2010 at 4:00 p.m..(prevailing Eastern time) |
| J. Humberto Carrillo | Sua Sponte | Continued to October 20, 2010 at 4:00 p.m..(prevailing Eastern time) |
| William A. Gay, Sr. | Sua Sponte | Order entered [Docket No. 1908] |
| Norge Labrato | Sua Sponte | Continued to October 20, 2010 at 4:00 p.m..(prevailing Eastern time) |
| Madeleine Labrato | Sua Sponte | Continued to October 20, 2010 at 4:00 p.m..(prevailing Eastern time) |

# EXHIBIT B

## Exhibit B
## Responses To Debtors' Fifth Omnibus Objection To Claims

| Claimant | Response | Status |
|---|---|---|
| New York State Department of Taxation and Finance | D.I. #1210 | Continued to October 20, 2010 at 4:00 p.m.(prevailing Eastern time) |
| State of Michigan, Dept. of Treasury | D.I. #1226 | Resolved by Order at D.I. #1499 |
| No Tax Counties | Informal | Resolved by Order at D.I. #1299 |
| Dallas County | Informal | Resolved by Order at D.I. #1635 |
| Harris County | Informal | Resolved by Order at D.I. #1836 |
| Montgomery County | Informal | Resolved by Order at D.I. #1836 |
| City of Calgary | Informal | Resolved by Order at D.I. #1635 |
| Washington County | Informal | Resolved by Order at D.I. #1635 |
| County of Santa Clara | Informal | Resolved by Order at D.I. #1635 |
| Forth Worth I&D | Informal | Resolved by Order at D.I. #1635 |

# <u>EXHIBIT C</u>

## Exhibit C
## Responses To Debtors' Sixth Omnibus Objection To Claims

| Claimant | Response | Status |
|---|---|---|
| Creditor (Hovson's, Inc.) Response to Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 | D.I. # 1219 | Objection withdrawn [D.I. #1294] |
| Canpro Investments Ltd.'s Response to Debtors' Sixth (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 | D.I. # 1225 | Resolved by Order at D.I. #1614 |
| Amended Response to Debtors' 6th (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 USC Section 502(b) and Bankruptcy Rule 3007 Filed by Canpro Investments, LTD. | D.I. #1272 | Resolved by Order at D.I. #1614 |
| Joint Response of American Security Insurance Company, Standard Guaranty Insurance Company and Voyager Indemnity Insurance Company in Opposition to Debtors' Sixth (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 | D.I. #1281 | Continued to October 20, 2010 at 4:00 p.m.(prevailing Eastern time) |
| RA 10 Rooney Circle | Informal | Objection withdrawn [D.I. #1194] |
| Hattie Sealey | Informal | Continued to October 20, 2010 at 4:00 p.m.(prevailing Eastern time) |

# EXHIBIT D

# EXHIBIT D
## Responses To Debtors' Seventh Omnibus Objection To Claims

| Claimant | Response | Status |
|---|---|---|
| MERS Corp. | Informal | Objection withdrawn [D.I. #1295] |
| Spusv5 | D.I. #1940 | Continued to October 20, 2010 at 4:00 p.m.(prevailing Eastern time) |
| TIC Poplar Ave, LLC | Informal | Resolved. Order entered [D.I. #1301] |
| EX1Service holdings, Inc. | Informal | Resolved. Order entered [D.I. #1301] |
| IPC New York Properties, LLC | Informal | Resolved. Order entered [D.I. #1264] |
| Sunguard Availability Services, LP | Informal | Resolved. Order entered [D.I. #1449] |
| HRPT Lenexa | Informal | Resolved. Order entered [D.I. #1361] |
| Joan Govero | Informal | Objection withdrawn [D.I. #TBD] |
| ROUSA | Sua Sponte | Resolved. Order entered [D.I. #1861] |
| Take-A-Break Services | Sua Sponte | Resolved. Order entered [D.I. #1408] |
| TW Telecom | Sua Sponte | Resolved. Order entered [D.I. #1490] |

