IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ACCREDITED HOME LENDERS | ) | Case No. 09-11516 (MFW) |
| HOLDING CO., et al.[1] | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Related Docket Nos. 1946 & 1947** |

**Objection Deadline: October 13, 2010 at 4:00 p.m. (prevailing Eastern time)**
**Hearing Date: October 20, 2010 at 4:00 p.m. (prevailing Eastern time)**

# NOTICE OF DEBTORS' MOTION FOR ORDER (I) APPROVING THE DISCLOSURE STATEMENT; (II) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN; (III) ESTABLISHING DEADLINE AND PROCEDURES FOR FILING OBJECTIONS; (IV) APPROVING PUBLICATION NOTICE REGARDING THE PLAN AND OTHER DEADLINES; AND (V) GRANTING RELATED RELIEF

TO: (i) the Office of the United States Trustee; (ii) counsel to the Committee; and (iii) those persons who have requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on September 24, 2010, the above-captioned Debtors and Debtors in possession (the "Debtors"), filed the *Debtors' Motion for Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Establishing Deadline and Procedures for Filing Objections; (IV) Approving Publication Notice Regarding the Plan and Other Deadlines; and (V) Granting Related Relief* (the "Motion"), with the United States Bankruptcy Court for the

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 100, San Diego, CA 92131. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **October 13, 2010 at 4:00 p.m. prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Debtor: (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esquire, and (b) Hunton & Williams LLP, 1445 Ross Avenue, Suite 3700, Dallas, Texas 75202, Attn: Gregory G. Hesse, Esquire (ii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, Room 2207, 844 North King Street, Wilmington, Delaware 19801, Attn.: Thomas P. Tinker, Esquire; and (iii) counsel to the Committee, (a) Arent Fox LLP, 1675 Broadway, New York, NY 10019, Attn: Andrew Silfen, Esquire, and (b) Elliott Greenleaf, 1105 Market Street, Suite 1700, Wilmington, DE 19801, Attn: Rafael X. Zahralddin-Aravena, Esquire.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD OCTOBER 20, 2010 AT 4:00 P.M. BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES

BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON DELAWARE 19801.

Dated: September 24, 2010

    PACHULSKI STANG ZIEHL & JONES LLP

    /s/ Kathleen P. Makowski
    Laura Davis Jones (Bar No. 2436)
    James E. O'Neill (Bar No. 4042)
    Kathleen P. Makowski (Bar No. 3648)
    919 North Market Street, 17th Floor
    P.O. Box 8705
    Wilmington, DE 19899-8705 (Courier 19801)
    Telephone: (302) 652-4100
    Facsimile: (302) 652-4400
    Email: ljones@pszjlaw.com
           joneill@pszjlaw.com
           kmakowski@pszjlaw.com

    -and-

    HUNTON & WILLIAMS LLP

    Gregory G. Hesse (Texas Bar No. 09549419)
    Lynnette R. Warman (Texas Bar No. 20867940)
    Jesse T. Moore (Texas Bar No. 24056001)
    1445 Ross Avenue, Suite 3700
    Dallas, Texas 75202
    Telephone: (214) 979-3000
    Telecopy: (214) 880-0011
    Email: ghesse@hunton.com
           lwarman@hunton.com
           jtmoore@hunton.com

    Attorneys For The Debtors And Debtors In Possession