IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ACCREDITED HOME LENDERS HOLDING CO., et al.[1] | ) ) ) | Case No. 09-11516 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Kathleen P. Makowski, hereby certify that on the 24th day of September 2010, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**Notice of Debtors' Motion for Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Establishing Deadline and Procedures for Filing Objections; (IV) Approving Publication Notice Regarding the Plan and Other Deadlines; and (V) Granting Related Relief**

**Debtors' Motion for Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Establishing Deadline and Procedures for Filing Objections; (IV) Approving Publication Notice Regarding the Plan and Other Deadlines; and (V) Granting Related Relief**

**Order Granting Debtors' Motion for Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Establishing Deadline and Procedures for Filing Objections; (IV) Approving Publication Notice Regarding the Plan and Other Deadlines; and (V) Granting Related Relief**

/s/ Kathleen P. Makowski
Kathleen P. Makowski (DE Bar No. 3648)

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 100, San Diego, CA 92131. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

**Accredited Home Lenders 2002 List**
Case No. 09-11516 (MFW)
Doc. No. 147793
12 – Hand Delivery
67 – First Class Mail

(Counsel to Debtors)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

**Hand Delivery**
(Parcels)
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
(United States Trustee)
Thomas P. Tinker
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Kodiak CDO I, Ltd., Kodiak CDO II, Ltd., and JP Morgan Chase Bank, N.A.)
Stuart M. Brown, Esquire
Edwards Angell Palmer & Douglas
919 North Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
)
James E. Huggett, Esquire
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE 19801

**Hand Delivery**
(Counsel to U.S. Bank)
Peter J. Duhig, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Citigroup Global Realty Markets)
Howard A. Cohen, Esquire
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

**Hand Delivery**
(Official Committee of Unsecured Creditors)
Rafael X. Zahralddin-Aravena, Esquire
Shelley A. Kinsella, Esquire
Neil R. Lapinski, Esquire
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE 19801

**Hand Delivery**
(Counsel to LSF MRA, LLC)
Joel A. Waite, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801-1037

**Hand Delivery**
(Counsel to American Security Insurance Company)
Gregory A. Taylor, Esquire
Caroline Hong, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**Hand Delivery**
(Counsel to Zurich American Insurance Company)
Brett D. Fallon, Esquire
Morris James, LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899

**Hand Delivery**
(Counsel to Thomas Romano, Jr. and Thomas J. Romano, Sr.)
Daniel K. Astin, Esquire
Anthony M. Saccullo, Esquire
Mary E. Augustine, Esquire
Carl D. Neff, Esquire
Ciardi Ciardi & Astin
919 North Market Street, Suite 700
Wilmington, DE 19801

**First Class Mail**
(Counsel to Zurich American Insurance Company)
Margaret M. Anderson, Esquire
Fox, Hefter, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

**First Class Mail**
(Official Committee of Unsecured Creditors)
Andrew Silfin, Esquire
Schuyler G. Carroll, Esquire
Arent Fox LLP
1675 Broadway
New York, NY 10019

**First Class Mail**
(Official Committee of Unsecured Creditors)
Jeffrey Rothleder, Esquire
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

**First Class Mail**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**First Class Mail**
Attn: Insolvency
District Director
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

**First Class Mail**
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

**First Class Mail**
Attn: Insolvency
Internal Revenue Service
1352 Marrows Road, 2nd Floor
Newark, DE 19711-5445

**First Class Mail**
Mark Schonfeld, Esquire
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

**First Class Mail**
Michael A. Berman, Esquire
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

**First Class Mail**
Matthew Berry, Esquire
Office of General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC 20554

**First Class Mail**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

**First Class Mail**
(Counsel to Kodiak CDO I, Ltd., Kodiak CDO II, Ltd., and JP Morgan Chase Bank, N.A.)
John D. Casais
Mathew A. Martel
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199-7613

**First Class Mail**
(Counsel to Debtors)
Gregory G. Hess, Esquire
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202

**First Class Mail**
(Counsel to Gifty R. Samuels, Creditor)
David G. Baker, Esquire
236 Huntington Avenue, Suite 302
Boston, MA 02115

