510 Orange Drive
Apt. 10
Altamonte Springs, Fl 32701

September 24, 2010

Elliott Greenleaf
1105 Market Street
Suite 1700
Wilmington, DE 19801
Attn: Rafael X. Zahralddin-Aravena

RE: In re: Accredited Home Lenders Holding Co., et al
Case no. 09-11516 (MFW)

Dear You're Honorable Courts:

Please consider this correspondence my objection to the Hearing currently scheduled for October 20, 2010. This correspondence is the first notice I received of such a hearing, upon the receipt of the notice I contacted the 2 law firms and communicated with an attorney in each firm since the first notice was never received at my current address. In my conversation with Kitty Makowski from Pachulski Stang Ziehl & Jones LLP on 9/22/10, I discovered if I had officially received the first notice that was mailed in 2009 I could've address properly the damages with a proof of claim. In the event I would respectfully like to submit the attached affidavit outlining the damages incurred on my behalf, resulting from Accredited Home Lenders misrepresentation in 2006.

This has put me through extreme hardship and I am currently in a position to lose my home. I am a single mother with a daughter that has disabilities and I need to be able to provide for her. I would appreciate this Honorable Court's reconsideration regarding the money being sent to me as my damages exceed well over $11,000.00.

Please feel free to contact me at (321) 439-7669. Thank you for your time and consideration in this matter.

Respectfully submitted,

Gladys DeJesus

Enclosure (1)

Gladys DeJesus
510 Orange Ave
Apt 10
Altamonte Springs, FL 32701

September 23, 2010

**<u>Via Certified Mail – Return Receipt Requested</u>**

United States Bankruptcy Court for the
District of Delaware
824 North Market Street, 5th Floor
Courtroom No. 4
Wilmington, DE 19801

Pachulski Stang Ziehl & Jones LLP,
919 North Market Street
17th Floor
PO Box 8705
Wilmington, Delaware 19899-875
Attn: Laura Davis Jones, Esquire

Hunton & Williams LLP
1445 Ross Avenue
Suite 3700
Dallas, Texas 75202
Attn: Gregory G. Hesse, Esquire

The Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street,
Suite 2207
Lock Box 35
Wilmington, Delaware 19801
Attn: Thomas P. Tinker, Esq.

Arent Fox LLP
1675 Broadway
New York, NY 10019
Attn: Andrew I. Silfen, Esq.

# AFFIDAVIT OF GLADYS DE JESUS

**STATE OF FLORIDA**
**COUNTY OF SEMINOLE**

The undersigned, GLADYS DE JESUS (hereinafter the "AFFIANT"), on this 24 day of Sept., 2008, being duly advised that the following is be stated under oath, subject to the laws of perjury, pursuant to FSS 92.525, Florida Statutes, states as follows:

1. My name is **GLADYS DE JESUS**; I am the Affiant in the captioned matter. The statements made herein on my behalf and are based solely upon my personal knowledge. At the time of application, I refinanced my home that I purchased in 1999 and was placed into a predatory loan which was unaffordable and equity stripped the home into a defective loan product that was doomed for default. Prior to the refinance in November of 2006 I had never been in default on a mortgage and if the lender was honest with me I would not be in default today.

2. Despite the fact that I informed the Agent that I had a limited income of $2200 per month, the agent persisted in procuring the new financing on the property. I provided this information to the agent, as well as, the income information as it appeared from deposits on my personal bank statements, and further signed an IRS Income Tax Transmittal (Form 4506) which allowed the Lender and/or its agent to validate my annual income. I am alleging that the Lender's Agent breached its fiduciary duties by manipulating my debts to clear the loan approval, equity strip the home and place me into a set of circumstances that were destined to default. For the purpose of self-enrichment the Lender offered a self-destructive, predatory loan product in the amount of $138,400.00. The Lender provided kick-backs to persons (which included the loan agent with an Service Release Premium directly plus other closing costs, and other incentives to the managers of the lender, the title company, and the appraiser) involved with this transaction which included the payment of discount points and closing costs that totaled $11,055.19 which provided other incentives to persons to manipulate the documents and disclosures associated with the procurement of the transaction.

3. The agent withheld this information from me and if I knew of the manipulation of the documents, I would have not closed on the transaction which now could result in the loss of the property. I should have been afforded the opportunity to understand the interest rate costs and availability of lower more competitive terms—the terms of the loan are clearly unaffordable which is seen in that the value of the property is lower than the amount owed on the property. The outstanding balance due exceeds $142,312.00 and the value of the property is lower than $137,000, which affords me no opportunity to get out of the property without substantial cost or expenditure.

4. A HUD Settlement Statement was not provided to us as the borrowers within twenty-four (24) hours prior to the closing of the loan. Along with the Narrative Program Disclosure, the Service Release Disclosure, the Truth-in-lending, and Good Faith Estimate which were due within three (3) days of Application. I was denied my rights under RESPA and TILA.

5. I am alleging fraud, predatory lending practices and violations of the Real Estate Settlement

Procedures Act (RESPA) took place in connection with my loan. At no time prior to the actual closing was I made aware that the adjustable terms of the loan and the abusive tactics of Lender's agent.

Under penalties of perjury, I declare that I have read the foregoing [document] and that the facts stated in it is true--FURTHER AFFIANT SAYETH NAUGHT.

| _(signed)_ | 9/24/10 | _(signed)_ | 9/24/10 |
|---|---|---|---|
| **Client Signature** | Date | **Witness 1 Signature** | Date |
| | | | |
| **Client Signature** | Date | **Witness 2 Signature** | Date |