# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: **Accredited Home Lenders Holding Co., ET AL.,**          Case No. 09-11516

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS, LLC**<br>Name of Transferee | **Farleigh Witt**<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>**SONAR CREDIT PARTNERS, LLC**<br>**200 BUSINESS PARK DRIVE, SUITE 201**<br>**ARMONK, NY 10504** | Court Claim # (if known): N/A<br>Amount of Claim: **$4,294.66**<br>Date Claim Filed: N/A |
| Phone: **(914) 730-1005**<br>Last Four Digits of Acct #: N/A | Phone: N/A<br>Last Four Digits of Acct. #: N/A |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Phone: N/A<br>Last Four Digits of Acct #: N/A | Name and Current Address of Transferor:<br><br>Farleigh Witt<br>121 SW Morrison St<br>Portland, OR 97204 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg          Date: 9/29/2010
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attn: Clerk

AND TO:     Accredited Home Lenders, Inc. ("Debtor")
Case No. 09-11517 (Jointly Administered under Accredited Home Lenders Holding Co., Case No. 09-11516)

**FARLEIGH WITT**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

    **SONAR CREDIT PARTNERS, LLC**
    200 Business Park Drive
    Suite 201
    Armonk, NY 10504
    Attn: Michael Goldberg
    Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $4,294.66 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September 28, 2010.

| ASSIGNOR | ASSIGNEE |
|---|---|
| Signature: /s/ | Signature: /s/ Michael Goldberg |
| Name: Harold B. Scoggins III | Name: Michael Goldberg |
| Title: VP | Title: Managing Member |
| Date: 9-28-10 | Date: 9-29-10 |

# Creditor Data

Help

| Creditor: | Date Claim Filed: |
|---|---|
| FARLEIGH WITT<br>121 SW MORRISON ST<br>PORTLAND, OR 97204 | Claim #:<br>Schedule: F |

**Notice Party(ies):**

**Debtor Name:** Accredited Home Lenders, Inc.
**Debtor Case Number:** 09-11517

|  | Schedule Amount | C* | U* | D* | Filed Claim Amount | Present Claim Amount |
|---|---|---|---|---|---|---|
| GU | $4,294.66 | | | | | |
| PRI | | | | | | |
| SEC | | | | | | |
| AP | | | | | | |
| AS | | | | | | |
| TOTALS | $4,294.66 | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed

**Transfer History**

| Date Filed | Date Effective | Transfer Type | Transferor | Transferee | Status |
|---|---|---|---|---|---|
| No records found | | | | | |

**Objection History**

| Date Created | Name | Basis | Status |
|---|---|---|---|
| No records found | | | |

