Form 210A (10/06)

# United States Bankruptcy Court

District Of __Delaware__

In re __Accredited Home Lenders Holding Co., et al__,    Case No. __09-11516__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lapis Investment Business Trust | One Countryside Place dba |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

1640 School Street
Moraga, CA 94556

Phone: __415-376-6280__
Last Four Digits of Acct #: _____

Court Claim # (if known): _____
Amount of Claim: __$71,904.00__
Date Claim Filed: _____

Phone: __210-494-9999__
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/__ Transferee/Transferee's Agent    Date: __9/29/2010__

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of __Delaware__

In re __Accredited Home Lenders__, Case No. __09-11516__
__Holding Co., et al__

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| One Countryside Place dba | Lapis Investment Business Trust |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:
  12500 San Pedro Ave, Ste 575
  San Antonio, TX 78216

Address of Transferee:
  1640 School Street
  Moraga, CA 94556

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

# Evidence of Transfer of Claims

TO: The Debtor and the Bankruptcy Court

ONE COUNTRYSIDE PLACE-DBA (Seller) for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Lapis Advisers, LP, its successors, with offices at 1640 School Street, Moraga, CA 94556, and assigns all right, title and interest in and to the Claim(s) of Seller against Accredited Home Lenders Inc., in the Bankruptcy Court for the District of Delaware, the case entitled Accredited Home Lenders Holding Co., et al with a Case Number of 09-11516 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of __9/27/10__ (date)

By: ___Susan Hecht, agent per___   Endura Advisory Group, LLC agent for Frost National Bank, Trustee dba One Countryside Place
(Signature of claimant)

Name: __Susan Sweet__

Title: __Sr. Property Manager__

ONE COUNTRYSIDE PLACE-DBA
12500 SAN PEDRO AVE, STE 575
SAN ANTONIO, TX 78216

__74-2211235__
(SS #/Tax ID)

Accepted: Lapis Advisers, LP

BY: _____