IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ACCREDITED HOME LENDERS | § | Case No. 09-11516 (MFW) |
| HOLDING CO., et al. | § | |
| | § | JOINTLY ADMINISTERED |
| Debtors.[1] | § | **Related Docket No. 1421 & 2038** |

## ORDER PURSUANT TO SECTION 1121(d)(1) OF THE BANKRUPTCY CODE AND DEL. BANKR. L.R. 9006-2 EXTENDING THE EXCLUSIVE PERIODS DURING WHICH THE DEBTORS MAY FILE A CHAPTER 11 PLAN AND (II) SOLICIT ACCEPTANCES THEREOF

Came on for consideration the *Sixth Motion of Debtors Pursuant to Section 1121(d)(1) of the Bankruptcy Code to Extend the Exclusive Periods to (ii) File a Chapter 11 Plan and (ii) Solicit Acceptances Thereof* (the "Motion"),[2] filed in the above-captioned cases by the debtors and debtors in possession (collectively, the "Debtors"), for entry of an order pursuant to § 1121(d) of the Bankruptcy Code: (i) extending the period during which the Debtors have the exclusive right to file a plan or plans through and including November 1, 2010 and (ii) extending the period during which the Debtors have the exclusive right to solicit acceptances thereof through and including January 1, 2011. The Court, after due deliberation, and upon consideration of the Motion, Limited Objection to the Motion filed by certain creditors ("Limited Objection" and "Objecting Creditors") [D.I. 1460], the record in these cases, and the agreement

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 100, San Diego, CA 92131. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

[2] Capitalized terms used, but not defined, herein shall have the meanings set forth in the Motion.

reached among the Debtors, the Official Committee of Unsecured Creditors (the "Committee") and the Objecting Creditors that is reflected in the terms of this Order, finds that adequate notice of the Motion has been given, that no other or further notice need be given, and that sufficient cause exists for the relief granted in this Order.

IT IS HEREBY ORDERED THAT:

1. Pursuant to § 1121(d) of the Bankruptcy Code and the previous orders of the Court, the time within which only the Debtors may solicit acceptances to any proposed plan under § 1121(c)(3) of the Bankruptcy Code shall continue to run through January 1, 2011.

2. This Order shall be without prejudice to (1) the Committee's, Objecting Creditors' and other parties in interests' right to seek an order terminating the Debtors' exclusive right to solicit acceptances of a plan; or (2) the Debtors' right to object to any motion filed by the Committee or the Objecting Creditors seeking an order terminating the Debtors' exclusive right to solicit acceptance of a plan under § 1121.

Wilmington, Delaware
Date: October ___20___, 2010

The Honorable Mary F. Walrath
United States Bankruptcy Judge