# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | Accredited Home Lenders Holding Co. |
| **Case Number:** | 09-11516-MFW  **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 20, 2010 04:00 PM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matter:*

1) Omnibus
   **R / M #:**    0 / 0

2) Disclosure
   **R / M #:**    0 / 0
   **VACATED:  Cont'd to 11/2**

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
   Items 1 through 16 - Continued to 11/30/10
   Item 17 - Continued to 11/2/10
   Item 18 - Matter is already under advisement
   Item 19 - Order entered under Certification of Counsel
   Item 20 - Order entered under Certification of Counsel
   Item 21 - Denied, Order entered
   Item 22 - Continued to 11/30/10