IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ACCREDITED HOME LENDERS | § | Case No. 09-11516 |
| HOLDING CO., et al. | § | |
| | § | |
| Debtors.[1] | § | JOINTLY ADMINISTERED |

**SECOND SUPPLEMENTAL DECLARATION OF GREGORY G. HESSE
PURSUANT TO RULES 2014 AND 2016 OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE IN SUPPORT OF DEBTORS' APPLICATION
FOR AN ORDER APPROVING THE EMPLOYMENT OF HUNTON &
WILLIAMS LLP AS COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION**

"I, Gregory G. Hesse, hereby declare as follows:

1.     I am a partner at Hunton & Williams LLP ("Hunton" or the "Firm"), a national
and international law firm with approximately 900 lawyers located in 18 offices domestically
and abroad, including offices in the District of Columbia, Virginia, New York, Texas and other
states. I am an attorney-at-law, duly admitted and in good standing to practice in the State of
Texas, the United States District Courts for all Districts in Texas, the United States Courts of
Appeals for the Second and Fifth Circuits and the United States Supreme Court.

2.     I submit this second supplemental declaration in support of the application (the
"Application") of the above-captioned debtors and debtors-in-possession (collectively, the
"Debtors"), for an order authorizing the Debtors to retain and employ Hunton to represent them
in the above-captioned chapter 11 cases, pursuant to and in compliance with section 327(a) of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders,
Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a
Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and
Windsor Management of Washington, Inc., d/b/a AHL Foreclosure Services Company, a Washington corporation
(4056). A motion has been filed to jointly administer the bankruptcy cases for these debtors and debtors-in-
possession under the bankruptcy case and style referenced above.

Title 11 of the United States Code (the "Bankruptcy Code) [Docket No. 22], as well as to provide the disclosures required under Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

3.    I filed my original declaration contemporaneously with and in support of the Application [Docket No. 22], which declaration is fully incorporated herein by reference.

4.    The Court entered an order granting the Application and thereby approving the retention of Hunton, as counsel to the Debtors, on May 28, 2009 [Docket No. 113].

5.    I have personal knowledge of the facts hereinafter set forth.

6.    I am filing this second supplemental declaration because Hunton has recently become aware of material information that is relevant to the issue of Hunton's connections to parties-in-interest in these cases. In particular, Hunton was recently retained to perform work in a matter unrelated to these chapter 11 cases for HSBC Bank USA, National Association ("HSBC"), which is a creditor in these cases. Further, HSBC Bank USA, National Association also appears to (or may) be affiliated with or otherwise related to HSBC Mortgage Corporation and HSBC Mortgage Services Inc. f/k/a Household Financial, which are also creditors in these cases.

7.    Hunton will continue to periodically review its files during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Hunton will use reasonable efforts to identify such further developments and will promptly file an additional supplemental declaration, as required by Bankruptcy Rule 2014(a).

8.    The foregoing constitutes Hunton's supplemental statement pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a).

9.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief."

Executed on October 28, 2010.

GREGORY G. HESSE