IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ACCREDITED HOME LENDERS HOLDING CO., et al [1] | ) ) | Case No. 09-11516 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 2, 2010 AT 10:30 A.M. PLEASE NOTE THAT THE HEARING WILL BE HELD BEFORE THE HONORABLE MARY F. WALRATH AT THE FOLLOWING LOCATION: 824 N. MARKET STREET, 5th FLOOR, COURTROOM NO. 4, WILM., DE**

## HEARING ON DISCLOSURE STATEMENT:

1.  Debtors' Motion for Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Establishing Deadline and Procedures for Filing Objections; (IV) Approving Publication Notice Regarding the Plan and Other Deadlines; and (V) Granting Related Relief (Docket No. 1975, 09/24/10)

    Related Documents:

    A.  Debtors' Chapter 11 Plan of Liquidation (Docket Nos. 1946, 09/15/10)

    B.  Disclosure Statement with Respect to the Debtors' Chapter 11 Plan of Liquidation (Docket Nos. 1947, 09/15/10)

    C.  Notice of Hearing on Disclosure Statement and Objection Deadline (Docket No. 1948, 09/16/10)

    D.  Amended Notice of Hearing on Disclosure Statement Originally Scheduled for October 20, 2010 at 4:00 P.M. now Adjourned to November 2, 2010 at 10:30 a.m. (Docket No. 2023, 10/15/10)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 100, San Diego, CA 92131. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

E. Debtors' Emergency Motion to Restrict Public Access to Response to Disclosure Statement With Respect to the Debtors' Chapter 11 Plan of Liquidation Filed By David Osborn and Bart A. Brown, Jr. (Docket No. 2086, 10/27/10)

F. Notice of Revised Proposed Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Establishing Deadline and Procedures for Filing Objections; (IV) Approving Publication Notice Regarding the Plan and Other Deadlines; and (V) Granting Related Relief (Docket No. 2089, 10/28/10)

Response Deadline: October 14, 2010 at 4:00 p.m. Extended to October 28, 2010 at 4:00 p.m. for Kodiak CDO I, Ltd., Kodiak CDO II, Ltd. and the Lone Star Creditors.

Responses Received:

A. Objection to October 20, 2010 Hearing and Improper Notice (Docket No. 1987, 09/29/10)

B. Objection of Pamela J. Peerce-Landers and Bruce K. Landers to Debtors' Chapter 11 Plan of Liquidation (Docket No. 2018, 10/14/10)

C. Response to Disclosure Statement with Respect to the Debtors' Chapter 11 Plan of Liquidation [Filed by David Osborn and Bart A. Brown, Jr.] (Docket No. 2081, 10/27/10)

D. Informal response from Audrey Mutchnik

E. Informal response from the United States Trustee

F. Informal response from Wells Fargo in its capacity as indenture trustee for the Trust Preferred Notes

G. Informal response from the Official Committee of Unsecured Creditors

Status: This matter is going forward.

2. Debtors' Emergency Motion to Restrict Public Access to Response to Disclosure Statement With Respect to the Debtors' Chapter 11 Plan of Liquidation Filed By David Osborn and Bart A. Brown, Jr. (Docket No. 2086, 10/27/10)

Related Documents:

A. Response to Disclosure Statement with Respect to the Debtors' Chapter 11 Plan of Liquidation [Filed by David Osborn and Bart A. Brown, Jr.] (Docket No. 2081, 10/27/10)

B.  Notice of Hearing Debtors' Emergency Motion to Restrict Public Access to Response to Disclosure Statement With Respect to the Debtors' Chapter 11 Plan of Liquidation Filed By David Osborn and Bart A. Brown, Jr. (Docket No. 2095, 10/28/10)

Response Deadline: November 1, 2010 at 12:00 Noon.

Responses Received: None as of the filing of this agenda.

Status: This matter is going forward.

Dated: October 29, 2010

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:   ljones@pszjlaw.com
         joneill@pszjlaw.com
         kmakowski@pszjlaw.com

-and-

HUNTON & WILLIAMS LLP
Gregory G. Hesse (Texas Bar No. 09549419)
Lynnette R. Warman (Texas Bar No. 20867940)
Jesse T. Moore (Texas Bar No. 24056001)
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: (214) 979-3000
Telecopy: (214) 880-0011
Email:   ghesse@hunton.com
         lwarman@hunton.com
         jtmoore@hunton.com

Attorneys For The Debtors And Debtors In Possession