IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ACCREDITED HOME LENDERS ) | Case No. 09-11516 (MFW) |
| HOLDING CO., et al.[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | **Related Docket Nos. 1947, 1975 & 2089** |

**NOTICE OF SECOND REVISED PROPOSED ORDER
(I) APPROVING THE DISCLOSURE STATEMENT; (II) ESTABLISHING
PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT
OR REJECT THE PLAN; (III) ESTABLISHING DEADLINE AND PROCEDURES FOR
FILING OBJECTIONS; (IV) APPROVING PUBLICATION NOTICE REGARDING
THE PLAN AND OTHER DEADLINES; AND (V) GRANTING RELATED RELIEF**

To: (i) the Office of the United States Trustee; and (ii) all parties that have requested notice pursuant to Bankruptcy Rule 2002.

The debtors and debtors in possession hereby file the second revised proposed

*Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and*

*Tabulation of Votes to Accept or Reject the Plan; (III) Establishing Deadline and Procedures for*

*Filing Objections; (IV) Approving Publication Notice Regarding the Plan and Other Deadlines;*

*and (V) Granting Related Relief* (the "Proposed Order") attached hereto as Exhibit A.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 100, San Diego, CA 92131. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

A blackline version of the Proposed Order to show the changes made is attached hereto as Exhibit B. The Debtors reserve the right to make further revisions to the Proposed Order prior to the hearing.

Dated: November 1, 2010

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
kmakowski@pszjlaw.com

-and-

HUNTON & WILLIAMS LLP
Gregory G. Hesse (Texas Bar No. 09549419)
Lynnette R. Warman (Texas Bar No. 20867940)
Jesse T. Moore (Texas Bar No. 24056001)
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: (214) 979-3000
Telecopy: (214) 880-0011
Email: ghesse@hunton.com
lwarman@hunton.com
jtmoore@hunton.com

Attorneys For The Debtors And Debtors In Possession