# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Accredited Home Lenders Holding Co. |
| **Case Number:** | 09-11516-MFW   **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 02, 2010 10:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## Matter:

Disclosure - Cont'd from 10/20

**R / M #:**   2,096 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Agenda Matters:
  Item 1 - Cont'd to 11/30/10
  Item 2 - Cont'd to 11/30/10