

## Comparison of the Two Versions of Exhibit A from Second Omnibus Objection Sorted by Claim Number
(Claimants' Addresses have been omitted for brevity)

| | Document No. 22062-2 (Original Docketed Version) | | | | Document 22380-1 (Revised un-Docketed Version) | | |
|---|---|---|---|---|---|---|---|
| No. | Claim No. | Claimant | Total Claim | No. | Claim No. | Claimant | Total Claim |
| 1 | 55 | Thaxton, Cheryl L. | $10,644.69 | | | | |
| 2 | 71 | Hebert, Sybil B and Phillip C. | $6,096.95 | 1 | 71 | Hebert, Sybil B and Phillip C. | $6,096.95 |
| 3 | 100 | Hebert, Sybil B and Phillip C. | $5,084.95 | 2 | 100 | Hebert, Sybil B and Phillip C. | $5,084.95 |
| 4 | 123 | Landers, Bruce K. and Pamela J Peerce | $18,822.89 | 3 | 123 | Landers, Bruce K. and Pamela J Peerce | $18,822.89 |
| 5 | 176 | Devorss, Byron D IRA TD Ameritrade Inc Custodian | $36,195.80 | 4 | 176 | Devorss, Byron D IRA TD Ameritrade Inc Custodian | $36,195.80 |
| 6 | 183 | Devorss, Patricia Roth IRA TD Ameritrade Inc Custodian | $5,495.28 | 5 | 183 | Devorss, Patricia Roth IRA TD Ameritrade Inc Custodian | $5,495.28 |
| 7 | 184 | Devorss, Patricia IRA TD Ameritrade Inc Custodian | $12,180.00 | 6 | 184 | Devorss, Patricia IRA TD Ameritrade Inc Custodian | $12,180.00 |
| 8 | 188 | James E. Black Charles Schwab & Co Inc. Cust SEP IRA | $1,190.90 | 7 | 188 | Black, James E. Charles Schwab & Co. Inc. Cust SEP IRA | $1,190.90 |
| 9 | 189 | IRA FBO Robert J. Hilferty VFTC As Custodian | $53,656.00 | 8 | 189 | Hilferty, Robert J. - IRA FBO VFTC As Custodian | $53,656.00 |
| 10 | 190 | J Black & S Black TTEE Decl of TR James Edward Sr UADTD 07/23/1990 | $2,275.62 | 9 | 190 | Black, J & S Black TTEE Decl of TR James Edward Sr | $2,275.62 |
| 11 | 193 | Devorss, Byron and Patricia TRS FBO Devorss Trust UA Oct 16, 1997 | $43,311.10 | 10 | 193 | Devorss, Byron and Patricia TRS FBO Devorss Trust UA Oct 16, 1997 | $43,311.10 |
| 12 | 196 | Scottrade Inc Cust FBO David J. Westly IRA | $5,085.00 | | | | |
| 13 | 206 | Green, Grant Stuart Charles Schwab & Co. Inc.Cust Roth Contributory IRA | $5,000.00 | 11 | 206 | Green, Grant Stuart Charles Schwab & Co. Inc.Cust Roth Contributory IRA | $5,000.00 |
| 14 | 208 | Louis Joseph Schiffl IRA Rollover TD Ameritrade Clearing Custodian | $12,523.85 | 12 | 208 | Schiffl, Louis Joseph -- IRA Rollover TD Ameritrade Clearing Custodian | $12,523.85 |
| 15 | 218 | Ameriprise Trust Co ACF JacquelineHarned IRA | $5,796.00 | 13 | 218 | Ameriprise Trust Co ACF JacquelineHarned IRA | $5,796.00 |
| 16 | 220 | Meyerhoff, Ernest Ray TTEE Ernest Ray Meyerhof TR DTD 08-06-91 | $26,218.76 | | | | |
| 17 | 223 | Ashburn, James S. SEP IRA Etrade Custodian | $11,484.99 | 14 | 223 | Ashburn, James S. SEP IRA Etrade Custodian | $11,484.99 |
| 18 | 226 | Dodds, Shirley TTEE and Robert TTEE The Dodds Family Living Trust UADTD 09/11/93 | Blank | 15 | 226 | Dodds, Shirley TTEE and Robert TTEE The Dodds Family Living Trust UADTD 09/11/93 | Blank |

