**EXHIBIT B**

Accredited Home Lenders Holding Co., et.al.
Case No. 09-11516 (MFW)

**NAMES AND ADDRESSES OF THE 4 REIT TRUST 9.75% SERIES A PREFERRED SHAREHOLDERS WHO FILED TIMELY RESPONSES TO THE DEBTORS' SECOND OMNIBUS OBJECTION**

**AMOUNTS CLAIMED AS OF 12/16/09**

| No. | Claim No. | Claimant's Name | Claimant's Address | Total Claimed | Docket No. |
|---|---|---|---|---|---|
| 1 | 246 | Donaldson, Russell and Elizabeth Page JT TEN | 5155 Thompson Road, Allen, MI 49227-9711 | $130,868.00 | 1131 |
| 2 | 252 | Johnson, Richard A. | 3113 Catcay, Corpus Christi, TX 78418-2910 | $22,500.00 | 1120 |
| 3 | 123 | Landers, Bruce K. and Pamela J. Peerce | 550 N. Sanatoga Rd., Sanatoga, PA 19464-2753 | $18,822.89 | 1130 |
| 4 | 420 | Landers, Pamela J Peerce and Bruce K Landers JT Ten | 550 N. Sanatoga Rd., Sanatoga, PA 19464-2753 | $447.89 | 1130 |
| 5 | 679 | Lavigno, William and Jessica C. JT/WROS | P.O. Box 118, Conyers, GA 30012-0118 | $9,922.50 | 1142 |

$182,561.28

Accredited Home Lenders Holding Co., et.al.
Case No. 09-11516 (MFW)

**NAMES AND ADDRESSES OF THE 4 REIT TRUST 9.75% SERIES A PREFERRED SHAREHOLDERS WHO FILED TIMELY RESPONSES TO THE DEBTORS' SECOND OMNIBUS OBJECTION**

**AMOUNTS CLAIMED AS OF 10/11/10**

| No. | Claim No. | Claimant's Name | Claimant's Address | Total Claimed | Docket No. |
|---|---|---|---|---|---|
| 1 | 246 | Donaldson, Russell and Elizabeth Page JT TEN | 5155 Thompson Road, Allen, MI 49227-9711 | $130,868.00 | 1131 |
| 2 | 252 | Johnson, Richard A. | 3113 Catcay, Corpus Christi, TX 78418-2910 | $22,500.00 | 1120 |
| 3 | Amended 123* | Landers, Bruce K. and Pamela J. Peerce | 550 N. Sanatoga Rd., Sanatoga, PA 19464-2753 | $447.89 | 1130 |
| 4 | Amended 1105** | Landers, Pamela J Peerce and Bruce K Landers JT Ten | 550 N. Sanatoga Rd., Sanatoga, PA 19464-2753 | $2,687.34 | 1130 |
| 5 | 679 | Lavigno, William and Jessica C. JT/WROS | P.O. Box 118, Conyers, GA 30012-0118 | $9,922.50 | 1142 |

$166,425.73

---

*Claim #123 was amended as of 10/11/10. We have not yet eceived the new Claim No.
**Claim #1105 was amended as of 10/11/10 and replaces and supersedes our
Claims #420, 1079 and 1105. We have not received notice of the new Claim No.