**EXHIBIT C**

*Accredited Home Lenders Holding Co., et al*
*Case No. 09-11516 (MFW)*

424B4 1 d424b4.htm 424 (B)(4)

Table of Contents

Filed pursuant to Rule 424(b)(4)
File Nos. 333-117484, 333-117484-01

**Prospectus Supplement**
**(To Prospectus dated August 9, 2004)**

# 3,400,000 Shares
# Accredited Mortgage Loan REIT Trust

### 9.75% Series A Perpetual Cumulative Preferred Shares
### (Liquidation Preference $25 per share)
### Fully and Unconditionally Guaranteed by
### Accredited Home Lenders Holding Co.

Accredited Mortgage Loan REIT Trust, or "REIT," is offering 3,400,000 shares of its 9.75% Series A Perpetual Cumulative Preferred Shares, par value $1.00 per share, which are referred to as the "Series A Preferred Shares." REIT will pay to investors cumulative dividends on the Series A Preferred Shares from and including the date of issuance in the amount of $2.4375 per share each year, which is equivalent to 9.75% of the $25.00 liquidation preference per share. Dividends on the Series A Preferred Shares will be payable quarterly in arrears on the last calendar day of March, June, September and December of each year, beginning on September 30, 2004. The Series A Preferred Shares have no stated maturity, will not be subject to any sinking fund or mandatory redemption and will not be convertible into any other securities. All of REIT's outstanding preferred shares of all classes or series generally vote as a single class with the holders of REIT's common shares on all matters submitted to shareholders for a vote, having a number of votes per share such that, in the aggregate, the voting preferred shares will have 15 percent of the voting power of all classes or series of shares of beneficial interest entitled to vote on a matter. Furthermore, holders of Series A Preferred Shares have limited class voting rights if REIT fails to pay dividends for six or more quarters and in certain other events.

REIT may not redeem the Series A Preferred Shares until September 30, 2009 except upon the occurrence of a tax event or an investment company event, as described in "Description of REIT's Series A Preferred Shares — Redemption." On or after September 30, 2009, REIT may, at its option, redeem the Series A Preferred Shares, in whole or in part, at any time and from time to time, for cash at $25.00 per share, plus accrued and unpaid dividends (whether or not declared), if any, to but not including the redemption date. Any partial redemption will generally be on a pro rata basis.

Accredited Home Lenders Holding Co. will guarantee payment of dividends on, and the liquidation preference and the redemption price of, the Series A Preferred Shares issued by REIT on a subordinated basis to the extent described herein.

No market currently exists for the Series A Preferred Shares. The Series A Preferred Shares have been authorized for listing on the New York Stock Exchange under the symbol "AHH PrA," subject to official notice of issuance. REIT expects that trading on the New York Stock Exchange will commence within 30 days after the initial delivery of the Series A Preferred Shares.

See " Risk Factors" commencing on page S-7 for a discussion of certain factors prospective investors should consider before purchasing any Series A Preferred Shares.

Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or passed upon the adequacy or accuracy of this prospectus supplement or accompanying prospectus. Any representation to the contrary is a criminal offense.

|  | Per Share | Total |
|---|---|---|
| Public Offering Price | $ 25.0000 | $85,000,000 |
| Underwriting discounts and commissions | $  0.7875 | $ 2,677,500 |
| Proceeds, before expenses, to REIT | $ 24.2125 | $82,322,500 |

Table of Contents

## DESCRIPTION OF REIT'S SERIES A PREFERRED SHARES

The following summary sets forth certain terms and provisions of REIT's Series A Preferred Shares. See "Description of Common Shares of REIT" and "Certain Provisions of Maryland Law and of REIT's Declaration of Trust and Bylaws" in the accompanying prospectus. References in this section to REIT and Accredited mean Accredited Mortgage Loan REIT Trust and Accredited Home Lenders Holding Co., respectively, and not to any of their respective subsidiaries, unless specified otherwise.

**General**

REIT's Series A Preferred Shares are a series of preferred shares of beneficial interest of REIT, which preferred shares may be issued from time to time in one or more classes or series with the preferences, conversion and other rights, voting powers, restrictions, limitations as to dividends or other distributions, qualifications and terms and conditions of redemption as are determined by the Board of Trustees or a duly authorized committee thereof. The Board of Trustees and a duly authorized committee thereof has classified and designated 3,910,000 preferred shares of beneficial interest as Series A Preferred Shares.

