**EXHIBIT D**

*Accredited Home Lenders Holding Co., et al*
Case No. 09-11516 (MFW)

# Kodiak CDO II, Ltd.
## Kodiak CDO II Corp.
U.S.$338,000,000 Class A-1 Senior Secured Floating Rate Notes Due 2042
U.S.$53,000,000 Class A-2 Senior Secured Floating Rate Notes Due 2042
U.S.$80,000,000 Class A-3 Senior Secured Floating Rate Notes Due 2042
U.S.$81,000,000 Class B-1 Senior Secured Floating Rate Notes Due 2042
U.S.$5,000,000 Class B-2 Senior Secured Fixed/Floating Rate Notes Due 2042
U.S.$38,000,000 Class C-1 Secured Deferrable Floating Rate Notes Due 2042
U.S.$2,000,000 Class C-2 Secured Deferrable Fixed/Floating Rate Notes Due 2042
U.S.$36,000,000 Class D Secured Deferrable Floating Rate Notes Due 2042
U.S.$35,000,000 Class E Secured Deferrable Floating Rate Notes Due 2042
U.S.$43,000,000 Class F Secured Deferrable Floating Rate Notes Due 2042
55,000 Preference Shares (stated amount of $1,000 per Preference Share)

The Issuer's investment portfolio consists primarily of certain real estate related trust preferred securities and certain other real estate related securities as described herein. The portfolio will be managed by Kodiak CDO Management LLC.

The Offered Securities will be sold at negotiated prices determined at the time of sale. See "Plan of distribution" beginning on page 226.

**See "Risk factors" beginning on page 30 for a discussion of certain risks that you should consider in connection with an investment in the Offered Securities.**

No Offered Securities will be issued unless upon issuance (i) the Class A-1 Notes are rated "Aaa" by Moody's, "AAA" by Standard & Poor's and "AAA" by Fitch, (ii) the Class A-2 Notes are rated "Aaa" by Moody's, "AAA" by Standard & Poor's and "AAA" by Fitch, (iii) the Class A-3 Notes are rated "Aaa" by Moody's, "AAA" by Standard & Poor's and "AAA" by Fitch, (iv) each Tranche of Class B Notes is rated at least "Aa1" by Moody's, at least "AA+" by Standard & Poor's and at least "AA+" by Fitch, (v) each Tranche of Class C Notes is rated at least "AA-" by Standard & Poor's and at least "AA-" by Fitch, (vi) the Class D Notes are rated at least "A" by Standard & Poor's and at least "A" by Fitch, (vii) the Class E Notes are rated at least "BBB" by Standard & Poor's and at least "BBB" by Fitch and (viii) the Class F Notes are rated at least "BB" by Standard & Poor's and at least "BB" by Fitch. The Preference Shares will not be rated.

Application will be made to the Irish Financial Services Regulatory Authority, as competent authority under Directive 2003/71/EC, for this offering circular to be approved. This offering circular constitutes a prospectus (the "Prospectus") for the purposes of the Prospectus Directive. Application will be made to the Irish Stock Exchange for the Notes to be admitted to the Official List and traded on its regulated market. There can be no assurance that such admission to trading will be granted or maintained. Approval (if granted) relates only to the Notes which are expected to be admitted to trading on the regulated market of the Irish Stock Exchange or other regulated markets for the purposes of Directive 93/22/EEC (or which are to be offered to the public in any Member State of the European Economic Area).

The Offered Securities have not been registered under the Securities Act, and neither Co-Issuer has been registered under the Investment Company Act. The Notes are being offered hereby only to (i) (A) Qualified Purchasers that are also (B) Qualified Institutional Buyers or, in the case of the Class F Notes only, Institutional Accredited Investors that are also Rule 3a-7 Persons or (ii) to non-U.S. persons outside the United States in reliance on Regulation S that are also, in the case of the Class F Notes, Qualified Institutional Buyers or Rule 3a-7 Persons. The Preference Shares are being offered hereby only to (i) (x) Qualified Purchasers that are also either Qualified Institutional Buyers or Institutional Accredited Investors that are also Rule 3a-7 Persons or (y) Accredited Investors that are also Rule 3a-7 Persons and Knowledgeable Employees or entities exclusively owned by Knowledgeable Employees or (ii) non-U.S. persons that are also Qualified Institutional Buyers or Rule 3a-7 Persons outside the United States in reliance on Regulation S. For a description of certain restrictions on transfer, see "Transfer restrictions" beginning on page 229.

