# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Accredited Home Lenders Holding Co. |
| **Case Number:** | 09-11516-MFW   **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 30, 2010 11:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matters:*

1) Omnibus
   **R / M #:**  2,212 / 0

2) Disclosure
   **R / M #:**  0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
   Items 1 through 15 - Continued
   Item 16 - matter is under advisement
   Items 17 through 19 - Continued
   Item 20 - Order entered under Certification of Counsel
   Item 21 - Continued