# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Accredited Home Lenders Holding Co. | | |
| **Case Number:** | 09-11516-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 21, 2010 10:30 AM | CRT#4, 5TH FL. | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matter:*

Omnibus

**R / M #:** 2,270 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
 Items 1 through 20 - Continued
 Item 21 - Order entered