IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| ACCREDITED HOME LENDERS HOLDING CO., et al. | § § § | Case No. 09-11516 (MFW) |
| Debtors.[1] | § § | JOINTLY ADMINISTERED *Related to Docket No. 2231* |

## ORDER APPROVING STIPULATION BETWEEN THE DEBTORS AND WACHOVIA BANK, N.A.

Upon consideration of the Stipulation (the "Stipulation"),[2] Between the Debtors and Wachovia, Bank, N.A. ("Wachovia"), a copy of which is attached hereto as Exhibit A, and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Stipulation and all of the terms set forth therein are *APPROVED* and shall have the full force and effect of an order entered by the Court with respect thereto; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 100, San Diego, CA 92131. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

DOCS_DE:156574.1
00001-001\DOCS_DE:165778.1

**ORDERED** that this Court retains jurisdiction to interpret, implement and enforce the provisions of this Order and the Stipulation.

Dated: December 22, 2010

　　　　　　　　　　　　　　　　　　　　/s/ Mary F. Walrath
　　　　　　　　　　　　　　　　　　　　The Honorable Mary F. Walrath
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge