**EXHIBIT 3**
**(Class 4 H - Ballot)**

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ACCREDITED HOME LENDERS | § | Case No. 09-11516 (MFW) |
| HOLDING CO., et al. | § | |
| | § | |
| Debtors.[1] | § | JOINTLY ADMINISTERED |

**BALLOT FOR HOLDERS OF GENERAL UNSECURED CLAIMS AGAINST CONSOLIDATED HOLDCO**

This ballot (the "Ballot") is being sent to Holders of General Unsecured Claims against Accredited Home Lenders Holding Co. and Vendor Management Services, LLC (the "Class 4 H Claims") with a face amount greater than $1,000,000. If you hold Claims in other classes in which you are entitled to vote, you will receive a Ballot for each such other class.

On March ████, 2011, the United States Bankruptcy Court for the District of Delaware (the "Court") signed an order (the "Solicitation Order") which approved the *Third Amended Disclosure Statement with Respect to the Debtors' Second Amended Chapter 11 Plan of Liquidation*, dated February 24, 2011 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Disclosure Statement") regarding the *Debtors' Second Amended Chapter 11 Plan of Liquidation* (as the same may be further amended or modified, the "Plan"), and which established certain procedures for the solicitation and tabulation of votes to accept or reject the Plan. Please use this Ballot to cast your vote to accept or reject the Plan which is proposed by the above-captioned debtors and debtors-in-possession (the "Debtors"). The Plan is Exhibit A to the Disclosure Statement that accompanies this Ballot. Any party may request, at the Debtors' expense, hard copies of the Disclosure Statement, together with the Plan and other exhibits annexed thereto, from the Voting Agent. If you do not have a copy of the Plan or the Disclosure Statement, you may obtain a copy upon written request to Accredited Home Lenders c/o Kurtzman Carson Consultants, 2335 Alaska Avenue, El Segundo, CA 90245, by going to the website at www.kccllc.net/accredited, or by calling (866) 967-1789. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 100, San Diego, CA 92131. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Class 4 H Claims and if the Plan otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements under section 1129(b) of the Bankruptcy Code.

**THIS BALLOT IS TO BE USED BY HOLDERS OF CLASS 4 H CLAIMS. PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE TO THE AGENT SUPERVISING THE SOLICITATION, TABULATION, AND BALLOTING PROCESS (THE "VOTING AGENT"). THE VOTING DEADLINE IS 4:00 P.M. PREVAILING PACIFIC TIME ON ▩▩▩, 2011.**

**ITEM 1.**      **CLASS 4 H CLAIMS AMOUNT. The undersigned certifies that as of ▩▩▩, 2011 (the "Record Date"), it held Unsecured Claims against Consolidated Holdco in the below amount:**

         $ _____

**ITEM 2.**      **CLASS 4 H CLAIMS VOTE. The holder of the Class 4 H Claims that relate to this Ballot votes:**

     ☐   to ACCEPT the Plan          ☐   to REJECT the Plan

**ITEM 3.**      **CLASS 3 H ELECTION AND CREDITOR RELEASE ACCEPTANCE.** You may check this box if you wish to share in both the distributions that would be made to the Lone Star Entities from Consolidated Holdco and the distributions to be made upon Class 4 H Claims from Consolidated Holdco. **IF YOU OPT FOR THE CLASS 3 H, YOU WILL BE AUTOMATICALLY DEEMED TO HAVE VOTED TO ACCEPT THE PLAN AND ACCEPT THE CREDITOR RELEASE OF THE LONE STAR RELEASEES.**

     ☐   The undersigned elects to have the Class 4 H General Unsecured Claims against Consolidated Holdco to which this Ballot pertains treated as Class 3 H Claims in exchange for receiving additional distributions that would have been made to the Lone Star Entities. The undersigned also votes to accept the Plan and the Creditor Release of the Lone Star Releasees.

**ITEM 4.**      **OPTIONAL ELECTION TO BE TREATED AS A CLASS 7 H CONVENIENCE CLAIM.** You may check this box if you elect to have your Class 4 H General Unsecured Claims against Consolidated Holdco reduced to $1,000,000 (if such Claims exceed $1,000,000) and to have your Claims treated as one Consolidated Holdco Convenience Claim. If the Plan is confirmed, upon the Effective Date, Holders of Consolidated Holdco Convenience Claims (Class 7 H) will receive one distribution in cash equal to 65% of such Claims. This distribution will fully satisfy such Claims. Claim Holders electing for this treatment shall not receive any further distributions under the Plan. By checking the box below, you irrevocably elect and consent to have your aggregate Claims reduced to an amount not to exceed $1,000,000. **IF YOU OPT FOR THE CONVENIENCE CLASS ELECTION, YOU WILL BE AUTOMATICALLY**

**DEEMED TO HAVE VOTED TO ACCEPT THE PLAN AND ACCEPT THE CREDITOR RELEASE OF THE LONE STAR RELEASEES.**

☐ The undersigned elects to have the Class 4 H General Unsecured Claims against Consolidated Holdco to which this Ballot pertains treated as a Convenience Claim and acknowledges that any valid Claim to which this Ballot pertains shall be reduced to an amount not to exceed the lesser of $1,000,000 or the amount of such Allowed Claims. The undersigned also votes to accept the Plan and the Creditor Release of the Lone Star Releasees.

ITEM 5. **CERTIFICATION. By signing this Ballot, the holder of the Class 4 H Claims certifies that it:**

(a) is the holder of the Claim or Claims to which this Ballot pertains;

(b) has been provided with a copy of the Plan, Disclosure Statement and Solicitation Order and that it acknowledges that the vote set forth on this Ballot, including the election to grant the Creditor Release of the Lone Star Releasees or not grant such release, is voluntary and is subject to all the terms and conditions set forth in the Plan, Disclosure Statement and Solicitation Order;

(c) has full power and authority to vote to accept or reject the Plan; and

(d) has not submitted any other Ballots relating to the Claim or Claims to which this Ballot pertains that are inconsistent with the votes as set forth in this Ballot or that, as limited by the terms of the Solicitation Order and the instructions attached hereto, if such other Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein.

Name: _____
          (Print or Type)

Social Security Or Federal Tax I.D. No.:_____
          (Optional)

Signature:_____

By:_____
          (If Appropriate)

Title:_____
          (If Appropriate)

Street Address:_____

City, State, Zip Code:_____

Telephone Number: _____

Date Completed:_____

No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan. This Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Plan. Holders should not surrender, at this time, certificates representing their securities. The Voting Agent will not accept delivery of any such certificates surrendered together with a Ballot. Moreover, this Ballot shall not constitute or be deemed to be a proof of claim or equity interest or an assertion of a claim or equity interest.

> **YOUR VOTE MUST BE ACTUALLY RECEIVED BY THE VOTING AGENT, BY 4:00 P.M. PACIFIC TIME ON ███████, 2011, OR YOUR VOTE WILL NOT BE COUNTED. FACSIMILE OR OTHER MEANS OF ELECTRONIC TRANSMISSION OF THIS BALLOT WILL NOT BE ACCEPTED.**

**IF YOU HAVE QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT (866) 967-1789.**

## VOTING INSTRUCTIONS

1.    All capitalized terms used in the ballot (the "Ballot") or these instructions but not otherwise defined therein shall have the meanings ascribed to them in the Plan or Solicitation Order, as applicable.

