IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ACCREDITED HOME LENDERS | ) | Case No. 09-11516 (MFW) |
| HOLDING CO., et al.[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | **Related Docket No.: 2502** |

## **AMENDED** NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 30, 2011 AT 2:00 P.M. PLEASE NOTE THAT THE HEARING WILL BE HELD BEFORE THE HONORABLE MARY F. WALRATH AT THE FOLLOWING LOCATION: 824 N. MARKET STREET, 5th FLOOR, COURTROOM NO. 4, WILM., DE

## DISCLOSURE STATEMENT AND RELATED MOTION:

1. Debtors Motion for Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Establishing Deadline and Procedures for Filing Objection; (IV) Approving Publication Notice Regarding the Plan and Other Deadlines; and (V) Granting Related Relief (Docket No. 2445, 03/02/11)

    Response Deadline: March 21, 2011 at 4:00 p.m.

    Responses Received:

    A.  Objection to October 20, 2010 Hearing and Improper Notice (Docket No. 1987, 09/29/10)

    B.  Objection of Pamela J. Peerce-Landers and Bruce K. Landers to Debtors' Chapter 11 Plan of Liquidation (Docket No. 2018, 10/14/10)

    C.  Response to Disclosure Statement with Respect to the Debtors' Chapter 11 Plan of Liquidation [Filed by David Osborn and Bart A. Brown, Jr.] (Docket No. 2081, 10/27/10)

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 120, San Diego, CA 92131. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

D.  Objection by Pamela J. Peerce-Landers and Bruce K. Landers to Second Amended Disclosure Statement with Respect to the Debtor's First Amended Chapter 11 Plan of Liquidation (Docket No. 2185, 11/15/10)

E.  Objection of Pamela J. Peerce-Landers and Bruce K. Landers to Third Amended Disclosure Statement with Respect to the Debtors' Second Amended Chapter 11 Plan of Liquidation and to Debtors' Second Amended Chapter 11 Plan of Liquidation (Docket No. 2474, 03/18/11)

F.  Objection of Joshua A. Weiss to Third Amended Disclosure Statement with Respect to the Debtors' Second Amended Chapter 11 Plan of Liquidation (Docket No. 2477, 03/21/11)

G.  Informal response from Andrey Mutchnik

H.  Informal response from the United States Trustee

I.  Informal response from Wells Fargo in its capacity as indenture trustee for the Trust Preferred Notes

J.  Informal response from the Official Committee of Unsecured Creditors

K.  **Supplement to the Objections of Pamela J. Peerce-Landers and Bruce K. Landers to Third Amended Disclosure Statement with Respect to the Debtors' Second Amended Chapter 11 Plan of Liquidation and to Debtors' Second Amended Chapter 11 Plan of Liquidation (Docket No. 2503, 03/28/11)**

L.  **[Undocketed] 03/28/11 Objection (by Andrey Mutchnik) to Debtors Motion for Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Establishing Deadline and Procedures for Filing Objection; (IV) Approving Publication Notice Regarding the Plan and Other Deadlines; and (V) Granting Related Relief**

Related Documents:

A.  Second Amended Chapter 11 Plan of Liquidation (Docket No. 2415, 02/23/11)

B.  Third Amended Disclosure Statement with Respect to the Debtor's First Amended Chapter 11 Plan of Liquidation (Docket No. 2416, 02/23/11)

C.  [Blackline] Second Amended Chapter 11 Plan of Liquidation (Docket No. 2418, 02/24/11)

D.  [Blackline] Third Amended Disclosure Statement with Respect to the Debtor's First Amended Chapter 11 Plan of Liquidation (Docket No. 2419, 02/24/11)

E.  First Amended Chapter 11 Plan of Liquidation (Docket No. 2103, 09/15/10)

F.  Second Amended Disclosure Statement with Respect to the Debtor's First Amended Chapter 11 Plan of Liquidation (Docket No. 2145, 11/05/10)

G.  [Blackline] Second Amended Disclosure Statement With Respect to the Debtors' First Amended Chapter 11 Plan of Liquidation (Docket No. 2146, 11/05/10)

H.  [Blackline] First Amended Chapter 11 Plan of Liquidation (Docket No. 2104, 10/29/10)

I.  First Amended Disclosure Statement with Respect to the Debtor's First Amended Chapter 11 Plan of Liquidation (Docket No. 2105, 10/29/10)

J.  [Blackline] First Amended Disclosure Statement with Respect to the Debtor's First Amended Chapter 11 Plan of Liquidation (Docket No. 2106, 10/29/10)

K.  Debtors' Chapter 11 Plan of Liquidation (Docket Nos. 1946, 09/15/10)

L.  Disclosure Statement with Respect to the Debtors' Chapter 11 Plan of Liquidation (Docket Nos. 1947, 09/15/10)

M.  Amended Notice of Hearing on the Disclosure Statement (Docket No. 2487, 03/23/11)

N.  **Notice of Filing of Form of Plan Support Letter by Creditors Committee (Docket No. 2507, 03/28/11)**

Status: This matter is going forward.