# <u>EXHIBIT E</u>

**EXHIBIT E**

**Responses To The Debtors' Eighth Omnibus Objection To Claims**

| Claimant | Response | Status |
|---|---|---|
| Barbara H. Katz | Informal | Continued to October 20, 2010 at 4:00 p.m. (prevailing Eastern time) |
| Lyle and Patricia Wroan | D.I. #1347 | Continued to October 20, 2010 at 4:00 p.m. (prevailing Eastern time) |
| Greg and Olga Johnson | D.I. #1357 | Continued to November 30, 2010 at 11:30 a.m. (prevailing Eastern time) |
| Christopher Kearns | D.I. #1358 | Continued to October 20, 2010 at 4:00 p.m. (prevailing Eastern time) |
| Luna Walker | D.I. #1359 | Disallowed. Order entered [D.I. #1523] |
| Karla Brown | D.I. #1362 | Continued to October 20, 2010 at 4:00 p.m. (prevailing Eastern time) |
| Norma Graham | D.I. #1363 | Continued to October 20, 2010 at 4:00 p.m. (prevailing Eastern time) |
| Jacquez V. Erni | Informal | Continued to October 20, 2010 at 4:00 p.m. (prevailing Eastern time) |
| Myra Ciardi | Informal | Resolved and Pending Documentation, Continued to October 20, 2010 at 4:00 p.m. (prevailing Eastern time) |
| Mr. and Mrs. Frissora | Informal | Continued to October 20, 2010 at 4:00 p.m. (prevailing Eastern time) |
| Bowers W. Espy | Informal | Resolved. Order entered [D.I. #1420] |
| Gary M. Erickson | Informal | Resolved. Order entered [D.I. #1420] |
| David Hertzel | Informal | Resolved. Order entered [D.I. #1420] |
| James A. Konrath | Informal | Resolved. Order entered [D.I. #1420] |
| Joseph J. Lydon | Informal | Resolved. Order entered [D.I. #1420] |
| Stuart D. Marvin | Informal | Resolved. Order entered [D.I. #1420] |
| Jeffrey W. Crawford | Informal | Resolved. Order entered [D.I. #1420] |
| John S. Buchanan | Informal | Resolved. Order entered [D.I. #1420] |
| Richard T. Pratt | Informal | Resolved. Order entered [D.I. #1420] |
| Jody A. Gunderson | Informal | Resolved. Order entered [D.I. #1420] |
| James H. Berglund | Informal | Resolved. Order entered [D.I. #1420] |
| Residential Home Funding | Informal | Resolved. Order entered [D.I. #1510] |

**EXHIBIT F**

## EXHIBIT F

## Responses To Debtors' Tenth Omnibus Objection To Claims

| Claimant | Response | Status |
|---|---|---|
| Emmett James Higgin | D.I. #1448 | Resolved by Order at [D.I. #1612] |
| Emmett James Higgin | D.I. #1463 | Resolved by Order at [D.I. #1612] |
| EA Boniakowski Agency, Inc. | D.I. #1462 | Continued to October 20, 2010 at 4:00 p.m. (prevailing Eastern time) |
| Paul Lucido | D.I. #1459 | Resolved by Order at [D.I. #1613] |

# EXHIBIT G

# EXHIBIT G
## Responses to Debtors' Twelfth Omnibus Objection To Claims

| Claimant | Response | Status |
|---|---|---|
| Financial Guarantee and Insurance Co. | D.I. 1622 | Continued to October 20, 2010 at 4:00 p.m. (prevailing Eastern time) |
| Alan M. Jacobs, as Liquidating Trustee of the New Century Liquidating Trust | Informal | Continued to October 20, 2010 at 4:00 p.m. (prevailing Eastern time) |
| Fidelity and Deposit Company of Maryland | Informal | Continued to October 20, 2010 at 4:00 p.m. (prevailing Eastern time) |
| US Bank National Association | Informal | Continued to October 20, 2010 at 4:00 p.m. (prevailing Eastern time) |

**EXHIBIT H**

## EXHIBIT H
## Responses to the Debtors Fourteenth Omnibus Objection To Claims

| Claimant | Response | Status |
|---|---|---|
| HSBC Bank USA Nat. Assoc. | Informal | Continued to October 20, 2010 at 4:00 p.m. (prevailing Eastern time) |
| Ocwen Loan Servicing LLC | Informal | Continued to October 20, 2010 at 4:00 p.m. (prevailing Eastern time) |
| SG Mortgage Finance Corp. | Informal | Resolved: Order entered [D.I. 1721] |