**First Class Mail**
)
J. Scott Douglass
909 Fannin, Suite 1800
Houston, TX 77010

**First Class Mail**
(Counsel to 900 Merchants Concourse, LLC)
Darren Pascarella, Esquire
Farrell Fritz, P.C.
1320 RexCorp Plaza
Uniondale, NY 11556-1320

**First Class Mail**
(Authorized Agent for America's Servicing Company)
Whitney Groff, Esquire
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

**First Class Mail**
(Counsel to Cameron County)
Diane W. Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
The Terrace II
2700 Via Fortuna Drive, Suite 400
P.O. Box 17428
Austin, TX 78760

**First Class Mail**
(Counsel to tw telecom inc.)
Linda Boyle
tw telecom inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

**First Class Mail**
(Counsel to Arlington Independent School District)
Arlington Independent School District
c/o Elizabeth Banda
Perdue, Brandon, Fielder,
Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430

**First Class Mail**
(Creditor)
Litton Loan Servicing, LP
P. O. Box 829009
Dallas, TX 75382-9009

**First Class Mail**
(Authorized Agent for Litton Loan Servicing, LP)
Hilary B. Bonial, Esquire
Tyler Jones, Esquire
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243

**First Class Mail**
(Counsel to First American Capital V LLC)
Jon Krigsman
Managing Member
First American Capital V LLC
7286 Siena Way
Boulder, CO 80301

**First Class Mail**
(Interested Party)
America's Servicing Company
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

**First Class Mail**
(Counsel to Bexar County)
David G. Aelvoet, Esquire
Linebarger Goggan Blair & Sampson LLP
Travis Building
711 Navarro, Suite 300
San Antonio, TX 78205

**First Class Mail**
(Creditor)
Eugene C. Smalls
2312 22nd Avenue, S.W.
Largo, FL 33774

**First Class Mail**
(Counsel to Moody's Investors Service)
Christopher R. Belmonte, Esquire
Pamela A. Bosswick, Esquire
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

**First Class Mail**
(Counsel to U.S. Bank)
David J. McCarty, Esquire
Kyle Mathews, Esquire
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071

**First Class Mail**
(Counsel to AK Teacher Retirement System)
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

**First Class Mail**
(Counsel to AK Teacher Retirement System)
David Stickney, Esquire
Bernstein Litowitz Berger & Grossman, LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

**First Class Mail**
(Pro Se Litigant)
Mario A. Kenny
789 NE 83rd Street
Miami, FL 33138

**First Class Mail**
(Counsel to American Express Travel Related Services Co, Inc Corp Card)
American Express Travel Related Services Co, Inc Corp Card
c/o Becket and Lee LLP
Gilbert B Weisman, Esquire
P.O. Box 3001
Malvern, PA 19355 0701

**First Class Mail**
(Counsel to Wells Fargo Bank, N.A., as Indenture Trustee and Property Trustee)
David E. Retter, Esquire
Jordan A. Bergman, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**First Class Mail**
(Wells Fargo Bank, N.A., as Indenture Trustee and Property Trustee)
James R. Lewis
Vice President
Wells Fargo Bank, N.A.
45 Broadway - 17th Floor
New York, NY 10006

**First Class Mail**
(Counsel to Fidelity and Deposit Company of Maryland)
Patrick M. Birney, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

**First Class Mail**
(Counsel to Oracle USA, Inc. ( Oracle ) and Oracle Credit Corporation)
Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

**First Class Mail**
(Cypress Fairbanks ISD, Harris County, Galveston County, Wharton County, Fort Bend County, Montgomery County, and consolidated Tax Collections of Washington County)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

**First Class Mail**
(As Agent for BAC Home Loans Servicing, LP)
Dean R. Prober, Esquire
Lee S. Raphael, Esquire
Cassandra J. Richey, Esquire
David F. Makkabi, Esquire
Polk, Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364

**First Class Mail**
(Counsel to Citigroup Global Realty Markets)
Robert K. Malone, Esquire
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932-1047

**First Class Mail**
)
Noble Systems
7041 Grand National Drive, #128h
Orlando, FL 32819

**First Class Mail**
(A Pro Se Litigant)
Carrie L. Luft
139 Sinclair Street SE
Port Charlotte, FL 33952

**First Class Mail**
(Counsel to LSF MRA, LLC)
Jane Lee Vris, Esquire
Dov R. Kleiner, Esquire
Vinson & Elkins L.L.P.
666 Fifth Avenue, 25th Floor
New York, NY 10103-0040