**Claim Withdrawal History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

**Stipulation History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".

Exhibit F-1
Accounts Payable

| Name | Address | CSZ | C | U | D | Claim Amount |
|---|---|---|---|---|---|---|
| DUESENBERG INVESTMENT COMPANY | PO BOX 511392 | LOS ANGELES, CA 90051 | | | | $7,376 |
| DUKE REALTY LP | 75 REMITTANCE DRIVE SUITE 3205 | CHICAGO, IL 60675 | | | | $123,246 |
| DUKE REALTY LP | 75 REMITTANCE DRIVE SUITE 3205 | CHICAGO, IL 60675 | | | | $219 |
| DYKEMA | 400 RENAISSANCE CENTER | DETROIT, MI 48243 | | | | $14,308 |
| EDCO DISPOSAL CORPORATION | PO BOX 6178 | BUENA PARK, CA 90622-6178 | | | | $1,911 |
| EN POINTE TECHNOLOGIES SALES INC | PO BOX 514429 | LOS ANGELES, CA 90051-4429 | | | | $3,571 |
| E OSCAR WEB | DEPT 224501 | DETROIT, MI 48256 | | | | $404 |
| EOP OPERATING LIMITED PARTNERSHIP LLC | | | | | | $10,838 |
| ESMERALDA TORRES | 600 WEST BROADWAY #2600 | SAN DIEGO, CA 92101 | | | | $7,500 |
| EUGENE A DELLE DONNE & SONS LP | ONE CORPORATE COMMONS | NEW CASTLE, DE 19703 | | | | $4,897 |
| EXL SERVICE HOLDINGS INC | 350 PARK AVENUE | NEW YORK, NY 10022 | | | | $147,550 |
| FARLEIGH WITT | 121 SW MORRISON STREET | PORTLAND, OR 97204 | | | | $4,295 |
| FEDEX GROUND INC | | | | | | $210 |
| FEDERAL EXPRESS | P O BOX 7221 | PASADENA, CA 91109-7321 | | | | $21 |
| FEDERAL EXPRESS | PO BOX 7221 | PASADENA, CA 91109-7321 | | | | $24 |
| FIDELITY AGENCY SALES & POSTING | 3220 EL CAMINO REAL | IRVINE, CA 92602 | | | | $125,460 |
| FIDELITY NATIONAL DEFAULT SOLUTIONS | 15661 REDHILL AVE, STE 201 | TUSTIN, CA 92780 | | | | $189,678 |
| FIDELITY NATIONAL TITLE GROUP | 6500 PINECREST DRIVE | PLANO, TX 75024 | | | | $25,025 |
| FINANCIAL DIMENSIONS INC | PO BOX 76946 | CLEVELAND, OH 44101-6500 | | | | $7,889 |
| FIRST AMERICAN CREDCO-04202697 | PO BOX 509019 | SAN DIEGO, CA 92150-9019 | | | | $200 |
| FIRST AMERICAN CREDCO 3386029 | PO BOX 509019 | SAN DIEGO, CA 92150-9019 | | | | $2 |
| FIRST AMERICAN DOCUMENT SOLUTIONS | PO BOX 849710 | DALLAS, TX 75284-9710 | | | | $200 |
| FIRST AMERICAN REAL ESTATE SOLUTIONS OF TEXAS LP-DBA | PO BOX 200079 | DALLAS, TX 75320 | | | | $520 |
| FIS TAX SERVICE | 3100 NEW YORK DR. | PASADENA, CA 91107 | | | | $3,716 |
| FIS VALUATION SOLUTIONS | 9339 CARROLL PARK DRIVE | SAN DIEGO, CA 92121 | | | | $73 |
| FITCH INC | ONE STATE STREET PLAZA | NEW YORK, NY 10004 | | | | $5,000 |
| FLP | 3540 KINSROW AVENUE #401 | EUGENE, OR 97401 | | | | $9,524 |
| FRIEDMAN SCHUMAN APPLEBAUM NEMEROFF & MCCAFFERY PC | | JENKINTOWN, PA 19046 | | | | $84 |
| GARDERE WYNNE SEWELL LLP | 1601 ELM STREET SUITE 3000 | DALLAS, TX 75201 | | | | $1,560 |