## Comparison of the Two Versions of Exhibit A from Second Omnibus Objection Sorted by Claim Number
(Claimants' Addresses have been omitted for brevity)

| | Document No. 22062-2 (Original Docketed Version) | | | | Document 22380-1 (Revised un-Docketed Version) | | |
|---|---|---|---|---|---|---|---|
| No. | Claim No. | Claimant | Total Claim | No. | Claim No. | Claimant | Total Claim |
| 19 | 227 | Hunt, Billy D Charles Schwab & Co Inc Cust IRA Rollover | $25,392.95 | 16 | 227 | Hunt, Billy D Charles Schwab & Co Inc Cust IRA Rollover | $25,392.95 |
| 20 | 228 | Dietz, Jack and Margaret JTWROS | $2,357.88 | 17 | 228 | Dietz, Jack and Margaret JTWROS | $2,357.88 |
| 21 | 229 | Hebert, Sybil B Hebert, Phillip C. | $6,096.95 | 18 | 229 | Hebert, Sybil B Hebert, Phillip C. | $6,096.95 |
| 22 | 230 | Hebert, Phillip C. Hebert Sybil B | $5,084.95 | 19 | 230 | Hebert, Phillip C. Hebert Sybil B | $5,084.95 |
| 23 | 231 | Diassi, Patrick A UTA Charles Schwab & Co Inc IRA Contributory DTD 05/14/91 | Unliquidated | 20 | 231 | Diassi, Patrick A UTA Charles Schwab & Co Inc IRA Contributory DTD 05/14/91 | Unliquidated |
| 24 | 232 | Diassi, Michael A. | Unliquidated | 21 | 232 | Diassi, Michael A. | Unliquidated |
| 25 | 234 | Ameriprise Trust Co ACF Kenneth M. Arndt IRA | Unliquidated | 22 | 234 | Ameriprise Trust Co ACF Kenneth M. Arndt IRA | Unliquidated |
| 26 | 235 | Ameriprise Trust Co ACF Nancy J. Arndt IRA | Unliquidated | 23 | 235 | Ameriprise Trust Co ACF Nancy J. Arndt IRA | Unliquidated |
| 27 | 246 | Donaldson, Russell and Elizabeth Ann Page JT TEN | $130,868.00 | 24 | 246 | Donaldson, Russell and Elizabeth Ann Page JT TEN | $130,868.00 |
| 28 | 247 | FMT Co Cust IRA FBO William J. Schnebel | $5,000.00 | 25 | 247 | FMT Co Cust IRA FBO William J. Schnebel | $5,000.00 |
| 29 | 251 | Jacks, Howard & Marilyn Jacks JTWROS 636 182 | $25,000.00 | 26 | 251 | Jacks, Howard & Marilyn Jacks JTWROS 636 182 | $25,000.00 |
| 30 | 252 | Johnson, Richard A. | $22,500.00 | 27 | 252 | Johnson, Richard A. | $22,500.00 |
| 31 | 256 | Odaniel, Germaine A | $50,000.00 | | | | |
| 32 | 257 | Wenzel, Tom | $50,000.00 | | | | |
| 33 | 260 | Chem, Richard Rollover IRA TD Ameritrade Inc Custodian | $2,560.94 | 28 | 260 | Chem, Richard Rollover IRA TD Ameritrade Inc Custodian | $2,560.94 |
| 34 | 262 | Nax, Susan P TTEE David Nax Family Trust | $0.90 | | | | |
| 35 | 273 | Walter D Ames TR FBO Law Firm of Walter D Ames PSP FBO Walther D Ames TD Ameritrade Custodian | $15,000.00 | | | | |
| 36 | 278 | Elschlager, Calvin and Donna JT TEN | $21,000.00 | 29 | 278 | Elschlager, Calvin and Donna JT TEN | $21,000.00 |
| 37 | 281 | Riemersma, Elfrided K IRA Raymond James & Assoc Inc Csdn | $5,420.99 | | | | |
| 38 | 282 | Roll, Annette R IRA TD Ameritrade Inc Custodian | $14,805.55 | | | | |
| 39 | 284 | Benson, Lyle B. TTEE Benson, Lyle B. Living Trust UADTA 05/22/2002 | $2,409.00 | 30 | 284 | Benson, Lyle B. TTEE Benson, Lyle B. Living Trust | $2,409.00 |

Accredited Home Lenders Holding Co., et.al.
Case No. 09-11516 (MFW)

## Comparison of the Two Versions of Exhibit A from Second Omnibus Objection Sorted by Claim Number
(Claimants' Addresses have been omitted for brevity)

| \multicolumn{4}{c}{Document No. 22062-2 (Original Docketed Version)} | \multicolumn{4}{c}{Document 22380-1 (Revised un-Docketed Version)} |