When issued, REIT's Series A Preferred Shares will be validly-issued, fully-paid and nonassessable. The holders of REIT's Series A Preferred Shares will have no preemptive rights with respect to any of the shares of beneficial interest of REIT or any other securities of REIT convertible into or carrying rights or options to purchase any such shares. REIT's Series A Preferred Shares will not be subject to any sinking fund or other obligation of REIT for their repurchase or retirement.

The transfer agent, registrar and dividend disbursement agent for the Series A Preferred Shares will be U.S. Stock Transfer Corporation.

**Further Issuances**

REIT may from time to time, without the consent of the holders of REIT's Series A Preferred Shares, issue additional Series A Preferred Shares, having the same ranking and the same liquidation preference and other terms as the Series A Preferred Shares, except for the issue price and issue date. Any such additional Series A Preferred Shares will, together with the shares offered in this offering, constitute a single series of preferred shares under REIT's Declaration of Trust.

**Dividends**

Holders of REIT's Series A Preferred Shares shall be entitled to receive, if, when and as authorized by the Board of Trustees of REIT and declared by REIT out of assets of REIT legally available for the payment of dividends, cumulative preferential cash dividends at the rate of 9.75% per annum of the $25.00 liquidation preference per share, from and including the date of original issuance (equivalent to $2.4375 per share per annum). Such dividends shall be cumulative from the date of issuance, and shall be payable quarterly in arrears on the last calendar day of March, June, September and December, or, if not a business day, the next succeeding business day, of each year, at such annual rate. The first dividend, which will be paid on September 30, 2004, will be for less than a full quarter. Such dividend and any dividend payable on REIT's Series A Preferred Shares for any partial dividend period will be computed on the basis of a 360-day year consisting of twelve 30-day months. Dividends in each quarterly period will accrue from the first day of such period, whether or not declared or paid for the prior quarterly period. Each declared dividend shall be payable to holders of record as they appear at the close of business on the register of REIT on such record dates, not exceeding 45 days preceding their payment dates, as shall be fixed by the Board of Trustees of REIT.

No dividends on REIT's Series A Preferred Shares shall be declared by REIT or paid or set apart for payment by REIT at such time as the terms and provisions of any of REIT's agreements, including any agreement relating

S-98

Table of Contents

to REIT's indebtedness, prohibit such declaration, payment or setting apart for payment or provide that such declaration, payment or setting apart for payment would constitute a breach of, or a default under, any agreement or if such declaration or payment shall be restricted or prohibited by law.

Notwithstanding the foregoing, dividends on REIT's Series A Preferred Shares will accrue and be payable under Accredited's guarantee whether or not current payment of dividends is prohibited, whether or not REIT has earnings, whether or not there are funds legally available for the payment of such dividends and whether or not such dividends are declared. Accrued but unpaid dividends on REIT's Series A Preferred Shares will accumulate as of the dividend payment date on which they first become payable.

Except as set forth in the next paragraph, unless full cumulative dividends on REIT's Series A Preferred Shares have been or contemporaneously are declared and paid or declared and a sum sufficient for their payment is set apart for payment for all past dividend periods and the then current dividend period:

- no dividends upon REIT's common shares or preferred shares that REIT may issue ranking junior to or on parity with REIT's Series A Preferred Shares as to the payment of distributions and the distribution of assets upon liquidation (other than in common shares or in shares of any series of preferred shares that REIT may issue ranking junior to REIT's Series A Preferred Shares as to the payment of distributions and the distribution of assets upon liquidation) shall be declared or paid or set aside for payment;

- no distribution shall be declared or made upon REIT's common shares or preferred shares that REIT may issue ranking junior to or on parity with REIT's Series A Preferred Shares as to the payment of distributions and the distribution of assets upon liquidation; and

- no common or preferred shares that REIT may issue ranking junior to or on parity with its Series A Preferred Shares as to the payment of distributions and the distribution of assets upon liquidation shall be redeemed, purchased or otherwise acquired for any consideration (or any moneys be paid to or made available for a sinking fund for the redemption of any such shares) by REIT (except by conversion into or in exchange for other shares of beneficial interest that REIT may issue ranking junior to its Series A Preferred Shares as to the payment of distributions and the distribution of assets upon liquidation and except for transfers made pursuant to the provisions of REIT's Declaration of Trust relating to restrictions on ownership and transfers of its shares of beneficial interest designed to ensure that it remains qualified as a real estate investment trust for federal income tax purposes).