The Offered Securities are expected to be delivered to investors in book-entry form through The Depository Trust Company (and, in the case of Restricted Preference Shares, physical form) and its Participants and Indirect Participants, including Euroclear and Clearstream, on or about June 29, 2007.

**JPMorgan**                                                    **Barclays Capital**

July 6, 2007

Higher delinquencies and default rates may decrease the value of these mortgage loans in the mortgage market, forcing originators of subprime or adjustable mortgage loans to sell these loans at a greater discount to par, resulting in decreased revenues or losses. Additionally, delinquencies and defaults may result in increased repurchase obligations with respect to the sellers of these mortgage loans, diverting capital for that purpose, and exposing the seller to 100% of the risk of loss on the loans upon repurchase. Even if the seller is not required to repurchase a delinquent or defaulted loan, increased defaults and delinquencies may decrease the value of, and cash flow from, any residual interests retained by sellers of mortgage loans in the securitization market. Moreover, servicing delinquent loans may result in higher costs for the servicer without a corresponding increase in compensation. Finally, in certain securitization transactions, if certain triggers are met with respect to loss and delinquency numbers, the servicer may lose its rights to service the portfolio, which would result in decreased servicing revenues and reputational damage as a servicer.

A rising interest rate environment may decrease the number of borrowers seeking to refinance their loans, thus decreasing overall originations. Declining real estate values also have the result of reducing a borrower's equity in a home and making new loan originations more difficult.

These factors, among others, as well as potential regulatory and/or legislative responses to developments in the nonprime and subprime markets, may have the overall effect of increasing costs and expenses of these seller/servicers while at the same time decreasing servicing cash flow and loan origination revenues. This will adversely affect their ability to meet their existing financial obligations and obtain additional financing. In turn, this will increase their cost of funds and of doing business generally. The above developments may negatively affect the ability of the related issuers of Collateral Debt Securities with exposure to the residential mortgage market to make payments on such Collateral Debt Securities.

Numerous residential mortgage loan originators that originate nonprime, and in particular subprime, mortgage loans have recently experienced serious financial difficulties, negative ratings actions and, in some cases, bankruptcy. Those developments could affect other participants in the market as well as holders of securities of such originators.

The Warehoused Collateral that the Issuer is purchasing on the Closing Date includes $107,000,000 aggregate principal amount of securities of residential mortgage loan originators (constituting approximately 14.3% of the Aggregate Ramp-Up Par Amount). In turn, it is expected that $20,875,000 aggregate principal amount of such Collateral Debt Securities of residential mortgage loan originators (constituting approximately 2.8% of the Aggregate Ramp-Up Par Amount) are securities of mortgage loan originators that the Collateral Manager believes have a substantial exposure to the nonprime, and in particular subprime, market.

Although the Collateral Manager believes that the entire residential mortgage loan sector merits careful scrutiny, including the nonprime subsector, particular reference is made to the following Warehoused Collateral that the Issuer is purchasing on the Closing Date and that involves nonprime, and in particular subprime, mortgage exposure:

- $14,000,000 aggregate principal amount of Trust-Preferred Securities issued by Accredited Preferred Securities Trust I (the "**Accredited Securities**") (constituting approximately 1.9% of the Aggregate Ramp-Up Par Amount).

- $6,875,000 aggregate principal amount of Trust-Preferred Securities issued by NovaStar Capital Trust II (the "**NovaStar Securities**") (constituting approximately 0.9% of the Aggregate Ramp-Up Par Amount).

> The Accredited Securities were issued by Accredited Preferred Securities Trust I, which is a subsidiary of Accredited Home Lenders Holding Co. (such entity and/or affiliates thereof, as applicable, "**Accredited**"). Accredited is a Reporting Company, and certain information about certain developments relating to Accredited is publicly available. Such developments, individually or in the aggregate, may have an adverse effect on the financial condition of Accredited and on the Accredited Securities. The outcome of any of these developments (together with the more general risks described elsewhere under this subheading and elsewhere herein) and their effect on the financial condition of Accredited and on the Accredited Securities cannot be determined.

The NovaStar Securities were issued by NovaStar Capital Trust II, which is a subsidiary of NovaStar Financial, Inc. (such entity and/or affiliates thereof, as applicable, "**NovaStar**"). NovaStar is a Reporting Company, and certain information about certain developments relating to NovaStar is publicly available. Such developments, individually or in the aggregate, may have an adverse effect on the financial condition of NovaStar and on the NovaStar Securities. The outcome of any of these developments (together with the more general risks described elsewhere under this subheading and elsewhere herein) and their effect on the financial condition of NovaStar and on the NovaStar Securities cannot be determined.