2.    Please read and follow these instructions carefully. You must transmit this Ballot to the Voting Agent by no later than 4:00 p.m. prevailing Pacific Time on ▓▓▓▓, 2011, unless such time is extended (the "Voting Deadline"), or your Ballot will not be counted.

3.    In order for your vote to count, you must:

   a.    Complete Item 1;

   b.    Cast ONE vote to accept or reject the Plan by checking the proper box in Item 2;

   c.    If you elect to have your Class 4 H General Unsecured Claim or Claims against Consolidated Holdco treated as a Class 3 H Claims in Item 3, you will receive both the Pro Rata Share of distributions from Consolidated Holdco that Class 4 H receives and a Pro Rata Share of the distributions that the Lone Star Entities would receive from Consolidated Holdco. By checking this box, you will be receiving a greater distribution under the terms of the Plan because you will be entitled to your pro rata share of the distribution to which the Lone Star Entities would otherwise be entitled. By checking the box in Item 3, you affirmatively accept and agree to the Creditor Release of the Lone Star Releasees and accept the Plan, regardless of the box you checked in Item 2. If you do not check the box in Item 3, you will not be accepting the Creditor Release of the Lone Star Entities, you will retain any direct claims that you may have against the Lone Star Entities arising from or related to the Debtors' bankruptcy cases; however, your distribution will be less than the distribution afforded to creditors in Class 3 H as you will not be entitled to your pro rata share of the distribution to which the Lone Star Entities would otherwise be entitled.

   d.    If you elect to have your Class 4 H General Unsecured Claim or Claims against Consolidated Holdco treated as a Convenience Claim in Item 4, you will receive the cash distribution available to holders of Convenience Claims instead of a Pro Rata Share of distributions from Consolidated Holdco, and your Claim or Claims will be reduced to one Claim in an amount not to exceed the lesser of $1,000,000 or the amount of your Allowed Claims. To make this election, check the box in Item 4. Election to reduce the amount of your Claim or Claims in order to be eligible to have your Claim(s) treated as a Convenience Claim is at your option. By checking the box in Item 4, you irrevocably elect and consent to have any valid Claims to which this Ballot pertains reduced to an amount not to exceed the lesser of $1,000,000 or the amount of your Allowed Claims. Further, by checking the box in Item 4, you affirmatively accept and agree to the Creditor Release of the Lone Star Releasees and accept the Plan and Convenience Class treatment, regardless of the boxes you checked in Items 2 and 3.

   e.    Review the certifications in Item 5;

   f.    Sign the Ballot – Your original signature is required on the Ballot in order for your vote to count;

g.  If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing, and provide proof of your authorization to so sign. In addition, please provide your name and mailing address if different from that set forth on the attached mailing label or if no such mailing label is attached to the Ballot; and

4.  Return the completed Ballot to the Voting Agent in the preaddressed stamped envelope enclosed with this Ballot.

5.  Return the Substitute W-9 Form included in the Solicitation Package. **Federal law requires withholding for potential income tax from distributions to creditors. Creditors are receiving a Substitute W-9 Form in this Solicitation Package. Creditors must provide a W-9 form before receiving any distributions.**

6.  If you believe you received the wrong form of Ballot, or if you need additional Ballots, please immediately contact the Voting Agent.

7.  If you wish to have your Claim allowed for purposes of voting on the Plan in a manner that is inconsistent with the Ballot you received or if you did not receive a Ballot and wish to have your Claim temporarily allowed for voting purposes only, you must serve on the Debtors and file with the Bankruptcy Court, on or before ████████, 2011, a motion for an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing such Claim for purposes of voting (the "3018 Motion"). A 3018 Motion must set forth with particularly the amount and classification of which you believe your Claim should be allowed for voting purposes, and the evidence in support of your belief. In respect of any timely-filed 3018 Motion, the Ballot in question shall be counted (a) in the amount established by the Bankruptcy Court in an order entered on or before the Confirmation Hearing or (b) if such an order has not been entered by the Confirmation Hearing and unless the Debtors and you have come to an agreement as to the relief requested in the 3018 Motion, in an amount equal to the preprinted amount on the Ballot or in the event you did not receive a Ballot, you shall not have a Ballot counted at all. The Court will schedule a hearing on such motion to be heard at or prior to the Confirmation Hearing.

8.  If multiple Ballots are received from the same person with respect to the same Claims prior to the Voting Deadline, the last Ballot timely received will supersede and revoke any earlier received Ballot. However, if a holder of Claims casts Ballots received by the Voting Agent on the same day, but which are voted inconsistently, such Ballots will not be counted.

9.  Any Ballot that is illegible or that contains insufficient information to permit the identification of the claimant will not be counted.

10. Properly executed Ballots that attempt to partially accept and partially reject the Plan will not be counted.

11. After the Voting Deadline, no Ballot may be withdrawn or modified without the prior consent of the Debtors.

12. This Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a Claim.

13.  If you hold Claims in more than one class under the Plan, you may receive more than one Ballot for each different class. Each Ballot votes only your Claims indicated on that Ballot. Please complete and return each Ballot you receive.

14.  PLEASE MAIL YOUR BALLOT PROMPTLY. FACSIMILE OR OTHER ELECTRONIC (INCLUDING E-MAIL) TRANSMISSION OF THIS BALLOT WILL NOT BE ACCEPTED.

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR THE PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT (866) 967-1789.

**FOR MAILING PURPOSES, THE ADDRESS OF THE VOTING AGENT IS:**

ACCREDITED HOME LENDERS BALLOT PROCESSING
KURTZMAN CARSON CONSULTANTS LLC
2335 ALASKA AVENUE
EL SEGUNDO, CA 90245

**EXHIBIT 3**
**(Class 5 H - Ballot)**

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ACCREDITED HOME LENDERS | § | Case No. 09-11516 (MFW) |
| HOLDING CO., et al. | § | |
| | § | |
| Debtors.[1] | § | |
| | § | JOINTLY ADMINISTERED |

**BALLOT FOR HOLDER OF LSF-MRA, LLC CLAIMS AGAINST CONSOLIDATED HOLDCO**

This ballot (the "<u>Ballot</u>") is being sent to LSF-MRA, LLC, Holder of Unsecured Claims against Accredited Home Lenders Holding Co. (the "<u>Class 5 H Claims</u>"). If you hold Claims in other classes in which you are entitled to vote, you will receive a Ballot for each such other class.

On March ▓▓▓▓, 2011, the United States Bankruptcy Court for the District of Delaware (the "Court") signed an order (the "<u>Solicitation Order</u>") which approved the *Third Amended Disclosure Statement with Respect to the Debtors' Second Amended Chapter 11 Plan of Liquidation*, dated February 24, 2011 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "<u>Disclosure Statement</u>") regarding the *Debtors' Second Amended Chapter 11 Plan of Liquidation* (as the same may be further amended or modified, the "<u>Plan</u>"), and which established certain procedures for the solicitation and tabulation of votes to accept or reject the Plan. Please use this Ballot to cast your vote to accept or reject the Plan which is proposed by the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"). The Plan is <u>Exhibit A</u> to the Disclosure Statement that accompanies this Ballot. Any party may request, at the Debtors' expense, hard copies of the Disclosure Statement, together with the Plan and other exhibits annexed thereto, from the Voting Agent. If you do not have a copy of the Plan or the Disclosure Statement, you may obtain a copy upon written request to Accredited Home Lenders c/o Kurtzman Carson Consultants, 2335 Alaska Avenue, El Segundo, CA 90245, by going to the website at www.kccllc.net/accredited, or by calling (866) 967-1789. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 100, San Diego, CA 92131. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Class 5 H Claims and if the Plan otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements under section 1129(b) of the Bankruptcy Code.