2.  Debtors' Emergency Motion to Restrict Public Access to Response to Disclosure Statement With Respect to the Debtors' Chapter 11 Plan of Liquidation Filed By David Osborn and Bart A. Brown, Jr. (Docket No. 2086, 10/27/10)

    Response Deadline: November 1, 2010 at 12:00 Noon.

    Responses Received:

    A.  Objection to Debtors Emergency Motion to Restrict Public Access to Response to Disclosure Statement With Respect to Responses to Debtors' Chapter 11 Plan of Liquidation Filed By David Osborn and Bart A. Brown, Jr. (Docket No. 2127, 11/01/10)

    Related Documents:

A. Response to Disclosure Statement with Respect to the Debtors' Chapter 11 Plan of Liquidation [Filed by David Osborn and Bart A. Brown, Jr.] (Docket No. 2081, 10/27/10)

B. Notice of Hearing Debtors' Emergency Motion to Restrict Public Access to Response to Disclosure Statement With Respect to the Debtors' Chapter 11 Plan of Liquidation Filed By David Osborn and Bart A. Brown, Jr. (Docket No. 2095, 10/28/10)

Status: This matter is going forward.

3. Motion to Strike the Objections of Pamela J. Peerce-Landers and Bruce K. Landers to Third Amended Disclosure Statement with Respect to the Debtors' Second Amended Chapter 11 Plan of Liquidation and to Debtors' Second Amended Chapter 11 Plan of Liquidation (Docket No. 2500, 03/25/10)

Response Deadline: At the hearing.

Responses Received: None as of the date of this agenda.

Related Documents:

A. **Motion to Fix Hearing Date and Motion to Shorten Time to Object or Respond to Motion to Strike the Objections of Pamela J. Peerce-Landers and Bruce K Landers to Third Amended Disclosure Statement with Respect to the Debtors' Second Amended Chapter 11 Plan of Liquidation and to Debtors' Second Amended Chapter 11 Plan of Liquidation ["Motion to Shorten"] (Docket No. 2504, 03/28/10)**

Status: If the Court approves the Motion to Shorten, this matter will go forward.

4. **Debtors' Motion to Strike Objection of Joshua A. Weiss to Third Amended Disclosure Statement with Respect to the Debtors' Second Amended Chapter 11 Plan (Docket No. 2508, 03/28/10)**

**Response Deadline: At the hearing.**

**Responses Received: None as of the date of this agenda.**

**Related Documents:**

A. **Motion to Fix Hearing Date and Motion to Shorten Time to Object or Respond to Debtors' Motion to Strike Objection of Joshua A. Weiss to Third Amended Disclosure Statement with Respect to the Debtors' Second Amended Chapter 11 Plan ["Motion to Shorten"] (Docket No. 2509, 03/28/10)**

**Status: If the Court approves the Motion to Shorten, this matter will go forward.**

Dated: March 29, 2011				PACHULSKI STANG ZIEHL & JONES LLP

			<u>/s/ Kathleen P. Makowski</u>
			Laura Davis Jones (Bar No. 2436)
			James E. O'Neill (Bar No. 4042)
			Kathleen P. Makowski (Bar No. 3648)
			919 North Market Street, 17th Floor
			Wilmington, DE 19899-8705 (Courier 19801)
			Telephone: (302) 652-4100
			Facsimile: (302) 652-4400
			Email:	ljones@pszjlaw.com
				joneill@pszjlaw.com
				kmakowski@pszjlaw.com

			-and-

			HUNTON & WILLIAMS LLP
			Gregory G. Hesse (Texas Bar No. 09549419)
			Lynnette R. Warman (Texas Bar No. 20867940)
			Jesse T. Moore (Texas Bar No. 24056001)
			1445 Ross Avenue, Suite 3700
			Dallas, Texas 75202
			Telephone: (214) 979-3000
			Telecopy: (214) 880-0011
			Email:	ghesse@hunton.com
				lwarman@hunton.com
				jtmoore@hunton.com

			Attorneys For The Debtors And Debtors In Possession