**First Class Mail**
(Counsel to LSF MRA, LLC)
Matthew R. Stammel, Esquire
Vinson & Elkins L.L.P.
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975

**First Class Mail**
(IBM)
IBM Corporation
Attn: Vicky Namken
13800 Diplomat Drive
Dallas, TX 75234

**First Class Mail**
(IBM)
IBM Corporation
Attn: Robert W. Geiger
New Orchard Road
MD 213
Armonk, NY 10504

**First Class Mail**
(IBM)
IBM Corporation
Attn: David Ray Jr.
Hyatt Center
71 S Wacker Drive, 6th Floor
Chicago, IL 60606-4637

**First Class Mail**
(Creditor)
Anderson, Burns & Vela, LLP
Michael J. Burns, Esquire
8111 LBJ Freeway, Suite 480
Dallas, TX 75251

**First Class Mail**
(Counsel to Microsoft Corporation)
Hilary Bramwell Mohr, Esquire
Joseph E. Shickich, Jr., Esquire
Riddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154

**First Class Mail**
(Creditor)
Litton Loan Servicing, LP
P. O. Box 829009
Dallas, TX 75382-9009

**First Class Mail**
(Agent for Litton Loan Servicing, LP)
Hilary B. Bonial, Esquire
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243

**First Class Mail**
(Counsel to American Security Insurance Company)
Raul A. Cuervo, Esquire
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-5208

**First Class Mail**
(Counsel to Plaza East Property, LLC)
Plaza East Property, LLC
c/o Shawn B. REdiger, Esquire
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380

**First Class Mail**
(Counsel to OutlookSoft Corporation)
Donald K. Ludman, Esquire
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096

**First Class Mail**
(Counsel to the Ad Hoc Committee of
Preferred Shareholders of the Accredited
Mortgage Loan REIT Trust)
Mark T. Power, Esquire
Hahn & Hessen, LLP
488 Madison Avenue, 15th Floor
New York, NY 10022

**First Class Mail**
(Counsel to Missouri Department of
Revenue)
Sheryl L. Moreau, Esquire
Missouri Department of Revenue
Bankruptcy Unit
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

**First Class Mail**
(Counsel to Thomas Romano, Jr. and
Thomas J. Romano, Sr.)
Albert A. Ciardi, III, Esquire
Thomas D. Bielli, Esquire
Ciardi Ciardi & Astin
One Commerce Square
2005 Market Street Suite 1930
Philadelphia, PA 19103

**First Class Mail**
(Counsel to Thomas Romano, Jr. and
Thomas J. Romano, Sr.)
Marc E. Chapdelaine, Esquire
Chapdelaine Law Office
539 Lincoln Avenue
Saugus, MA 01906

**First Class Mail**
(Creditor)
American Express Travel Related Services
Co, Inc Corp Card
c/o Becket and Lee LLP
Gilbert B. Weisman, Esquire
P.O. Box 3001
Malvern, PA 19355-0701

**First Class Mail**
(Creditor)
Hammocks Community Association, Inc.
c/o Jonathan M. Mofsky, Esquire
Siegfried, Rivem, Lerner, De La Torre &
Sobel, P.A.
201 Alhambra Circle, #603
Coral Gables, FL 33134

**First Class Mail**
(Counsel to Accredited Mortgage Loan
REIT Trust)
J. Mark Chevallier, Esquire
Gary C. Morgan, Esquire
McGuire, Craddock & Strother, P.C.
3550 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201

**First Class Mail**
(Pro Se)
Larry B. Moore, #J16151
North Kern State Prison
2737 West Cecil Avenue
P.O.Box 5000, A1-148 Low
Delano, CA 93216-3000

**First Class Mail**
(Counsel to Iron Mountain Information Management, Inc.)
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

**First Class Mail**
(Counsel to Lyle and Patricia Wroan, Creditors)
Douglas B. Wroan, Esquire
The Wroan Law Firm, Inc.
5155 West Rosecrans Avenue, Suite 229
Hawthorne, CA 90250

**First Class Mail**
(IBM Corporation)
Mitchell G. Mandell, Esquire
Zukerman Gore Brandeis & Crossman, LLP
875 Third Avenue, 28th Floor
New York, NY 10022