| GEORGE R A DOUMAR PLLC | 2000 NORTH 14TH STREET | ARLINGTON, VA 22201 | | | | $898 |
| GHP HUGUENOT LLC | 4 WEST RED OAK LANE | WHITE PLAINS, NY 10604 | | | | $10,025 |
| GLOUCESTER COUNTY CLERK | 1 NORTH BROAD STREET | WOODBURY, NJ 08096 | | | | $40 |
| GLENN J DEADMAN PC | 509 SOUTH MAIN STREET | SAN ANTONIO, TX 78204 | | | | $331 |
| GOLDEN STATE OVERNIGHT | PO BOX 2508 | ALAMEDA, CA 94501 | | | | $520 |
| GOOGLE INC | DEPT 34256 | SAN FRANCISCO, CA 94139 | | | | $1,800 |
| GORDON FEINBLATT ROTHMAN HOFFBERGER & | HOLLANDER LLC | BALTIMORE, MD 21202 | | | | $2,160 |
| DLA PIPER RUDNICK GRAY CARY US LLP | P.O. BOX 64029 | BALTIMORE, MD 21246 | | | | $664 |
| GRAHAM & DUNN PC | PIER 70 | SEATTLE, WA 98121 | | | | $350 |
| GRE WALNUT CREEK LLC | WALNUT CREEK EXECUTIVE PARK | LOS ANGELES, CA 90074 | | | | $10,490 |
| GREENTREE PARKWAY ASSOCIATES LP | GRE EMPIRE TOWERS LP I | PASADENA, CA 91185 | | | | $29,327 |
| HAHN LOESER & PARKS LLP | 3300 BP TOWER, 200 PUBLIC SQ | CLEVELAND, OH 44114 | | | | $7,140 |
| THE HARTFORD | P O BOX 8500-3690 | PHILADELPHIA, PA 19178-3690 | | | | $29,799 |
| HARTFORD FIRE INSURANCE COMPANY | PO BOX 30000 | HARTFORD, CT 06150-5454 | | | | $8,491 |
| HASLER FINANCIAL SERVICES LLC | PO BOX 45850 | SAN FRANCISCO, CA 94145 | | | | $5,607 |
| HC2 INC | 575 MADISON AVENUE | NEW YORK, NY 10022 | | | | $30,263 |
| HELMSING LEACH HERLONG NEWMAN & ROUSE | 2000 LACLEDE BUILDING | MOBILE, AL 36652 | | | | $1,525 |
| HINSHAW & CULBERTSON LLP | 2729 PAYSPHERE CIRCLE | CHICAGO, IL 60674 | | | | $164,905 |
| HIRERIGHT INC | 24521 NETWORK PLACE | CHICAGO, IL 60673 | | | | $171 |
| HOME DEPOT | PO BOX 6029 | THE LAKES, NV 88901-6029 | | | | $18 |
| HOUSTON 333-10700 INVESTMENT GROUP LLC | 12526 HIGH BLUFF DRIVE | SAN DIEGO, CA 92130 | | | | $2,588 |
| HOVSONS INC TENANT ID 1026-16081 | LOCKBOX 18749 | NEWARK, NJ 07191 | | | | $18,901 |
| HRPLEP LENEXA PROPERTIES TRUST | PO BOX 845353 | BOSTON, MA 02284 | | | | $59,058 |
| HUGHES WATTERS & ASKANASE LLP | 333 CLAY, 29TH FLOOR | HOUSTON, TX 77002 | | | | $2,841 |
| IE DISCOVERY INC | 13640 BRIARWICK DRIVE | AUSTIN, TX 78729 | | | | $1,888 |
| IMAGE ONE GRAPHICS INC | 26741 PORTOLA PKWY | FOOTHILL RANCH, CA 92610 | | | | $385 |
| INTERNATIONAL BUSINESS MACHINES CORPORATION | PO BOX 809224 | CHICAGO, IL 60680-9224 | | | | $80,652 |
| INTEGRATED DEFAULT SOLUTIONS | 2141 FIFTH AVE | SAN DIEGO, CA 92101 | | | | $5,990 |
| INTERFACE INC | 4241 PONDEROSA AVE SUITE G | SAN DIEGO, CA 92123 | | | | $13,012 |
| INTERWOVEN INC | DEPT 33271 | SAN FRANCISCO, CA 94139 | | | | $31,388 |