| No. | Claim No. | Claimant | Total Claim | No. | Claim No. | Claimant | Total Claim |
|---|---|---|---|---|---|---|---|
| 40 | 285 | NFS/FMTC Rollover IRA FBO Robert N. Utley | $16,225.00 | | | | |
| 41 | 286 | Utley, Robert | $12,500.00 | | | | |
| 42 | 291 | Madeline N Baddour TOD | $13,109.38 | 31 | 291 | Baddour, Madeleine N. TOD | $13,109.38 |
| 43 | 292 | Lovell, Robert | $1,255.45 | 32 | 292 | Lovell, Robert | $1,255.45 |
| 44 | 294 | Scottrade Inc Cust FBO Michael L. Wilson, IRA | $150,000.00 | | | | |
| 45 | 295 | Kane, Stanton and Marilyn C. | $26,465.50 | 33 | 295 | Kane, Stanton and Marilyn C. | $26,465.50 |
| 46 | 301 | Duncan, James H. | $28,170.31 | 34 | 301 | Duncan, James H. | $28,170.31 |
| 47 | 303 | Scottrade Inc Cust FBO Albert B. Roberton IRA | Unliquidated | | | | |
| 48 | 304 | Scottrade Inc Cust FBO Bradley C. Schroeder Roth IRS | $10,000.00 | | | | |
| 49 | 305 | Scottrade Inc Cust FBO Bernadette Lex Roth IRA | $2,500.00 | | | | |
| 50 | 306 | Scottrade Inc Cust FBO Bernadette Lex | $2,500.00 | | | | |
| 51 | 310 | Wnorowski, Gerald & Norma L Wnorowski JTWROS | $5,121.88 | | | | |
| 52 | 313 | Wood, Carolyn Kay IRA FBO Bank of the West as Custodian | $7,500.00 | | | | |
| 53 | 315 | Gaines Family Foundation Attn Lewis H Gaines | $47,000.00 | 35 | 315 | Gaines Family Foundation Attn Lewis H Gaines | $47,000.00 |
| 54 | 317 | Gaines, FBO Lewis H | $191,200.00 | 36 | 317 | Gaines, FBO Lewis H | $191,200.00 |
| 55 | 321 | Richard Frydman Custodian for Hannah Frydman under KS Unif Trf to Min Act | $2,100.00 | | | | |
| 56 | 324 | Minott, John D & GI V Minott JT TEN | $5,000.00 | | | | |
| 57 | 325 | Frydman, Richard Custodian for Tess Frydman under KS Unif Trf to Min Act | $2,100.00 | 37 | 325 | Frydman, Richard Custodian for Tess Frydman under KS Unif Trf to Min Act | $2,100.00 |
| 58 | 326 | Frydman, Richard Custodian for Sofia Adele Frydman under KS Unif Trf to Min Act | $2,100.00 | 38 | 326 | Frydman, Richard Custodian for Sofia Adele Frydman under KS Unif Trf to Min Act | $2,100.00 |
| 59 | 336 | David Norman Dewoskin TTEE David Norman Dewoskin Liv Trus | $10,000.00 | 39 | 336 | Dewoskin TTEE, David Norman Dewoskin Liv Trus | $10,000.00 |
| 60 | 337 | Mayer, Patricia R. Rev Trust DTD | $243.76 | | | | |
| 61 | 345 | Fmt Co Cust IRA Rollover Augusto R. Gautier | $18,125.00 | 40 | 345 | Fmt Co Cust IRA Rollover Augusto R. Gautier | $18,125.00 |
| 62 | 349 | Metzmeier, Frederick and Rosalind JTWROS | $5,000.00 | | | | |

**Comparison of the Two Versions of Exhibit A from Second Omnibus Objection Sorted by Claim Number**
(Claimants' Addresses have been omitted for brevity)