When dividends are not paid in full (or a sum sufficient for such full payment is not set apart) upon REIT's Series A Preferred Shares and any other series of shares of beneficial interest ranking on a parity as to dividends with REIT's Series A Preferred Shares:

- all dividends declared upon REIT's Series A Preferred Shares and any other series of shares of beneficial interest ranking on a parity as to dividends with REIT's Series A Preferred Shares shall be declared pro rata so that the amount of dividends declared per share on REIT's Series A Preferred Shares and such other series of shares of beneficial interest shall in all cases bear to each other the same ratio that full dividends per share on REIT's Series A Preferred Shares and full dividends, including required or permitted accumulations, if any, on such other series of shares of beneficial interest bear to each other;

- no interest, or sum of money in lieu of interest, shall be payable in respect of any dividend payment or payments on REIT's Series A Preferred Shares which may be in arrears; and

- any dividend payment made on REIT's Series A Preferred Shares shall first be credited against the earliest accrued but unpaid dividend due with respect to such shares which remains payable.

Holders of REIT's Series A Preferred Shares shall not be entitled to any dividend, whether payable in cash, property or shares, in excess of full cumulative dividends on the Series A Preferred Shares as provided above. For a discussion of the tax treatment of distributions to shareholders, see "Certain United States Federal Income Tax Considerations."

S-99

Table of Contents

## DESCRIPTION OF GUARANTEE

Set forth below is a summary of information concerning the guarantee which will be executed and delivered by Accredited for the benefit of the holders from time to time of REIT's Series A Preferred Shares. This summary does not purport to be complete. References in this section to REIT and Accredited mean Accredited Mortgage Loan REIT Trust and Accredited Home Lenders Holding Co., respectively, and not to any of their respective subsidiaries, unless specified otherwise.

### General

Accredited will irrevocably and unconditionally agree to pay in full to the holders of each share of the Series A Preferred Shares, the guarantee payments (as described below) (except to the extent paid by REIT and except as otherwise described in this prospectus supplement), as and when due, regardless of any defense, right of set-off or counterclaim which REIT or Accredited may have or assert. The following guarantee payments, if not paid by REIT, will be subject to the guarantee, without duplication: (i) all accrued and unpaid dividends (whether or not declared) payable on REIT's Series A Preferred Shares, (ii) the redemption price (including all accrued and unpaid dividends) payable with respect to any of the Series A Preferred Shares redeemed by REIT and (iii) the liquidation preference payable with respect to any of REIT's Series A Preferred Shares as described under "Description of REIT's Series A Preferred Shares — Liquidation Distribution." Accredited's obligation to make a guarantee payment may be satisfied by direct payment of the required amounts by Accredited or by causing REIT to pay such amounts. If payments on the guarantee and Accredited's preferred shares that rank on parity with the guarantee cannot be paid in full, payments will be made pro rata based on the liquidation preference and the amount then payable on such preferred shares.

### Subordination

The guarantee will constitute an unsecured obligation of Accredited and will rank junior to all other liabilities of Accredited, effectively pari passu with the most senior preferred stock, if any, issued by Accredited and senior to Accredited's common stock.

### Liquidation Distributions on a Winding up

If at the time any guarantee payment is to be paid by Accredited proceedings are pending or have been commenced for the voluntary or involuntary liquidation or winding up of Accredited, the rights of the holders of Series A Preferred Shares against Accredited are subordinate to the claims of the holders of all other indebtedness of Accredited and on parity with the most senior class of Accredited's preferred stock, and, accordingly, no guarantee payment is payable to the holders of Series A Preferred Shares in respect of a liquidation distribution until the claims of all of the holders of all other indebtedness of Accredited have been satisfied.

Until all other indebtedness of Accredited has been paid in full, the holders of Series A Preferred Shares may not file a claim in competition with the holders of that indebtedness so as to diminish any distribution or payment which, but for such claim, the holders of such other indebtedness would have been entitled to receive.

Once the claims of all holders of all other indebtedness of Accredited have been satisfied in full, the guarantee payments to be paid by Accredited in respect of a liquidation distribution on a share of REIT's Series A Preferred Shares:

 (i) shall be paid out of the surplus assets of Accredited available for distribution to holders of the most senior preferred shares of Accredited as regards participation in profits of Accredited; and

 (ii) shall not exceed the amount, per share, that would have been paid had the Series A Preferred Shares been issued by Accredited as preferred shares ranking pari passu with the most senior preferred shares, if any, of Accredited.

S-110