### *Relating to the Collateral Debt Securities that are Trust Preferred Securities*

#### *Trust Preferred Securities will be subject to certain risks.*

The Collateral Debt Securities pledged to secure the Notes are expected to consist primarily of Trust Preferred Securities which meet the criteria necessary to qualify as a Collateral Debt Security and, at the time of purchase, satisfy the Eligibility Criteria applicable thereto. Trust Preferred Securities not denominated in U.S. Dollars are subject to one or more Currency Swap Agreements that results in the Issuer receiving U.S. Dollar payments in respect of such Trust Preferred Securities. The Trust Preferred Securities are trust preferred securities that have characteristics that are common both to preferred securities and debt securities. For a description of the structure of the Trust Preferred Securities and the documentation related thereto, see "Security for the Notes."

As a general matter (i) in the case of Trust Preferred Securities purchased upon original issuance thereof, the proceeds of the issuance of the Offered Securities will finance the purchase of all or a portion of the Trust Preferred Securities, either directly or indirectly, from each Trust Preferred Securities Issuer, which in turn will finance the purchase by that Trust Preferred Securities Issuer of the Corresponding Debentures from the applicable Collateral Entity and (ii) in the case of Trust Preferred Securities purchased in the secondary market, proceeds of the issuance of the Offered Securities will finance the purchase of the Trust Preferred Securities from third party sellers. The availability of funds in the Collection Accounts to pay amounts payable with respect to the Notes will be dependent upon, among other things, the frequency and amount of payments made by the issuers of the Trust Preferred Securities.

Due to the structure of Trust Preferred Securities, the ability of a Trust Preferred Securities Issuer to timely pay distributions on, or other amounts payable upon redemption of, its Trust Preferred Securities or upon liquidation of such Trust Preferred Securities Issuer will be dependent upon the frequency and amount of payments made by the related Collateral Entity on the Corresponding Debentures held by the Trust Preferred Securities Issuers. See "Security for the Notes—Description of the Trust Preferred Securities." If a Collateral Entity defaults on its obligation to pay principal of or interest on its Corresponding Debentures or defers payments on its Corresponding Debentures, the Trust Preferred Securities Issuer will not have sufficient funds to pay distributions or other amounts payable upon the redemption of the Trust Preferred Securities or upon liquidation of the Trust Preferred Securities Issuer. Certain risks associated with the frequency and amount of payments to be made by the Trust Preferred Securities Issuers and the Collateral Entities are discussed below.

Corresponding Debentures to the holders of the Trust Preferred Securities and the common equity holders of the Collateral Entity. In such a case, the Issuer would hold the Corresponding Debentures so distributed. However, there can be no assurance that a liquid trading market will develop in the Corresponding Debentures.

The market prices for the Corresponding Debentures that may be distributed cannot be predicted with certainty. Accordingly, the Corresponding Debentures that are received upon a distribution thereof (or the Trust Preferred Securities held pending such a distribution) may trade at a discount to the price paid to purchase such Trust Preferred Securities.

*Generally, a Parent Collateral Entity providing a parent guarantee with respect to a Trust Preferred Security has no material assets other than its investment in the related Collateral Entity.*

A Parent Guarantee with respect to a Trust Preferred Security may provide that the Parent Collateral Entity will fully and unconditionally guarantee the payment of principal of and premium, if any, and interest on the related Corresponding Debentures. However, typically each such Parent Collateral Entity conducts substantially all of its operations through the related Collateral Entity, and the only material asset of the Parent Collateral Entity is its interest in such Collateral Entity. As a result, if the related Collateral Entity is unable to meet its obligations with respect to the related Corresponding Debentures, the Parent Collateral Entity will not have any assets from which to pay on the Parent Guarantee. Furthermore, the Parent Guarantee will be effectively subordinated to all existing and future preferred equity and unsecured and secured liabilities of and guarantees issued by the Parent Collateral Entity's subsidiaries, including the related Collateral Entity.