**THIS BALLOT IS TO BE USED BY HOLDERS OF CLASS 5 H CLAIMS. PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE TO THE AGENT SUPERVISING THE SOLICITATION, TABULATION, AND BALLOTING PROCESS (THE "VOTING AGENT"). THE VOTING DEADLINE IS 4:00 P.M. PREVAILING PACIFIC TIME ON ▮▮▮▮, 2011.**

**ITEM 1.**     **CLASS 5 H CLAIMS AMOUNT. The undersigned certifies that as of ▮▮▮▮, 2011 (the "Record Date"), it held Class 5 H Claims in the below amount:**

$_____

**ITEM 2.**     **CLASS 5 H CLAIMS VOTE. The holder of the Class 5 H Claims that relate to this Ballot votes:**

☐ to ACCEPT the Plan          ☐ to REJECT the Plan

**ITEM 3.**     **CERTIFICATION. By signing this Ballot, the holder of the Class 5 H Claims certifies that it:**

(a) is the holder of the Claim or Claims to which this Ballot pertains;

(b) has been provided with a copy of the Plan, Disclosure Statement and Solicitation Order and that it acknowledges that the vote set forth on this Ballot is subject to all the terms and conditions set forth in the Plan, Disclosure Statement and Solicitation Order;

(c) has full power and authority to vote to accept or reject the Plan; and

(d) has not submitted any other Ballots relating to the Claim or Claims to which this Ballot pertains that are inconsistent with the votes as set forth in this Ballot or that, as limited by the terms of the Solicitation Order and the instructions attached hereto, if such other Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein.

Name: _____
            (Print or Type)

Social Security Or Federal Tax I.D. No.:_____
            (Optional)

Signature:_____

By:_____
      (If Appropriate)

Title:_____
      (If Appropriate)

Street Address:_____

City, State, Zip Code:_____

Telephone Number: _____

Date Completed:_____

No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan. This Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Plan. Holders should not surrender, at this time, certificates representing their securities. The Voting Agent will not accept delivery of any such certificates surrendered together with a Ballot. Moreover, this Ballot shall not constitute or be deemed to be a proof of claim or equity interest or an assertion of a claim or equity interest.

---

**YOUR VOTE MUST BE ACTUALLY RECEIVED BY THE VOTING AGENT, BY 4:00 P.M. PACIFIC TIME ON ▓▓▓▓, 2011, OR YOUR VOTE WILL NOT BE COUNTED. FACSIMILE OR OTHER MEANS OF ELECTRONIC TRANSMISSION OF THIS BALLOT WILL NOT BE ACCEPTED.**

---

**IF YOU HAVE QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT (866) 967-1789.**

## VOTING INSTRUCTIONS

1. All capitalized terms used in the ballot (the "Ballot") or these instructions but not otherwise defined therein shall have the meanings ascribed to them in the Plan or Solicitation Order, as applicable.

2. Please read and follow these instructions carefully. You must transmit this Ballot to the Voting Agent by no later than 4:00 p.m. prevailing Pacific Time on December 7, 2010, unless such time is extended (the "Voting Deadline"), or your Ballot will not be counted.

3. In order for your vote to count, you must:

   a. Complete Item 1;

   b. Cast ONE vote to accept or reject the Plan by checking the proper box in Item 2;

   c. Review the certifications in Item 3;

   d. Sign the Ballot – Your original signature is required on the Ballot in order for your vote to count;

   e. If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing, and provide proof of your authorization to so sign. In addition, please provide your name and mailing address if different from that set forth on the attached mailing label or if no such mailing label is attached to the Ballot; and

4. Return the completed Ballot to the Voting Agent in the preaddressed stamped envelope enclosed with this Ballot.

5. Return the Substitute W-9 Form included in the Solicitation Package. **Federal law requires withholding for potential income tax from distributions to creditors. Creditors are receiving a Substitute W-9 Form in this Solicitation Package. Creditors must provide a W-9 form before receiving any distributions.**

6. If you believe you received the wrong form of Ballot, or if you need additional Ballots, please immediately contact the Voting Agent.

7. If you wish to have your Claim allowed for purposes of voting on the Plan in a manner that is inconsistent with the Ballot you received or if you did not receive a Ballot and wish to have your Claim temporarily allowed for voting purposes only, you must serve on the Debtors and file with the Bankruptcy Court, on or before ███████, 2011, a motion for an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing such Claim for purposes of voting (the "3018 Motion"). A 3018 Motion must set forth with particularly the amount and classification of which you believe your Claim should be allowed for voting purposes, and the evidence in support of your belief. In respect of any timely-filed 3018 Motion, the Ballot in question shall be counted (a) in the amount established by the Bankruptcy Court in an order entered on or before the Confirmation Hearing or (b) if such an order has not been entered by the Confirmation Hearing and unless the Debtors and you have come to an agreement as to the relief requested in the 3018 Motion, in an amount equal to the preprinted amount on the Ballot or in the event you did not receive a Ballot, you shall not

have a Ballot counted at all. The Court will schedule a hearing on such motion to be heard at or prior to the Confirmation Hearing.

8.    If multiple Ballots are received from the same person with respect to the same Claims prior to the Voting Deadline, the last Ballot timely received will supersede and revoke any earlier received Ballot. However, if a holder of Claims casts Ballots received by the Voting Agent on the same day, but which are voted inconsistently, such Ballots will not be counted.

9.    Any Ballot that is illegible or that contains insufficient information to permit the identification of the claimant will not be counted.

10.   Properly executed Ballots that attempt to partially accept and partially reject the Plan will not be counted.

11.   After the Voting Deadline, no Ballot may be withdrawn or modified without the prior consent of the Debtors.

12.   This Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a Claim.

13.   If you hold Claims in more than one class under the Plan, you may receive more than one Ballot for each different class. Each Ballot votes only your Claims indicated on that Ballot. Please complete and return each Ballot you receive.

14.   PLEASE MAIL YOUR BALLOT PROMPTLY. FACSIMILE OR OTHER ELECTRONIC (INCLUDING E-MAIL) TRANSMISSION OF THIS BALLOT WILL NOT BE ACCEPTED.

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR THE PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT (866) 967-1789.

**FOR MAILING PURPOSES, THE ADDRESS OF THE VOTING AGENT IS:**

ACCREDITED HOME LENDERS BALLOT PROCESSING
KURTZMAN CARSON CONSULTANTS LLC
2335 ALASKA AVENUE
EL SEGUNDO, CA 90245

**EXHIBIT 3**
**(Class 6 H - Ballot)**

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ACCREDITED HOME LENDERS | § | Case No. 09-11516 (MFW) |
| HOLDING CO., et al. | § | |
| | § | |
| Debtors.[1] | § | JOINTLY ADMINISTERED |

**BALLOT FOR HOLDER OF ACCREDITED MORTGAGE LOAN REIT TRUST CLAIMS AGAINST CONSOLIDATED HOLDCO**

This ballot (the "Ballot") is being sent to Accredited Mortgage Loan REIT Trust, Holder of Unsecured Claims against Accredited Home Lenders Holding Co. (the "Class 6 H Claims"). If you hold Claims in other classes in which you are entitled to vote, you will receive a Ballot for each such other class.