| INTER WORLD FORWARDERS INC | MIRAMAR STORAGE & TRANSFER | POWAY, CA 92064 | | | | $18,833 |
| IOWA DIVISION OF BANKING | 200 EAST GRAND AVE SUITE 300 | DES MOINES, IA 50309-1827 | | | | $40 |
| IPC NEW YORK PROPERTIES LLC | PO BOX 634885 | CINCINNATI, OH 45263 | | | | $117,174 |
| IRON MOUNTAIN-LOS ANGELES | PO BOX 601002 | LOS ANGELES, CA 90060-1002 | | | | $28,349 |
| IRON MOUNTAIN OFF SITE DATA PROTECTION | PO BOX 601018 | LOS ANGELES, CA 90060-1018 | | | | $8,191 |
| IT SERVICES 2 INC | 901 EAST HWY 82 | NOCONA, TX 76255 | | | | $14,400 |
| JENNER & BLOCK LLP | 330 NORTH WABASH AVENUE | CHICAGO, IL 60611 | | | | $3,290 |
| KEYSTONE INVESTORS LLC | PO BOX 660269 | INDIANAPOLIS, IN 46266 | | | | $3,943 |
| KIRKLAND & ELLIS LLP | 655 FIFTEENTH STREET NW | WASHINGTON, DC 20005 | X | | | $1,959,843 |
| ROSE BUSINESS SOLUTIONS INC | 11512 EL CAMINO REAL STE 310 | SAN DIEGO, CA 92130 | | | | $19,955 |
| KROLL ONTRACK INC | 9023 COLUMBINE ROAD | EDEN PRAIRIE, MN 55347 | X | | | $1,370,136 |
| KURTZMAN CARSON CONSULTANTS LLC | | | | | | $25,000 |
| LAMAR EDWARDS AND ASSOCIATES INC | PO BOX 46 | CLAYTON, GA 30525-0002 | | | | $1,615 |
| LANDAMERICA CREDIT SERVICES | PO BOX 116538 | ATLANTA, GA 30368-6538 | | | | $435 |
| LANGUAGE LINE SERVICES | PO BOX 202564 | DALLAS, TX 75320 | | | | $596 |
| LANDAMERICA ONE STOP/PRIMIS INC | 600 CLUBHOUSE DRIVE | MOON TOWNSHIP, PA 15108 | | | | $1,625 |
| LAND RECORDS OF AMERICA-DBA | 1525 W WALNUT HILL LN #300 | IRVING, TX 75038 | | | | $12,106 |
| LASALLE BANK | RMBS SERVICES IL4-135-15-11 | CHICAGO, IL 60603 | | | | $40,010 |
| LAW OFFICES OF NISEN & ELLIOTT LLC | 200 WEST ADAMS ST #2500 | CHICAGO, IL 60606 | | | | $893 |
| LAW OFFICES OF PIERCE ASSOC PC | | | | | | $543 |
| LECLAIR RYAN | PO BOX 2499 | RICHMOND, VA 23218 | | | | $15,908 |
| LEE COUNTY CLERK OF COURTS | PO BOX 2278 | FT MYERS, FL 33902 | | | | $18 |
| LEXISNEXIS-dba | PO BOX 894166 | LOS ANGELES, CA 90189-4166 | | | | $5,325 |
| LIBERTY PROPERTY LIMITED PARTNERSHIP | PO BOX 828438 | | | | | $6,889 |
| LINC LIGHTING & ELECTRICAL LP | 6068 CORTE DEL CERRO | CARLSBAD, CA 92009 | | | | $257 |
| LITTLER MENDELSON PC | PO BOX 45547 | SAN FRANCISCO, CA 94145 | | | | $362,726 |
| LOCKE LORD BISSELL & LIDDELL | PO BOX 911541 | DALLAS, TX 75391 | | | | $79,164 |
| LOGICEASE SOLUTIONS INC | 1350 BAYSHORE HWY SUITE LL33 | BURLINGAME, CA 94010 | | | | $105 |
| LOS ANGELES COUNTY RECORDER | | | | | | $70 |
| LPS APPLIED ANALYTICS | FILE #74543-8400 | SAN FRANCISCO, CA 94160 | | | | $97 |
| LUCE FORWARD HAMILTON & SCRIPPS LLP | 600 WEST BROADWAY | SAN DIEGO, CA 92101 | X | | | $620,839 |
| MAC CALI REALTY LP | PO BX 23229 | NEWARK, NJ 07189 | | | | $25,336 |