| | Document No. 22062-2 (Original Docketed Version) | | | | Document 22380-1 (Revised un-Docketed Version) | | |
|---|---|---|---|---|---|---|---|
| No. | Claim No. | Claimant | Total Claim | No. | Claim No. | Claimant | Total Claim |
| 63 | 352 | Elmer Freeman Creighton Charles Schwab & Co Inc Cust | $7,475.00 | 41 | 352 | Creighton, Elmer Freeman Charles Schwab & Co Inc Cust | $7,475.00 |
| 64 | 353 | IRA FBO Rudolph Steinberger | $10,162.50 | 42 | 353 | Steinberger, Rudolph - IRA FBO | $10,162.50 |
| 65 | 359 | Talton R Embry IRA JPMCC Cust | $92,193.75 | | | | |
| 66 | 360 | Sterling, Donald Trustee Donald Stelling Rev Living Trust Dated 05/26/96 | $10,000.00 | | | | |
| 67 | 362 | Emerson, Joan and Thomas JTWROS TOD Account | $12,330.00 | 43 | 362 | Emerson, Joan and Thomas JTWROS TOD Account | $12,330.00 |
| 68 | 366 | Costa, Clifford Agnew Charles Schwab & Co Inc Cust IRA Rollover | $44,732.96 | 44 | 366 | Costa, Clifford Agnew Charles Schwab & Co Inc Cust IRA Rollover | $44,732.96 |
| 69 | 372 | March, Marian Jane TTEE and March, Randall Dean TTEE Marian Jane March Rev Trust DTD 08/25/98 | $7,500.00 | 45 | 372 | March, Marian Jane TTEE and March, Randall Dean TTEE Marian Jane March Rev Trust DTD 08/25/98 | $7,500.00 |
| 70 | 381 | Farnbaugh, Robert A. and Agnes J. | $7,500.00 | 46 | 381 | Farnbaugh, Robert A. and Agnes J. | $7,500.00 |
| 71 | 390 | Lynn Edward Montgomery Charles Schwab & Co Inc Cust | $13,485.95 | 47 | 390 | Montgomery, Lynn Edward Charles Schwab & Co Inc Cust | $13,485.95 |
| 72 | 392 | Kropp, Linda C. IRA Etrade Custodian | $2,500.00 | 48 | 392 | Kropp, Linda C. IRA Etrade Custodian | $2,500.00 |
| 73 | 393 | Kropp, Linda C. | $3,750.00 | 49 | 393 | Kropp, Linda C. | $3,750.00 |
| 74 | 394 | Bruns, Murray A. Trustee Murray A. Bruns and Jill A. Lamothe Trust | $2,500.00 | 50 | 394 | Bruns, Murray A. Trustee Murray A. Bruns and Jill A. Lamothe Trust | $2,500.00 |
| 75 | 400 | Carol A Atkinson IRA | $26,680.00 | 51 | 400 | Atkinson, Carol A. IRA | $26,680.00 |
| 76 | 401 | Spencer, Leland S | $788,750.00 | | | | |
| 77 | 409 | Kadish, Herbert and Phyllis | $4,138.00 | 52 | 409 | Kadish, Herbert and Phyllis | $4,138.00 |
| 78 | 411 | Constance Greer TOD David Greer and Elizabeth Taylor | $2,925.75 | 53 | 411 | Greer, Constance TOD David Greer and Elizabeth Taylor | $2,925.75 |
| 79 | 413 | Ameriprise Trust Co ACF Ronald J. Harned IRA | $18,950.00 | 54 | 413 | Ameriprise Trust Co ACF Ronald J. Harned IRA | $18,950.00 |
| 80 | 415 | John Frydman Custodian for Jacob Frydman under KS Unif Trf to Min Act | $2,100.00 | 55 | 415 | Frydman, Richard Custodian for Jacob Frydman under KS Unif Trf to Min Act | $2,100.00 |
| 81 | 416 | Scott, William E. and Shelly | $13,378.91 | | | | |
| 82 | 417 | FMTC Custodian IRA BDA NSPS Shelly A Scott | $5,487.50 | 56 | 417 | FMTC Custodian IRA BDA NSPS Shelly A Scott | $5,487.50 |

**Comparison of the Two Versions of Exhibit A from Second Omnibus Objection Sorted by Claim Number**
(Claimants' Addresses have been omitted for brevity)