*Relating to the Collateral Debt Securities that are Senior/Sub Securities*

*The Senior/Sub Securities are subject to credit risk and interest rate risk and liquidity risk.*

A portion of the Collateral Debt Securities will consist of Senior Securities and Subordinated Securities. Senior Securities are generally unsecured and are senior debt obligations of Senior Securities Issuers meeting the eligibility criteria described herein. Subordinated Securities will be debt securities issued by Subordinated Securities Issuers meeting the eligibility criteria described herein. Subordinated Securities are subordinated to the claims of general creditors of the related Subordinated Securities Issuers, including the claims of holders of senior debt obligations of Subordinated Securities Issuers, and are unsecured. For a description of certain terms of the Senior/Sub Securities and the documentation related thereto, see "Security for the Notes."

In addition to the risks described above with respect to the Collateral Debt Securities generally under "—Collateral Debt Securities are subject to credit risk, interest rate risk and liquidity risk generally" and "—Severe lack of liquidity of the Collateral Debt Securities will adversely affect required or permitted sales of Collateral Debt Securities, which could adversely affect holders of the Offered Securities," adverse changes in the real estate industry or in general economic conditions or both may impair the ability of the Subordinated Securities Issuers and the Senior Securities Issuers to make payments of principal and interest and may affect the market value of the Senior/Sub Securities. The Senior/Sub Securities are also subject to other risks, including (i) interest rate risk, (ii) limited liquidity risk, (iii) market price volatility resulting from changes in prevailing interest rates, (iv) subordination to the claims of secured lenders in the assets in which such secured lenders have an interest, (v) the possibility that earnings of the issuer thereof may be insufficient to meet its debt service, (vi) the operation of mandatory sinking fund or call/redemption provisions during periods of declining interest rates, (vii) the declining creditworthiness and potential for insolvency of the issuer thereof during periods of rising interest rates and economic downturn. An economic downturn or an increase in interest rates could severely disrupt the market for Senior/Sub Securities and adversely affect the value of outstanding Senior/Sub Securities and the ability of the Security Issuers thereof to repay principal and interest. Also, because the Senior/Sub Securities generally

Fitch (or (i) if not rated by Fitch but has a public rating from Standard & Poor's, is deemed to have a Fitch rating equivalent to the rating assigned by Standard & Poor's and (ii) if not rated by Moody's, has been evaluated by Moody's for purposes of assigning a pool wide default probability) or has been submitted for a credit estimate from Standard & Poor's and Fitch; and

(xxv) other than the Accredited Securities or the NovaStar Securities, such Collateral Debt Security is not a security issued or sponsored by a mortgage loan originator or purchaser that the Collateral Manager believes has a substantial exposure to the subprime market.

In addition, no Additional Collateral Debt Security may be purchased on any date after the Ramp-Up Completion Date unless the criteria set forth in "—Acquisition of Collateral Debt Securities after the Closing Date" are satisfied.

The above criteria are herein collectively referred to as the "**Eligibility Criteria.**"

So long as any Notes remain outstanding, on or prior to the acquisition of any Collateral Debt Security not publicly rated by Standard & Poor's and on or prior to the one-year anniversary of the acquisition of any such Collateral Debt Security, the Issuer shall submit to Standard & Poor's a request to perform a credit estimate on such Collateral Debt Security, together with all information reasonably required by Standard & Poor's to perform such estimate; *provided*, that if the Collateral Debt Security is not submitted for a credit estimate from Standard & Poor's then the rating assigned by Standard & Poor's to such Collateral Debt Security shall be "CCC-."

*Description of the Trust Preferred Securities*

On the Closing Date, the Issuer expects to acquire, in the primary issuance market and in the secondary market, U.S.$278,550,000 in Aggregate Principal Balance of Trust Preferred Securities consisting of 16 different issuances of securities issued by 13 Trust Preferred Securities Issuers.

*Terms of the Trust Preferred Securities.* The following brief summary of certain terms and provisions that are typical of Trust Preferred Securities refers only to the Trust Preferred Securities to be acquired by the Issuer on the Closing Date, does not purport to be complete and is subject to, and qualified in its entirety by reference to, the actual provisions of the respective Trust Agreements of the Trust Preferred Securities Issuers and such Trust Preferred Securities. Copies of the form of Trust Agreement may be obtained by any holder of an Offered Security upon request in writing to the Trustee at its Corporate Trust Office or to the Preference Share Paying and Transfer Agent, as applicable, and by prospective initial purchasers of Offered Securities from the Co-Managers. Additional Collateral Debt Securities may be acquired prior to the Closing Date. Further, the composition of the pool of Collateral Debt Securities will change over time, as Uninvested Proceeds and Sale and Redemption Proceeds are invested in additional Collateral Debt Securities and Collateral Debt Securities are sold or otherwise disposed of in accordance with the terms of the Indenture.