On March ▓▓▓, 2011, the United States Bankruptcy Court for the District of Delaware (the "Court") signed an order (the "Solicitation Order") which approved the *Third Amended Disclosure Statement with Respect to the Debtors' Second Amended Chapter 11 Plan of Liquidation*, dated February 24, 2011 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Disclosure Statement") regarding the *Debtors' Second Amended Chapter 11 Plan of Liquidation* (as the same may be further amended or modified, the "Plan"), and which established certain procedures for the solicitation and tabulation of votes to accept or reject the Plan. Please use this Ballot to cast your vote to accept or reject the Plan which is proposed by the above-captioned debtors and debtors-in-possession (the "Debtors"). The Plan is Exhibit A to the Disclosure Statement that accompanies this Ballot. Any party may request, at the Debtors' expense, hard copies of the Disclosure Statement, together with the Plan and other exhibits annexed thereto, from the Voting Agent. If you do not have a copy of the Plan or the Disclosure Statement, you may obtain a copy upon written request to Accredited Home Lenders c/o Kurtzman Carson Consultants, 2335 Alaska Avenue, El Segundo, CA 90245, by going to the website at www.kccllc.net/accredited, or by calling (866) 967-1789. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 100, San Diego, CA 92131. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Class 6 H Claims and if the Plan otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements under section 1129(b) of the Bankruptcy Code.

**THIS BALLOT IS TO BE USED BY HOLDERS OF CLASS 6 H CLAIMS. PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE TO THE AGENT SUPERVISING THE SOLICITATION, TABULATION, AND BALLOTING PROCESS (THE "VOTING AGENT"). THE VOTING DEADLINE IS 4:00 P.M. PREVAILING PACIFIC TIME ON ▮▮▮▮, 2011.**

ITEM 1.    CLASS 6 H CLAIMS AMOUNT. The undersigned certifies that as of ▮▮▮▮, 2011 (the "Record Date"), it held Class 6 H Claims in the below amount:

$_____

ITEM 2.    CLASS 6 H CLAIMS VOTE. The holder of the Class 6 H Claims that relate to this Ballot votes:

☐ to ACCEPT the Plan          ☐ to REJECT the Plan

ITEM 3.    CERTIFICATION. By signing this Ballot, the holder of the Class 6 H Claims certifies that it:

(a) is the holder of the Claim or Claims to which this Ballot pertains;

(b) has been provided with a copy of the Plan, Disclosure Statement and Solicitation Order and that it acknowledges that the vote set forth on this Ballot is subject to all the terms and conditions set forth in the Plan, Disclosure Statement and Solicitation Order;

(c) has full power and authority to vote to accept or reject the Plan; and

(d) has not submitted any other Ballots relating to the Claim or Claims to which this Ballot pertains that are inconsistent with the votes as set forth in this Ballot or that, as limited by the terms of the Solicitation Order and the instructions attached hereto, if such other Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein.

Name: _____
         (Print or Type)

Social Security Or Federal Tax I.D. No.:_____
         (Optional)

Signature:_____

By:_____
    (If Appropriate)

Title:_____
    (If Appropriate)

Street Address:_____

City, State, Zip Code:_____

Telephone Number: _____

Date Completed:_____

No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan. This Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Plan. Holders should not surrender, at this time, certificates representing their securities. The Voting Agent will not accept delivery of any such certificates surrendered together with a Ballot. Moreover, this Ballot shall not constitute or be deemed to be a proof of claim or equity interest or an assertion of a claim or equity interest.

---

**YOUR VOTE MUST BE ACTUALLY RECEIVED BY THE VOTING AGENT, BY 4:00 P.M. PACIFIC TIME ON ▓▓▓▓▓, 2011, OR YOUR VOTE WILL NOT BE COUNTED. FACSIMILE OR OTHER MEANS OF ELECTRONIC TRANSMISSION OF THIS BALLOT WILL NOT BE ACCEPTED.**

---

**IF YOU HAVE QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT (866) 967-1789.**

## VOTING INSTRUCTIONS

1. All capitalized terms used in the ballot (the "Ballot") or these instructions but not otherwise defined therein shall have the meanings ascribed to them in the Plan or Solicitation Order, as applicable.

2. Please read and follow these instructions carefully. You must transmit this Ballot to the Voting Agent by no later than 4:00 p.m. prevailing Pacific Time on ▓▓▓▓, 2011, unless such time is extended (the "Voting Deadline"), or your Ballot will not be counted.

3. In order for your vote to count, you must:

   a. Complete Item 1;

   b. Cast ONE vote to accept or reject the Plan by checking the proper box in Item 2;

   c. Review the certifications in Item 3;

   d. Sign the Ballot – Your original signature is required on the Ballot in order for your vote to count;

   e. If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing, and provide proof of your authorization to so sign. In addition, please provide your name and mailing address if different from that set forth on the attached mailing label or if no such mailing label is attached to the Ballot; and

4. Return the completed Ballot to the Voting Agent in the preaddressed stamped envelope enclosed with this Ballot.

5. Return the Substitute W-9 Form included in the Solicitation Package. **Federal law requires withholding for potential income tax from distributions to creditors. Creditors are receiving a Substitute W-9 Form in this Solicitation Package. Creditors must provide a W-9 form before receiving any distributions.**

6. If you believe you received the wrong form of Ballot, or if you need additional Ballots, please immediately contact the Voting Agent.

7. If you wish to have your Claim allowed for purposes of voting on the Plan in a manner that is inconsistent with the Ballot you received or if you did not receive a Ballot and wish to have your Claim temporarily allowed for voting purposes only, you must serve on the Debtors and file with the Bankruptcy Court, on or before ▓▓▓▓, 2011, a motion for an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing such Claim for purposes of voting (the "3018 Motion"). A 3018 Motion must set forth with particularly the amount and classification of which you believe your Claim should be allowed for voting purposes, and the evidence in support of your belief. In respect of any timely-filed 3018 Motion, the Ballot in question shall be counted (a) in the amount established by the Bankruptcy Court in an order entered on or before the Confirmation Hearing or (b) if such an order has not been entered by the Confirmation Hearing and unless the Debtors and you have come to an agreement as to the relief requested in the 3018 Motion, in an amount equal to the preprinted amount on the Ballot or in the event you did not receive a Ballot, you shall not

have a Ballot counted at all. The Court will schedule a hearing on such motion to be heard at or prior to the Confirmation Hearing.

8.  If multiple Ballots are received from the same person with respect to the same Claims prior to the Voting Deadline, the last Ballot timely received will supersede and revoke any earlier received Ballot. However, if a holder of Claims casts Ballots received by the Voting Agent on the same day, but which are voted inconsistently, such Ballots will not be counted.

9.  Any Ballot that is illegible or that contains insufficient information to permit the identification of the claimant will not be counted.

10. Properly executed Ballots that attempt to partially accept and partially reject the Plan will not be counted.

11. After the Voting Deadline, no Ballot may be withdrawn or modified without the prior consent of the Debtors.

12. This Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a Claim.

13. If you hold Claims in more than one class under the Plan, you may receive more than one Ballot for each different class. Each Ballot votes only your Claims indicated on that Ballot. Please complete and return each Ballot you receive.