| | Document No. 22062-2 (Original Docketed Version) | | | | Document 22380-1 (Revised un-Docketed Version) | | |
|---|---|---|---|---|---|---|---|
| No. | Claim No. | Claimant | Total Claim | No. | Claim No. | Claimant | Total Claim |
| 83 | 419 | John Frydman Custodian for Alyson Frydman under KS Unif Trf to Min Act | $2,100.00 | 57 | 419 | Frydman, Richard Custodian for Alyson Frydman under KS Unif Trf to Min Act | $2,100.00 |
| 84 | 420 | Landers, Pamela J Peerce and Bruce K Landers JT Ten | $447.89 | 58 | 420 | Landers, Pamela J Peerce and Bruce K Landers JT Ten | $447.89 |
| 85 | 426 | Horton, Shirley J. TTEE Shirley J. Horton Rev Trst UA 09-30-92 | $20,000.00 | 59 | 426 | Horton, Shirley J. TTEE Shirley J. Horton Rev Trst UA 09-30-92 | $20,000.00 |
| 86 | 430 | Herman Winterfeld TTEE | $8,750.00 | 60 | 430 | Winterfeld TTEE, Herman | $8,750.00 |
| 87 | 431 | Drobner, Sherwin | $2,831.00 | 61 | 431 | Drobner, Sherwin | $2,831.00 |
| 88 | 446 | NFS/FMTC IRA FBO Sharon Ann Rusk | $5,176.00 | | | | |
| 89 | 447 | Totten, James M Roth IRA Etrade Custodian | $8,500.00 | | | | |
| 90 | 449 | Sutton, Anthony J. Rollover IRA Interactive Broker | $4,539,850.00 | | | | |
| 91 | 451 | Eileen F. Totten | $25,000.00 | 62 | 451 | Totten, Eileen F | $25,000.00 |
| 92 | 452 | Helton, James M. TOD John M. Helton | $2,605.00 | 63 | 452 | Helton, James M. TOD John M. Helton | $2,605.00 |
| 93 | 453 | Eileen F. Totten Roth IRA Etrade Custodian | $2,500.00 | 64 | 453 | Totten, Eileen F Roth IRA Etrade Custodian | $2,500.00 |
| 94 | 454 | Blake C. Sutton Roth IRA INC Custodian | $34,000.00 | 65 | 454 | Sutton, Blake C., Roth IRA INC Custodian | $34,000.00 |
| 95 | 455 | Sutton, Anthony J. IRA TD Ameritrade 1 Custodian | $157,500.00 | | | | |
| 96 | 456 | Sutton, Anthony Cust for Blake Sutton Under North Carolina UTMA | $230,500.00 | | | | |
| 97 | 457 | Sutton, Carey C., IRA TD Ameritrade Inc Custodian | $5,893,125.00 | | | | |
| 98 | 461 | Robinson, John A IRA FBO Pershing LLC As Custodian Rollover Account | $2,500.00 | | | | |
| 99 | 462 | IRA FBO James A Dahl | $50,000.00 | 66 | 462 | Dahl, James A - IRA FBO | $50,000.00 |
| 100 | 478 | Francis M. DeMayo TTEE Fort Wayne Clutch Inc | $7,500.00 | 67 | 478 | DeMayo TTEE, Francis M Fort Wayne Clutch Inc | $7,500.00 |
| 101 | 485 | McShane, John and Jill JTWROS | $50,000.00 | | | | |
| 102 | 487 | FMT Co Cust IRA Rollover Dennis A. Dunn | $25,000.00 | 68 | 487 | FMT Co Cust IRA Rollover Dennis A. Dunn | $25,000.00 |
| 103 | 488 | Virginia Stevenson TTEE Stevenson Family Tr | $2,500.00 | | | | |
| 104 | 489 | AASI CUST of IRA FBO Dominick J. Garifo | $23,250.00 | 69 | 489 | AASI CUST of IRA FBO Dominick J. Garifo | $23,250.00 |

**Comparison of the Two Versions of Exhibit A from Second Omnibus Objection Sorted by Claim Number**
(Claimants' Addresses have been omitted for brevity)

| | Document No. 22062-2 (Original Docketed Version) | | | | Document 22380-1 (Revised un-Docketed Version) | | |
|---|---|---|---|---|---|---|---|
| No. | Claim No. | Claimant | Total Claim | No. | Claim No. | Claimant | Total Claim |
| 105 | 490 | Faancis M DeMayo | $10,000.00 | 70 | 490 | DeMayo, Francis M | $10,000.00 |
| 106 | 500 | Mark Wilson & Wynn E Wilson JT TEN | $17,500.00 | | | | |
| 107 | 518 | Eastman, John | $8,010.00 | 71 | 518 | Eastman, John | $8,010.00 |
| 108 | 521 | Babette Simon TTEE Babette Simon Revocable Trust | $25,000.00 | 72 | 521 | Simon TTEE, Babette Simon Revocable Trust | $25,000.00 |
| 109 | 526 | Lauther, Sidney | $10,303.95 | 73 | 526 | Lauther, Sidney | $10,303.95 |
| 110 | 530 | Casagrande, Robert M and Sue H | $10,609.40 | 74 | 530 | Casagrande, Robert M and Sue H | $10,609.40 |
| 111 | 531 | Casagrande, Robert M and Sue H Casagrande Living Trust DTD March 31, 2008 | $5,619.38 | 75 | 531 | Casagrande, Robert M and Sue H Casagrande Living Trust DTD March 31, 2008 | $5,619.38 |
| 112 | 535 | Losquadro, Joseph and Annette | $373,475.85 | 76 | 535 | Losquadro, Joseph and Annette | $373,475.85 |
| 113 | 536 | FMT Co Cust IRA Rollover James W. Chappell | $13,990.95 | 77 | 536 | FMT Co Cust IRA Rollover James W. Chappell | $13,990.95 |
| 114 | 537 | Chappell, Norma Jean and James W. | $8,752.95 | 78 | 537 | Chappell, Norma Jean and James W. | $8,752.95 |
| 115 | 538 | Thomas L Beckman IRA | $7,280.27 | | | | |
| 116 | 546 | Ameriprise Trust Co ACF William Hubbard Carter IRA | $17,566.00 | 79 | 546 | Ameriprise Trust Co ACF William Hubbard Carter IRA | $17,566.00 |
| 117 | 566 | Willian F Piskos William F Piskos Trust | $144.00 | | | | |
| 118 | 568 | Rosalind S Hoeg & Sigrid W. Weinschreider TTEES UWO Rolf S Schutz Art 6 | $914.07 | | | | |
| 119 | 586 | Scottrade Inc Cust FBO Charles A. Whiting Roth IRA | Blank | | | | |
| 120 | 591 | Enlund, Marce | $4,288.00 | 80 | 591 | Enlund, Marce | $4,288.00 |
| 121 | 599 | Ameriprise Trust Co ACF Diane P. Lubby IRA | $3,100.00 | 81 | 599 | Ameriprise Trust Co ACF Diane P. Lubby IRA | $3,100.00 |
| 122 | 611 | Haas, Carl and Frances | $5,693.78 | 82 | 611 | Haas, Carl and Frances | $5,693.78 |
| 123 | 620 | Melody, James E. Jr. Eileen Melody | $262,187.50 | | | | |
| 124 | 621 | NFS/FMTC IRA FBO James E. Melody | $26,218.76 | | | | |
| 125 | 622 | NFS/FMTC IRA FBO Eileen M. Melody | $52,437.50 | | | | |
| 126 | 631 | FMT Co Cust IRA Rollover Martin A. Schlotthauer | $5,362.00 | 83 | 631 | FMT Co Cust IRA Rollover Martin A. Schlotthauer | $5,362.00 |
| 127 | 633 | Crawford, Donald W. | $10,120.00 | 84 | 633 | Crawford, Donald W. | $10,120.00 |
| 128 | 638 | Paula M Miller & Clifton Miller JTTEN | $50,000.00 | | | | |
| 129 | 645 | Scottrade Inc Cust FBO David Lough IRA | Blank | | | | |