The terms of the Trust Preferred Securities to be acquired by the Issuer after the Closing Date (which may include Trust Preferred Securities purchased in the secondary market) may differ in various respects from the terms described below, which relate to the Trust Preferred Securities to be acquired on the Closing Date.

The Trust Preferred Securities issued by each Trust Preferred Securities Issuer will be issued pursuant to the terms of an Amended and Restated Declaration of Trust or Amended and Restated Trust Agreement (in respect of such Trust Preferred Securities Issuer, the "Trust Agreement"). Each Trust Preferred Securities Issuer will be organized as a statutory trust under the laws of the State of Delaware. The parent Collateral Entity of each Trust Preferred Securities Issuer will own all of the

beneficial interests represented by common securities of such Trust Preferred Securities Issuer (in respect of such Trust Preferred Securities Issuer, the "**Common Securities**," and together with the related Trust Preferred Securities, the "**Trust Preferred Issuer Securities**"). In certain cases, the Issuer may own less than 100% of the principal balance of many of the Trust Preferred Securities issued under the related Trust Agreement and therefore may not be able to control any matters, including payment-related matters, as to which holders of the related Trust Preferred Securities are entitled to vote, give their consent or take action. The voting, consent and similar requirements applicable to the foregoing vary from transaction to transaction.

Each Trust Preferred Securities Issuer will use the proceeds from its sale of its Trust Preferred Issuer Securities to purchase the Corresponding Debentures issued by its parent Collateral Entity. Each Trust Preferred Securities Issuer's only source of cash to make payments on its Trust Preferred Securities will be the payments it receives from its parent Collateral Entity on its Corresponding Debentures that are allocable to such Trust Preferred Securities. In each case where the Collateral Entity is a subsidiary of the related REIT, REOC, Homebuilding Company or Hospitality/Recreational Resort Company, the parent of the related Collateral Entity sponsoring the Trust Preferred Securities (the "**Parent Entity**") may provide a Parent Guarantee in respect of the Corresponding Debentures issued by the subsidiary Collateral Entity (in respect of such Collateral Entity, the "**Parent Guarantee**"). See "—Terms of the Parent Guarantees." The Parent Guarantee, when taken together with the Collateral Entity's obligations under the Corresponding Debentures, the indenture relating to such Corresponding Debentures (each such indenture, a "**TRUPs Indenture**") and the related Trust Agreement, will provide a full and unconditional guarantee on a subordinated basis by such Collateral Entity of amounts due on the Trust Preferred Securities of the subsidiary Trust Preferred Securities Issuer.

The Trust Preferred Securities will be issued in definitive and/or global form and will be denominated in a liquidation amount that will be equal to the principal amount of the Corresponding Debentures less the liquidation amount of the Common Securities, and the liquidation amount of such Trust Preferred Securities is referred to herein as the "Principal Balance" of such Trust Preferred Securities.

Distributions. Distributions on the Trust Preferred Securities will be payable quarterly in arrears on the respective payment dates set forth in the applicable Trust Agreement (each such date, subject to the second succeeding paragraph, a "**Trust Preferred Securities Payment Date**"). Distributions on the Trust Preferred Securities will be payable only to the extent that interest payments are made in respect of the related Corresponding Debentures and to the extent the related Trust Preferred Securities Issuer has funds legally available therefor.

Distributions payable for any Distribution Period with respect to the Trust Preferred Securities will be computed on the basis of the actual number of days in such Distribution Period and a 360-day year (or in the case of distributions calculated based on a fixed rate, on the basis of a 360-day year of twelve 30-day months). The period (i) from, and including, the date of original issuance of the Trust Preferred Securities to, but excluding, the initial Trust Preferred Securities Payment Date and (ii) thereafter, from, and including, the first day following the end of the preceding Distribution Period to, but excluding, the Trust Preferred Securities Payment Date or, in the case of the last Distribution Period, the optional redemption date for the related Trust Preferred Securities (the "Trust Preferred Securities Optional Redemption Date"), Trust Preferred Securities Special Redemption Date or Trust Preferred Securities Maturity Date, as applicable, are the "Distribution Periods" for the Trust Preferred Securities.

If any Trust Preferred Securities Payment Date falls on a day that is not a Business Day, then distributions payable on such date will be paid on the next succeeding Business Day. If any Trust Preferred Securities Maturity Date, Trust Preferred Securities Optional Redemption Date or Trust Preferred Securities Special Redemption Date falls on a day that is not a Business Day, then the