14. PLEASE MAIL YOUR BALLOT PROMPTLY. FACSIMILE OR OTHER ELECTRONIC (INCLUDING E-MAIL) TRANSMISSION OF THIS BALLOT WILL NOT BE ACCEPTED.

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR THE PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT (866) 967-1789.

**FOR MAILING PURPOSES, THE ADDRESS OF THE VOTING AGENT IS:**

ACCREDITED HOME LENDERS BALLOT PROCESSING
KURTZMAN CARSON CONSULTANTS LLC
2335 ALASKA AVENUE
EL SEGUNDO, CA 90245

**EXHIBIT 3**
**(Class 7 H - Ballot)**

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ACCREDITED HOME LENDERS | § | Case No. 09-11516 (MFW) |
| HOLDING CO., et al. | § | |
| | § | |
| Debtors.[1] | § | JOINTLY ADMINISTERED |

**BALLOT FOR HOLDERS OF CLASS 7 H CONVENIENCE CLAIMS AGAINST CONSOLIDATED HOLDCO**

This ballot (the "Ballot") is being sent to Holders of Convenience Claims against Accredited Home Lenders Holding Co. and Vendor Management Services (the "Class 7 H Claims"). If you hold Claims in other classes in which you are entitled to vote, you will receive a Ballot for each such other class.

On March ▓▓▓, 2011, the United States Bankruptcy Court for the District of Delaware (the "Court") signed an order (the "Solicitation Order") which approved the *Third Amended Disclosure Statement with Respect to the Debtors' Second Amended Chapter 11 Plan of Liquidation*, dated February 24, 2011 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Disclosure Statement") regarding the *Debtors' Second Amended Chapter 11 Plan of Liquidation* (as the same may be further amended or modified, the "Plan"), and which established certain procedures for the solicitation and tabulation of votes to accept or reject the Plan. Please use this Ballot to cast your vote to accept or reject the Plan which is proposed by the above-captioned debtors and debtors-in-possession (the "Debtors"). The Plan is Exhibit A to the Disclosure Statement that accompanies this Ballot. Any party may request, at the Debtors' expense, hard copies of the Disclosure Statement, together with the Plan and other exhibits annexed thereto, from the Voting Agent. If you do not have a copy of the Plan or the Disclosure Statement, you may obtain a copy upon written request to Accredited Home Lenders c/o Kurtzman Carson Consultants, 2335 Alaska Avenue, El Segundo, CA 90245, by going to the website at www.kccllc.net/accredited, or by calling (866) 967-1789. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 100, San Diego, CA 92131. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Class 7 H Claims and if the Plan otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements under section 1129(b) of the Bankruptcy Code.

**THIS BALLOT IS TO BE USED BY HOLDERS OF CLASS 7 H CLAIMS. PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE TO THE AGENT SUPERVISING THE SOLICITATION, TABULATION, AND BALLOTING PROCESS (THE "VOTING AGENT"). THE VOTING DEADLINE IS 4:00 P.M. PREVAILING PACIFIC TIME ON ▓▓▓▓, 2011.**

**ITEM 1.**     **CLASS 7 H CLAIMS AMOUNT. The undersigned certifies that as of** ▓▓▓, **2011 (the "Record Date"), it held Class 6 H Claims in the below amount:**

$ _____

**ITEM 2.**     **CLASS 7 H CLAIMS VOTE. The holder of the Class 7 H Claims that relate to this Ballot votes:**

☐   to ACCEPT the Plan, the Creditor Release of the Lone Star Releasees, and Class 7 H Convenience Class Treatment, which provides Holders of Class 7 H Claims with a one-time payment in Cash on the Effective Date of the Plan in the amount of 65% of such Claims in full satisfaction of such Claims.

☐   to REJECT the Plan and have such Claims treated as Class 4 H Claims.

**ITEM 3.**     **CLASS 3 H ELECTION AND CREDITOR RELEASE ACCEPTANCE.** You may check this box if you wish to share in <u>both</u> the distributions that would be made to the Lone Star Entities from Consolidated Holdco <u>and</u> the distributions to be made upon Class 4 H Claims from Consolidated Holdco. **IF YOU OPT FOR CLASS 3 H, YOU WILL BE AUTOMATICALLY DEEMED TO HAVE VOTED TO ACCEPT THE PLAN AND ACCEPT THE CREDITOR RELEASE OF THE LONE STAR RELEASEES. BY OPTING FOR CLASS 3 H, YOU ARE DECLINING CONVENIENCE CLASS TREATMENT.**

☐   The undersigned elects to have the Class 7 H General Unsecured Claims against Consolidated Holdco to which this Ballot pertains treated as Class 3 H Claims in exchange for receiving additional distributions that would have been made to the Lone Star Entities. The undersigned also votes to accept the Plan and the Creditor Release of the Lone Star Releasees.

**ITEM 4.**     **CLASS 4 H ELECTION.**  You may check this box if you elect to have your Class 7 H General Unsecured Claims against treated as Class 4 H Claims.   **BY OPTING FOR CLASS 4 H, YOU ARE DECLINING CONVENIENCE CLASS TREATMENT, DECLINING THE CREDITOR RELEASE OF THE LONE STAR RELEASEES, AND DECLINING TO SHARE IN THE DISTRIBUTIONS THAT CLASS 3 H CLAIMS RECEIVE THAT WOULD BE MADE TO THE LONE STAR ENTITIES FROM CONSOLIDATED HOLDCO.**

☐   The undersigned elects to have the Class 7 H General Unsecured Claims against Consolidated Holdco to which this Ballot pertains treated as Class 4 H Claims.  The undersigned also votes to accept the Plan.

**ITEM 5.**     **CERTIFICATION.  By signing this Ballot, the holder of the Class 7 H Claims certifies that it:**

(a)  is the holder of the Claim or Claims to which this Ballot pertains;

(b)  has been provided with a copy of the Plan, Disclosure Statement and Solicitation Order and that it acknowledges that the vote set forth on this Ballot, including the election to grant the Creditor Release of the Lone Star Releasees or not grant such release, is voluntary and is subject to all the terms and conditions set forth in the Plan, Disclosure Statement and Solicitation Order;

(c)  has full power and authority to vote to accept or reject the Plan; and

(d)  has not submitted any other Ballots relating to the Claim or Claims to which this Ballot pertains that are inconsistent with the votes as set forth in this Ballot or that, as limited by the terms of the Solicitation Order and the instructions attached hereto, if such other Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein.

Name: _____
       (Print or Type)

Social Security Or Federal Tax I.D. No.:_____
       (Optional)

Signature:_____

By:_____
       (If Appropriate)

Title:_____
       (If Appropriate)

Street Address:_____

City, State, Zip Code:_____

Telephone Number: _____

Date Completed:_____

No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan. This Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Plan. Holders should not surrender, at this time, certificates representing their securities. The Voting Agent will not accept delivery of any such certificates surrendered together with a Ballot. Moreover, this Ballot shall not constitute or be deemed to be a proof of claim or equity interest or an assertion of a claim or equity interest.