### Comparison of the Two Versions of Exhibit A from Second Omnibus Objection Sorted by Claim Number
(Claimants' Addresses have been omitted for brevity)

| | Document No. 22062-2 (Original Docketed Version) | | | | Document 22380-1 (Revised un-Docketed Version) | | |
|---|---|---|---|---|---|---|---|
| No. | Claim No. | Claimant | Total Claim | No. | Claim No. | Claimant | Total Claim |
| 130 | 645 | Scottrade Inc Cust FBO David Lough IRA | Blank | | | | |
| 131 | 646 | FMT CO TTEE FRP PS A/C Lough Investment Advisory LLC FBO David J. Lough | Blank | 85 | 646 | FMT CO TTEE FRP PS A/C Lough Investment Advisory LLC FBO David J. Lough | Blank |
| 132 | 647 | Corcoran, David J C O York Securities Inc | $59,718.00 | 86 | 647 | Corcoran, David J C O York Securities Inc | $59,718.00 |
| 133 | 649 | Corcoran, David J York Securities Inc 401K Plan | $55,500.00 | 87 | 649 | Corcoran, David J York Securities Inc 401K Plan | $55,500.00 |
| 134 | 650 | Arkansas Teacher Retirement System Michael W. Etkin Esq & Ira M. Levee Esq | Unliquidated | | | | |
| 135 | 651 | Corcoran, David W York Securities Inc 401K Plan | $38,400.00 | 88 | 651 | Corcoran, David W York Securities Inc 401K Plan | $38,400.00 |
| 136 | 652 | Benazzo, Amy | $25,980.00 | 89 | 652 | Benazzo, Amy | $25,980.00 |
| 137 | 679 | Lavigno, William and Jessica C. JT/WROS | $9,922.50 | 90 | 679 | Lavigno, William and Jessica C. JT/WROS | $9,922.50 |
| 138 | 680 | Gross, Stephen F. and Jana M. | $4,835.05 | 91 | 680 | Gross, Stephen F. and Jana M. | $4,835.05 |
| 139 | 682 | FMTC Custodian Roth IRA FBO Jana M. Gross | $3,819.45 | 92 | 682 | FMTC Custodian Roth IRA FBO Jana M. Gross | $3,819.45 |
| 140 | 693 | Dunfee, James C. Charles Schwab & Co. Inc. CUST | $4,615.65 | 93 | 693 | Dunfee, James C. Charles Schwab & Co. Inc. CUST | $4,615.65 |
| 141 | 696 | Genevieve E Neaf TTEE Genevieve E Neaf Rev Trst | $26,828.14 | 94 | 696 | Neaf TTEE, Genevieve E Genevieve E Neaf Rev Trst | $26,828.14 |
| 142 | 699 | Krout, Dale A and Carol M JT Ten/WROS | $10,000.00 | 95 | 699 | Krout, Dale A and Carol M JT Ten/WROS | $10,000.00 |
| 143 | 700 | Four Winds Development Company | $26,218.75 | 96 | 700 | Four Winds Development Company | $26,218.75 |
| 144 | 701 | Nimtz, Donald A Charles Schwab & Co Inc Cust IRA Rollover | $22,656.95 | | | | |
| 145 | 718 | Murray Family Trust UAC 08/04/99 C M Murray & B J Murray TTEES | Blank | | | | |
| 146 | 719 | Silver Family Trust E H Silver & F Silver TTEES | Blank | | | | |
| 147 | 743 | Sherrin, The Richard M. and Clara G. Family Trust UAD 11/05/91 Richard M. Sherrin & Clara G. Sherrin TTEES | $15,712.24 | | | | |
| 148 | 744 | Orr, Oscar Dale and Christine Marie TTEES Oscar Dale & Christine Marie Orr Rev Liv Tr DTD 3/17/93 | $11,250.00 | | | | |