---

**YOUR VOTE MUST BE ACTUALLY RECEIVED BY THE VOTING AGENT, BY 4:00 P.M. PACIFIC TIME ON ▇▇▇▇▇, 2011, OR YOUR VOTE WILL NOT BE COUNTED. FACSIMILE OR OTHER MEANS OF ELECTRONIC TRANSMISSION OF THIS BALLOT WILL NOT BE ACCEPTED.**

---

**IF YOU HAVE QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT (866) 967-1789.**

# VOTING INSTRUCTIONS

1.  All capitalized terms used in the ballot (the "Ballot") or these instructions but not otherwise defined therein shall have the meanings ascribed to them in the Plan or Solicitation Order, as applicable.

2.  Please read and follow these instructions carefully. You must transmit this Ballot to the Voting Agent by no later than 4:00 p.m. prevailing Pacific Time on ████, 2011, unless such time is extended (the "Voting Deadline"), or your Ballot will not be counted.

3.  In order for your vote to count, you must:

    a.  Complete Item 1;

    b.  Cast ONE vote to accept or reject the Plan by checking the proper box in Item 2;

    c.  If you elect to have your Class 7 H Convenience Claim or Claims against Consolidated Holdco treated as a Class 3 H Claims in Item 3, you will receive both a Pro Rata Share of distributions from Consolidated Holdco that Class 4 H receives and a Pro Rata Share of the distributions that the Lone Star Entities would receive from Consolidated Holdco. By checking the box in Item 3, you will be receiving a greater distribution under the terms of the Plan than those creditors electing to be treated as Class 4 H Creditors because you will be entitled to your pro rata share of the distribution to which the Lone Star Entities would otherwise be entitled. By checking the box in Item 3, you affirmatively accept and agree to the Creditor Release of the Lone Star Releasees and accept the Plan, regardless of the box you checked in Item 2.

    d.  If you elect to have your Class 7 H General Unsecured Claim or Claims against Consolidated Holdco treated as a Class 4 H Claim in Item 4, you are declining Convenience Class Treatment, declining to receive distributions from Consolidated Holdco that would be made to the Lone Star Entities, and declining to accept the Creditor Release of the Lone Star Releasees. By checking the box in Item 4, you accept the Plan, regardless of the boxes you checked in Items 2 and 3.

    e.  Review the certifications in Item 5;

    f.  Sign the Ballot – Your original signature is required on the Ballot in order for your vote to count;

    g.  If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing, and provide proof of your authorization to so sign. In addition, please provide your name and mailing address if different from that set forth on the attached mailing label or if no such mailing label is attached to the Ballot; and

4.  Return the completed Ballot to the Voting Agent in the preaddressed stamped envelope enclosed with this Ballot.

5.  Return the Substitute W-9 Form included in the Solicitation Package. **Federal law requires withholding for potential income tax from distributions to creditors. Creditors are**

receiving a **Substitute W-9 Form** in this Solicitation Package. **Creditors must provide a W-9 form before receiving any distributions.**

6.  If you believe you received the wrong form of Ballot, or if you need additional Ballots, please immediately contact the Voting Agent.

7.  If you wish to have your Claim allowed for purposes of voting on the Plan in a manner that is inconsistent with the Ballot you received or if you did not receive a Ballot and wish to have your Claim temporarily allowed for voting purposes only, you must serve on the Debtors and file with the Bankruptcy Court, on or before ████, 2011, a motion for an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing such Claim for purposes of voting (the "3018 Motion"). A 3018 Motion must set forth with particularly the amount and classification of which you believe your Claim should be allowed for voting purposes, and the evidence in support of your belief. In respect of any timely-filed 3018 Motion, the Ballot in question shall be counted (a) in the amount established by the Bankruptcy Court in an order entered on or before the Confirmation Hearing or (b) if such an order has not been entered by the Confirmation Hearing and unless the Debtors and you have come to an agreement as to the relief requested in the 3018 Motion, in an amount equal to the preprinted amount on the Ballot or in the event you did not receive a Ballot, you shall not have a Ballot counted at all. The Court will schedule a hearing on such motion to be heard at or prior to the Confirmation Hearing.

8.  If multiple Ballots are received from the same person with respect to the same Claims prior to the Voting Deadline, the last Ballot timely received will supersede and revoke any earlier received Ballot. However, if a holder of Claims casts Ballots received by the Voting Agent on the same day, but which are voted inconsistently, such Ballots will not be counted.

9.  Any Ballot that is illegible or that contains insufficient information to permit the identification of the claimant will not be counted.

10. Properly executed Ballots that attempt to partially accept and partially reject the Plan will not be counted.

11. After the Voting Deadline, no Ballot may be withdrawn or modified without the prior consent of the Debtors.

12. This Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a Claim.

13. If you hold Claims in more than one class under the Plan, you may receive more than one Ballot for each different class. Each Ballot votes only your Claims indicated on that Ballot. Please complete and return each Ballot you receive.

14. PLEASE MAIL YOUR BALLOT PROMPTLY. FACSIMILE OR OTHER ELECTRONIC (INCLUDING E-MAIL) TRANSMISSION OF THIS BALLOT WILL NOT BE ACCEPTED.

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR THE PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT (866) 967-1789.

**FOR MAILING PURPOSES, THE ADDRESS OF THE VOTING AGENT IS:**

ACCREDITED HOME LENDERS BALLOT PROCESSING
KURTZMAN CARSON CONSULTANTS LLC
2335 ALASKA AVENUE
EL SEGUNDO, CA 90245

**EXHIBIT 3**
(Class 8 H - Beneficial Ballot)

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ACCREDITED HOME LENDERS | § | Case No. 09-11516 (MFW) |
| HOLDING CO., et al. | § | |
| | § | |
| Debtors.[1] | § | JOINTLY ADMINISTERED |

**BALLOT FOR BENEFICIAL HOLDERS OF CLASS 8 H CLAIMS RELATING TO ACCREDITED PREFERRED SECURITIES TRUST I AGAINST CONSOLIDATED HOLDCO**

This ballot is to be used by beneficial Holders of Class 8 H Claims relating to the Accredited Preferred Securities Trust I against Consolidated Holdco. Please complete, sign and date the ballot and return it in the enclosed Envelope to your broker, bank, commercial bank, trust company, dealer, or other agent or nominee (the "Voting Nominee"). Do not mail ballots directly to the Debtors, the Voting Agent, or the Indenture Trustee. You must mail this ballot to the Voting Nominee so that it is received by 4:00 p.m. prevailing Pacific time on ▆▆▆▆, 2011.

On March ___, 2011, the United States Bankruptcy Court for the District of Delaware (the "Court") signed an order (the "Solicitation Order") which approved the *Third Amended Disclosure Statement with Respect to the Debtors' Second Amended Chapter 11 Plan of Liquidation*, dated February 24, 2011 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Disclosure Statement") regarding the *Debtors' Second Amended Chapter 11 Plan of Liquidation* (as the same may be further amended or modified, the "Plan"), and which established certain procedures for the solicitation and tabulation of votes to accept or reject the Plan. Please use this Ballot to cast your vote to accept or reject the Plan which is proposed by the above-captioned debtors and debtors-in-possession (the "Debtors"). The Plan is Exhibit A to the Disclosure Statement that accompanies this Ballot. Any party may request, at the Debtors' expense, hard copies of the Disclosure Statement, together with the Plan and other exhibits annexed thereto, from the Voting Agent. If you do not have a copy of the Plan or the Disclosure Statement, you may obtain a copy upon written request to Accredited Home Lenders c/o Kurtzman Carson Consultants, 2335 Alaska Avenue, El Segundo, CA 90245, by going to the website at

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 100, San Diego, CA 92131. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

www.kccllc.net/accredited, or by calling (866) 967-1789. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Class 8 H Claims and if the Plan otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements under section 1129(b) of the Bankruptcy Code.