Accredited Home Lenders Holding Co., et.al.
Case No. 09-11516 (MFW)

## Comparison of the Two Versions of Exhibit A from Second Omnibus Objection Sorted by Claim Number
(Claimants' Addresses have been omitted for brevity)

| | Document No. 22062-2 (Original Docketed Version) | | | | Document 22380-1 (Revised un-Docketed Version) | | |
|---|---|---|---|---|---|---|---|
| No. | Claim No. | Claimant | Total Claim | No. | Claim No. | Claimant | Total Claim |
| 149 | 761 | Cummins, Fred, IRA FBO Pershing LLC as Custodian | Blank | 97 | 761 | Cummins, Fred, IRA FBO Pershing LLC as Custodian | Blank |
| 150 | 762 | Hardin, Eulalia James E. Hardin JT TEN | Blank | 98 | 762 | Hardin, Eulalia James E. Hardin JT TEN | Blank |
| 151 | 763 | Hardin, James F. IRA FBO Pershing LLC As Custodian | Blank | 99 | 763 | Hardin, James F. IRA FBO Pershing LLC As Custodian | Blank |
| 152 | 764 | Mark Stirle IRA | Blank | 100 | 764 | Stirle, Mark IRA | Blank |
| 153 | 765 | Leonard Kopp Trust- UAD 05/29/01 Leonard Kopp TTEE | Blank | 101 | 765 | Kopp, Leonard Trust - UAD 05/29/91 Leonard Kopp TTEE | Blank |
| 154 | 786 | Peter H Beuchel IRA TD Ameritrade Clearing Custodian | $27,528.14 | | | | |
| 155 | 816 | Carson, Joseph M. | $30,000.00 | 102 | 816 | Carson, Joseph M. | $30,000.00 |
| 156 | 823 | Carson, Joseph M. | $50,000.00 | 103 | 823 | Carson, Joseph M. | $50,000.00 |
| 157 | 828 | FMTC TTEE K&L Gates Associate FBO Benjamin J. Oxley | $2,560.94 | 104 | 828 | FMTC TTEE K&L Gates Associate FBO Benjamin J. Oxley | $2,560.94 |
| 158 | 845 | Larson Trust, Lloyd A Marilyn Larson TTEE | Blank | 105 | 845 | Larson Trust, Lloyd A Marilyn Larson TTEE | Blank |
| 159 | 846 | Larson Enterprises Prime Asset Mgmt Attn Ty Larson | Blank | 106 | 846 | Larson Enterprises Prime Asset Mgmt Attn Ty Larson | Blank |
| 160 | 847 | Inland Hematology Oncology 401K Samir Kubba & Rajiv Malik TTEES | Blank | 107 | 847 | Inland Hematology Oncology 401K Samir Kubba & Rajiv Malik TTEES | Blank |
| 161 | 848 | IRA FBO James H. Kropp Pershing LLC As Custodian | Blank | 108 | 848 | Kropp, James H. - IRA FBO Pershing LLC As Custodian | Blank |
| 162 | 851 | IRA FBO Wanda K. Wilson Pershing LLC As Custodian | Blank | 109 | 851 | Wilson, Wanda K. - IRA FBO Pershing LLC As Custodian | Blank |
| 163 | 852 | IRA FBO Christopher Wilson Pershing LLC As Custodian | Blank | 110 | 852 | Wilson, Christopher IRA FBO Pershing LLC As Custodian | Blank |
| 164 | 853 | Summit Ent Medical Associates Andrew & Mary Moyce TTEES | Blank | | | | |
| 165 | 854 | Silver, Elizabeth H | Blank | | | | |
| 166 | 855 | Smith, Scot Simple IRA Pershing LLC Cust | Blank | | | | |
| 167 | 856 | Smith, Charles Simple IRA Pershing LLC Cust | Blank | | | | |
| 168 | 857 | Perfect Business Srvcs 401K PSP FBO Joe Hill | Blank | | | | |
| 169 | 858 | Perfect Business Services Inc 401K FBO Cynthia Morris | Blank | | | | |
| 170 | 859 | IRW FBO Beverly F. Murray Pershing LLC As Custodian | Blank | 111 | 859 | Murray, Berverly F. - IRA FBO Pershing LLC As Custodian | Blank |