**THIS BALLOT IS TO BE USED BY BENEFICIAL HOLDERS OF CLASS 8 H CLAIMS. PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE TO THE VOTING NOMINEE SO THAT IT IS RECEIVED BY 4:00 P.M. PREVAILING PACIFIC TIME ON ▓▓▓▓, 2011.**

**ITEM 1.**      **CLASS 8 H CLAIMS AMOUNT. The undersigned certifies that as of October 21, 2011 (the "Record Date"), it was the beneficial holder of Class 8 H Claims by virtue of securities held by the Voting Nominee in aggregate unpaid principal amount of:**

         $_____

**ITEM 2.**      **CLASS 8 H CLAIMS VOTE. The holder of the Class 8 H Claims that relate to this Ballot votes:**

     ☐ to ACCEPT the Plan          ☐ to REJECT the Plan

**ITEM 3**      **CERTIFICATION AS TO SECURITIES HELD IN ADDITIONAL ACCOUNTS.**

By signing this Ballot, the undersigned certifies that either (a) this ballot is the only ballot submitted by the undersigned for Class 8 H Claims or (b) in addition to this ballot, one or more ballots ("Additional Ballots") for Class 8 H Claims have been submitted to other Voting Nominees as follows (please use additional sheets of paper if necessary).

**COMPLETE THIS SECTION ONLY IF YOU HAVE VOTED OTHER CLASS 7 H BALLOTS**

| Account Number of Securities | Name of Registered Holder or Voting Nominee of Securities | Claims Voted to Accept or Reject the Plan | Principal Amount of Class 7 H Claims Voted in Additional Ballot(s) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**ITEM 4**   **CERTIFICATION. By signing this Ballot, the undersigned:**

(a) certifies that it is the beneficial owner of the Class 8 H Claims to which this Ballot pertains or is an authorized signatory and has full power and authority to vote to accept or reject the Plan;

(b) certifies it is has been provided with a copy of the Plan, the Disclosure Statement, and the Solicitation Order;

(c) certifies that it has not submitted any other Ballots relating to the Class 8 H Claims that are inconsistent with the votes as set forth in this Ballot or that, as limited by the terms of the Solicitation Order and the instructions attached hereto, if such other Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein;

(d) consents to the submission of a Master Ballot by the Voting Nominee to the Debtors' Voting Agent.

(e) acknowledges that this solicitation of this vote to accept or reject the Plan is subject to all the terms and conditions set forth in the Solicitation Order.

Name: _____
       (Print or Type)

Social Security Or Federal Tax I.D. No.:_____
       (Optional)

Signature:_____

By:_____
       (If Appropriate)

Title:_____
       (If Appropriate)

Street Address:_____

City, State, Zip Code:_____

Telephone Number: _____

Date Completed:_____

No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan. This Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Plan. Holders should not surrender, at this time, certificates representing their securities. The Voting Agent will not accept delivery of any such certificates surrendered together with a Ballot. Moreover, this Ballot shall not constitute or be deemed to be a proof of claim or equity interest or an assertion of a claim or equity interest.

YOUR VOTE MUST BE ACTUALLY RECEIVED BY THE VOTING NOMINEE, BY 4:00 P.M. PACIFIC TIME ON ████████, 2011, OR YOUR VOTE WILL NOT BE COUNTED. FACSIMILE OR OTHER MEANS OF ELECTRONIC TRANSMISSION OF THIS BALLOT WILL NOT BE ACCEPTED.

IF YOU HAVE QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT (866) 967-1789.

## VOTING INSTRUCTIONS

1. All capitalized terms used in the ballot (the "Ballot") or these instructions but not otherwise defined therein shall have the meanings ascribed to them in the Plan or Solicitation Order, as applicable.

2. Please read and follow these instructions carefully. You must transmit this Ballot to the Voting Nominee by no later than 4:00 p.m. prevailing Pacific Time on ████████, 2011, unless such time is extended, or your Ballot will not be counted.

3. In order for your vote to count, you must:

   a. Complete Item 1;

   b. Cast ONE vote to accept or reject the Plan by checking the proper box in Item 2;

   c. Only complete Item 3 if you are the beneficial owner of Trust Preferred Securities in other accounts or other record names and only if you have voted Ballots other than this Ballot;

IMPORTANT: YOU MAY NOT SPLIT YOUR VOTE ON THE PLAN. EACH BENEFICIAL OWNER MUST VOTE ALL OF HIS, HER OR ITS NOTES EITHER TO ACCEPT OR REJECT THE PLAN. IF ANY BENEFICIAL OWNER HAS ATTEMPTED TO SPLIT SUCH VOTE, PLEASE CONTACT THE BENEFICIAL OWNER TO CORRECT ITS BALLOT OR THE VOTING AGENT IMMEDIATELY.

   d. Complete Item 4 and sign this Ballot; and

4. If additional space is required to respond to any item on the Ballot, please use additional sheets of paper clearly marked to indicate the applicable Item of the Ballot to which you are responding.

5. Votes cast by Beneficial Owners through a Voting Nominee will be applied against the positions held by such entities in the applicable security as of the Record Date, as evidenced by the record and depository listings. Votes submitted by a Voting Nominee, pursuant to a Master Ballot, will not be counted in excess of the Record Amount of such securities held by such Voting Nominee.

6. To the extent that conflicting votes or "overvotes" are submitted by a Voting Nominee, the Voting Agent, in good faith, will attempt to reconcile discrepancies with the Voting Nominees.

7. To the extent that overvotes on a Master Ballot are not reconcilable prior to the preparation of the vote certification, the Voting Agent will apply the votes to accept and to reject the Plan in the

same proportion as the votes to accept and reject the Plan submitted on the Master Ballot that contained the overvote, but only to the extent of the Voting Nominee's position in the applicable security.

8.   Return the completed Ballot to the Voting Nominee in the preaddressed stamped envelope enclosed with this Ballot.

9.   If you believe you received the wrong form of Ballot, or if you need additional Ballots, please immediately contact the Voting Nominee.

10.  If you wish to have your Claim allowed for purposes of voting on the Plan in a manner that is inconsistent with the Ballot you received or if you did not receive a Ballot and wish to have your Claim temporarily allowed for voting purposes only, you must serve on the Debtors and file with the Bankruptcy Court, on or before ████, 2011, a motion for an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing such Claim for purposes of voting (the "3018 Motion"). A 3018 Motion must set forth with particularly the amount and classification of which you believe your Claim should be allowed for voting purposes, and the evidence in support of your belief. In respect of any timely-filed 3018 Motion, the Ballot in question shall be counted (a) in the amount established by the Bankruptcy Court in an order entered on or before the Confirmation Hearing or (b) if such an order has not been entered by the Confirmation Hearing and unless the Debtors and you have come to an agreement as to the relief requested in the 3018 Motion, in an amount equal to the preprinted amount on the Ballot or in the event you did not receive a Ballot, you shall not have a Ballot counted at all. The Court will schedule a hearing on such motion to be heard at or prior to the Confirmation Hearing.