Accredited Home Lenders Holding Co., et. al.
Case No. 09-11516 (MFW)

## Comparison of the Two Versions of Exhibit A from Second Omnibus Objection Sorted by Claim Number
(Claimants' Addresses have been omitted for brevity)

| \multicolumn{4}{l}{Document No. 22062-2 (Original Docketed Version)} | | \multicolumn{4}{l}{Document 22380-1 (Revised un-Docketed Version)} |
|---|---|---|---|---|---|---|---|
| No. | Claim No. | Claimant | Total Claim | | No. | Claim No. | Claimant | Total Claim |
| 171 | 859 | Murray, Beverly IRA FBO Pershing LLC As Custodian | Blank | | | | | |
| 172 | 860 | Moyce Family Trust, The A W Moyce & M M Moyce TTEES | Blank | | | | | |
| 173 | 861 | Brown, Nick Defined Benefit Plan & Trust Doyal N. Brown TTEE | Blank | | 112 | 861 | Brown, Nick Defined Benefit Plan & Trust Doyal N. Brown TTEE | Blank |

Accredited Home Lenders Holding Co., et.al.
Case No. 09-11516 (MFW)

## Comparison of the Two Versions of Exhibit A from Second Omnibus Objection Sorted by Claim Number
(Claimants' Addresses have been omitted for brevity)

| | | Document No. 22062-2 (Original Docketed Version) | | | | Document 22380-1 (Revised un-Docketed Version) | |
|---|---|---|---|---|---|---|---|
| No. | Claim No. | Claimant | Total Claim | No. | Claim No. | Claimant | Total Claim |
| 174 | 862 | Larson, Delbert L. & Vicki L D L Larson & V L Larson TTEES | Blank | 113 | 862 | Larson, Delbert L. & Vicki L D L Larson & V L Larson TTEES | Blank |
| 175 | 863 | Malik Family Trust Rajiv Malik & Priya Malik TTEES | Blank | 114 | 863 | Malik Family Trust Rajiv Malik & Priya Malik TTEES | Blank |
| 176 | 875 | Scottrade Inc Cust FBO Subodh Shirkant Harmalkar Roth | $9,034.00 | | | | |
| 177 | 892 | Siegel, Helga J. | $10,950.00 | | | | |
| 178 | 902 | Hiner, Harry L & Patricia J JTWROS | Unliquidated | 115 | 902 | Hiner, Harry L & Patricia J JTWROS | Unliquidated |
| 179 | 903 | Horwitz, Steven F. IRA FBO | $8,000.00 | 116 | 903 | Horwitz, Steven F. IRA FBO | $8,000.00 |
| 180 | 904 | Sanders, Clara J., IRA FBO VFTC As Custodian | Blank | | | | |
| 181 | 907 | FMT Co Cust IRA FBO Gregory dam Seib | $40,500.00 | 117 | 907 | FMT Co Cust IRA FBO Gregory dam Seib | $40,500.00 |
| 182 | 974 | Viviano, William F & Katherine | $11,748.00 | | | | |
| 183 | 974 | William F Viviano & Katherine Viviano JT WROS | $11,748.00 | | | | |
| 184 | 975 | Viviano, William F Ridge Clearing Custodian | $5,870.00 | | | | |
| 185 | 975 | William F Viviano IRA Rollover | $5,870.00 | | | | |
| 186 | 983 | Robert S Asbury TTEE | $20,000.00 | | | | |
| 187 | 986 | Gordon V Andersen and Audrey C Andersen JTWROS | $3,205.00 | 118 | 986 | Andersen, Gordon V and Audrey C Andersen JTWROS | $3,205.00 |
| 188 | 990 | Scottrade Inc Cust FBO Albert B. Robertson IRA | Unliquidated | | | | |
| 189 | 998 | FMT Co Cust IRA FBO Barbara Anne Bartels | $5,000.00 | 119 | 998 | FMT Co Cust IRA FBO Barbara Anne Bartels | $5,000.00 |
| 190 | 999 | FMT Co Cust IRA FBO Kenneth Frances Bartels | $5,000.00 | 120 | 999 | FMT Co Cust IRA FBO Kenneth Frances Bartels | $5,000.00 |
| 191 | 1000 | Rozenweig, Lenore S. Roth IRA TD Ameritrade Clearing Custodian | $5,000.00 | | | | |

TOTAL CLAIMED AMOUNT AS REPORTED IN ORIGINAL EXHIBIT A    $14,869,197.55

TOTAL AMOUNT CLAIMED    $2,105,107.93

TOTAL CLAIMED AMOUNT ELIMINATING DUPLICATE CLAIMS #645, 974, 975    $14,851,579.55