11.  If multiple Ballots are received from the same person with respect to the same Claims prior to the Voting Deadline, the last Ballot timely received will supersede and revoke any earlier received Ballot. However, if a holder of Claims casts Ballots received by the Voting Nominee on the same day, but which are voted inconsistently, such Ballots will not be counted.

12.  Any Ballot that is illegible or that contains insufficient information to permit the identification of the claimant will not be counted.

13.  Properly executed Ballots that attempt to partially accept and partially reject the Plan will not be counted.

14.  After the Voting Deadline, no Ballot may be withdrawn or modified without the prior consent of the Debtors.

15.  This Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a Claim.

16.  If you hold Claims in more than one class under the Plan, you may receive more than one Ballot for each different class. Each Ballot votes only your Claims indicated on that Ballot. Please complete and return each Ballot you receive.

17.  PLEASE MAIL YOUR BALLOT PROMPTLY. FACSIMILE OR OTHER ELECTRONIC (INCLUDING E-MAIL) TRANSMISSION OF THIS BALLOT WILL NOT BE ACCEPTED.

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR THE PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT (866) 967-1789.

**EXHIBIT 3**
**(Class 8 H - Master Ballot)**

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ACCREDITED HOME LENDERS HOLDING CO., et al. | § | Case No. 09-11516 (MFW) |
| | § | |
| | § | |
| Debtors.[1] | § | JOINTLY ADMINISTERED |

**MASTER BALLOT FOR HOLDERS OF CLASS 8 H CLAIMS RELATING TO ACCREDITED PREFERRED SECURITIES TRUST I AGAINST CONSOLIDATED HOLDCO**

This master ballot ("Ballot") is to be used by you, as a broker, bank, commercial bank, trust company, dealer, or other agent or nominee (each of the foregoing, a "Voting Nominee"), for beneficial owners of the Class 8 H Claims relating to Accredited Preferred Securities Trust I against Consolidated Holdco (the "Class 8 H Claims"). This Ballot is being sent to Voting Nominees to use to cast votes to accept or reject the Plan on behalf of and in accordance with the Ballots timely cast by the beneficial owners of Class 8 H Claims. If you hold Claims in other classes in which you are entitled to vote, you will receive a Ballot for each such other class.

On March ____, 2011, the United States Bankruptcy Court for the District of Delaware (the "Court") signed an order (the "Solicitation Order") which approved the *Third Amended Disclosure Statement with Respect to the Debtors' Second Amended Chapter 11 Plan of Liquidation*, dated February 24, 2011 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Disclosure Statement") regarding the *Debtors' Second Amended Chapter 11 Plan of Liquidation* (as the same may be further amended or modified, the "Plan"), and which established certain procedures for the solicitation and tabulation of votes to accept or reject the Plan. Please use this Ballot to cast your vote to accept or reject the Plan which is proposed by the above-captioned debtors and debtors-in-possession (the "Debtors"). The Plan is Exhibit A to the Disclosure Statement that accompanies this Ballot. Any party may request, at the Debtors' expense, hard copies of the Disclosure Statement, together with the Plan and other exhibits annexed thereto, from the Voting Agent. If you do not have a copy of the Plan or the Disclosure Statement, you may obtain a copy upon written request to Accredited Home Lenders c/o

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 100, San Diego, CA 92131. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

Kurtzman Carson Consultants, 2335 Alaska Avenue, El Segundo, CA 90245, by going to the website at www.kccllc.net/accredited, or by calling (866) 967-1789. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Class 8 H Claims and if the Plan otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements under section 1129(b) of the Bankruptcy Code.

**THIS BALLOT IS TO BE USED BY HOLDERS OF CLASS 8 H CLAIMS. PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE TO THE AGENT SUPERVISING THE SOLICITATION, TABULATION, AND BALLOTING PROCESS (THE "VOTING AGENT"). THE VOTING DEADLINE IS 4:00 P.M. PREVAILING PACIFIC TIME ON ▓▓▓▓, 2011.**

**ITEM 1.** **CERTIFICATION OF AUTHORITY TO VOTE. The Undersigned certifies that as of ▓▓▓▓, 2011 (the "Record Date"), the Undersigned (please check applicable box):**

☐ Is a broker, bank, or other agent or nominee for the beneficial owners of the aggregate principal amount of Notes listed in Items 2 and 3 below that is the registered holder of such securities; or

☐ Is acting under a power of attorney and/or agency (a copy of which will be provided upon request) granted by a broker, bank, or other agent or nominee that is the registered holder of the aggregate principal amount of Notes listed in Items 2 and 3 below; or

☐ Has been granted a proxy (an original of which is attached hereto) from a broker, bank, or other nominee, or a beneficial owner, that is the registered holder of the aggregate principal amount of Notes listed in Items 2 and 3 and accordingly, has full power and authority to vote to accept or reject the Plan on behalf of the beneficial owners of the Notes described below.

**ITEM 2. TABULATION OF BENEFICIAL OWNER VOTING. The undersigned certifies that:**

**Acceptances.** _____ beneficial owners of Class 8 H Claims in the aggregate unpaid principal amount of $ _____ have delivered duly completed Class 8 H Claims relating to Accredited Preferred Securities Trust I against Consolidated Holdco - Beneficial Ballots to the undersigned (or, such information was derived from Beneficial Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to **ACCEPT** the Plan; and

**Rejections.** _____ beneficial owners of Class 8 H Claims in the aggregate unpaid principal amount of $ _____ have delivered duly completed Class 8 H Claims relating to Accredited Preferred Securities Trust I against Consolidated Holdco - Beneficial Ballots to the undersigned (or, such information was derived from Beneficial Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to **REJECT** the Plan.

**ITEM 3. TRANSMITTAL OF VOTES FROM INDIVIDUAL BENEFICIAL OWNER BALLOTS.**
The undersigned transmits the following votes of beneficial owners of the Class 8 H Claims and certifies

that the following are beneficial owners, as of the Record Date, and have delivered to the undersigned, as Voting Nominee, Ballots casting such votes (indicate in each column the aggregate principal amount voted for each account - please note that each beneficial owner must vote all of his, her, or its Claims to accept or reject the Plan and may not split such vote):

| Your Customer Name or Account Number for Each Beneficial Owner and name of each beneficial owner voting on the Plan | Principal Amount of beneficial owners of the Class 8 H Claims Voting to ACCEPT the Plan[2] | Principal Amount of beneficial owners of the Class 8 H Claims Voting to REJECT the Plan |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. | $ | $ |
| 8. | $ | $ |
| TOTALS | $ | $ |

[If space is insufficient, attach additional sheets in same format.]

## ITEM 4 - ADDITIONAL BALLOTS SUBMITTED BY BENEFICIAL OWNERS

The undersigned certifies that the following information is a true and accurate schedule on which the undersigned has transcribed the information, if any, provided in Item 4 of each Ballot received from a beneficial owner of the Notes. Please use additional sheets of paper if necessary.

| Your Customer Name or Account Number for Each Beneficial Owner who completed Item 4 of the Class 7 H Claims Beneficial Owners | Account Number of Securities | Name of Registered Holder or Voting Nominee of Securities | Claims Voted to Accept or Reject the Plan | Principal Amount of Class 7 H Claims Voted in Additional Ballot(s) |
|---|---|---|---|---|

---

[2] Please note that each beneficial owner must vote all of his, her, or its Claims to accept or reject the Plan and may not split such vote.