IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ACCREDITED HOME LENDERS HOLDING ) | Case No. 09-11516 (MFW) |
| CO., et al [1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |
| OFFICIAL COMMITTEE OF UNSECURED ) | |
| CREDITORS, on behalf of ACCREDITED ) | |
| HOME LENDERS HOLDING, CO., et al., ) | |
| ) | Adv. Pro. No. 10-50980 (MFW) |
| Debtor-Plaintiff, ) | |
| v. ) | |
| ) | |
| ACCREDITED MORTGAGE LOAN REIT ) | |
| TRUST, ) | |
| ) | |
| Defendants. ) | **Related To Docket No. 2713** |

## <u>AMENDED</u>
## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 19, 2011 AT 10:30 A.M. PLEASE NOTE THAT THE HEARING WILL BE HELD BEFORE THE HONORABLE MARY F. WALRATH AT THE FOLLOWING LOCATION: 824 N. MARKET STREET, 5th FLOOR, COURTROOM NO. 4, WILM., DE

## <u>CONTINUED OBJECTIONS TO CLAIMS:</u>

1. Debtors' Objection to Claims of the Department of Treasury Internal Revenue Service Claim Nos. 474 and 475 (Docket No. 1134, 12/08/09)

   <u>Response Deadline:</u> January 20, 2010 at 4:00 p.m.

   <u>Responses Received:</u>

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 4 Embarcadero Center, Suite 120, San Francisco, CA 94111. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

A.  United States Response to Debtors' Objection to Claims of the Department of Treasury Internal Revenue Service Claim Nos. 474 and 475 (Docket No. 1224, 01/20/10)

Related Documents: None.

Status: The hearing on this matter is continued to the June 23, 2011 hearing at 2:00 p.m. (prevailing Eastern time).

2. Debtors' Eighth (Substantive and Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1303, 02/17/10)

Response Deadline: May 10, 2010, at 4:00 p.m.

Responses: See Exhibit A attached hereto.

Related Documents:

A.  Notice of Submission of Proofs of Claim in Connection with Debtors' Sixth (Non-Substantive) Omnibus Objection to Claims, Debtors' Eighth (Substantive and Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 [For Claims With No Responses] (Docket No. 1389, 03/18/10)

Status: The hearing on this matter is continued to the June 23, 2011 hearing at 2:00 p.m. (prevailing Eastern time) as reflected on Exhibit A.

3. Debtors' Tenth (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1394, 03/22/10)

Response Deadline: April 14, 2010 at 4:00 p.m.

Responses Received: Informal response from EA Boniakowski Agency, Inc.

Related Documents:

A.  Notice of Submission of Proofs of Claim in Connection with Debtors' Tenth (Non-Substantive) Omnibus Objection to Claims and Debtors' Eleventh (Substantive and Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1447, 04/07/10)

Status: This matter is fully resolved except for the EA Boniakowski Agency, Inc. claim. The hearing with respect to this claim is continued to the June 23, 2011 hearing at 2:00 p.m. (prevailing Eastern time).

4. Motion for Reconsideration from March 30, 2010 Order Disallowing Claims Filed By Carrie L. Luft and Denying as Moot Movant Luft's Motion for Relief From the Automatic Stay (Docket No. 1453, 04/09/10)

Response Deadline: June 14, 2010 at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: The hearing on this matter is continued to the June 23, 2011 hearing at 2:00 p.m. (prevailing Eastern time).

5. Debtors' Twelfth (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b0 and Bankruptcy Rule 3007 (Docket No. 1554, 5/20/10)

   Response Deadline: Extended for Alan M. Jacobs, Liquidating Trustee of the New Century Trust.

   Responses Received:

   A. New Century Liquidating Trustee's Response to Debtors' Twelfth (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b0 and Bankruptcy Rule 3007 (Docket No. 2701, 05/16/11)

   Related Documents: None.

   Status: This matter is fully resolved except for the claims of Alan M. Jacobs as Liquidating Trustee of the New Century Liquidating Trust. The hearing on this claim is continued to the June 23, 2011 hearing at 2:00 p.m. (prevailing Eastern time).

6. Debtors' Fourteenth (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1556, 05/20/10)

   Response Deadline: June 14, 2010 at 4:00 p.m. Response deadline extended to May 12, 2011 at 4:00 p.m. for HSBC Bank USA N.A.

   Responses Received: Informal response from HSBC Bank, USA, N.A. ("HSBC")

   Related Documents: None.

   Status: This matter is fully resolved except for the claim of HSBC. The HSBC claim is resolved pending documentation and the hearing on the HSBC claim is continued to the June 23, 2011 hearing at 2:00 p.m. (prevailing Eastern time).

7. Objection to Claim by Claimant(s) Deutsche Bank National Trust Company (Docket No. 1567, 05/21/10)

   Response Deadline: June 14, 2010 at 4:00 p.m. Response deadline extended to June 16, 2011 for Deutsche Bank National Trust Company.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

A.  Notice of Service [executed signature page for Declaration] (Docket No. 1589, 05/26/10)

B.  Notice of Submission of Proofs of Claim in Connection with Debtors' Objection to Claims Filed by Deutsche Bank National Trust Company Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 (Docket No. 1619, 06/9/10)

Status: The hearing on this matter is continued to the June 23, 2011 hearing at 2:00 p.m. (prevailing Eastern time).

8.  Debtors' Objection to Claims Filed By US Bank, N.A. Pursuant to 11 U.S.C. §502(b) and Bankruptcy Rule 3007 (Docket No. 1568, 05/21/10)

    Response Deadline: June 14, 2010 at 4:00 p.m. Response deadline extended to April 18, 2011 for US Bank, N.A.

    Responses Received: None as of the date of this Notice of Agenda.

    Related Documents:

    A.  Notice of Service [executed signature page for Declaration] (Docket No. 1590, 05/26/10)

    B.  Notice of Submission of Proofs of Claim in Connection with Debtors' Objection to Claims Filed By US Bank, N.A. Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 1618, 06/09/10)

    Status: This matter is resolved pending documentation. The hearing with respect to the US Bank claim is continued to the June 23, 2011 hearing at 2:00 p.m. (prevailing Eastern time).

9.  Debtors' Amended Nineteenth (Substantive and Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 2219, 11/29/10)

    Response Deadline: November 23, 2010 at 4:00 p.m. Extended to February 17, 2011 for Kodiak CDO I Ltd, Kodiak CDO II Ltd, and JP Morgan Chase Funding Inc.

    Responses Received:

    A.  Informal response of Kodiak CDO I Ltd and Kodiak CDO II Ltd.

    Related Documents:

A. Corrected Exhibit D (Docket No. 2195, 11/19/10)

B. Notice of Submission of Proofs of Claim in Connection with Debtors' Amended Nineteenth (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 2246, 12/07/10)

C. Order Granting and Sustaining Debtors' Amended Nineteenth (Non-Substantive) Omnibus Objection to Claims (Docket No. 2272, 12/21/11)

Status: This matter is fully resolved except for the claims of Kodiak CDO I Ltd and Kodiak CDO II Ltd. ("Kodiak"). The Kodiak Claims will be resolved upon confirmation of the Plan. If the Plan is confirmed, the Objection to the Kodiak Claims will be withdrawn. If the Plan is not confirmed, this matter will be continued to the hearing scheduled for June 23, 2011 at 2:00 p.m. (prevailing Eastern time).

**CONTINUED MATTERS:**

10. Motion of Kodiak CDO I, Ltd., Kodiak CDO II, Ltd., and JPMorgan Chase Bank, N.A. for Entry of an Order converting the Debtors' Chapter 11 Cases to Chapter 7 Cases Pursuant to 11 U.S.C. Section 1112 (b) (Docket No. 173, 06/19/09)

Response Deadline: June 30, 2009 at 12:00 Noon. The deadline for further responses has been extended to May 13, 2010 at 4:00 p.m.

Responses Received:

A. Joinder of Citigroup Global Realty Markets to the Motion of Kodiak CDO I, Ltd., Kodiak CDO II, Ltd., and JPMorgan Chase Bank, N.A. for Entry of an Order converting the Debtors' Chapter 11 Cases to Chapter 7 Cases Pursuant to 11 U.S.C. Section 1112 (b) (Docket No. 182, 06/22/09)

B. Initial Objection of the Official Committee of Unsecured Creditors to Motion of Kodiak CDO I, Ltd., Kodiak CDO II, Ltd., and JPMorgan Chase Bank, N.A. for Entry of an Order converting the Debtors' Chapter 11 Cases to Chapter 7 Cases Pursuant to 11 U.S.C. Section 1112 (b) (Docket No. 183, 06/22/09)

C. Debtors' Objection To Motion of Kodiak CDO I Ltd., Kodiak CDO II, Ltd. And JPMorgan Chase Bank, N.A. To Shorten Notice Regarding Motion To Shorten Notice Regarding Motion For Entry of An Order Converting the Debtors' Chapter 11 Cases to Chapter 7 Cases Pursuant to 11 U.S.C. Sec. 1112(b) (Docket No. 186, 06/22/09)

D. Debtors' Objection to the Motion for Entry of an Order Converting the Debtors' Chapter 11 Cases to Chapter 7 Cases (Docket No. 212, 06/30/09)

E.  Objection of Lyle and Patricia Wroan to the Motion to Convert of Kodiak CDO, LTD, and JPMorgan Chase Bank, NA (Docket No. 216, 06/30/09)

F.  Preliminary Response of United States Trustee to Motion of Kodiak CDO I, Ltd., Kodiak CDO II, Ltd., and JPMorgan Chase Bank, N.A. for Entry of an Order converting the Debtors' Chapter 11 Cases to Chapter 7 (Docket No. 238, 07/01/09)

Related Documents:

A.  Order (with additions of the Court) Granting Motion of Kodiak CDO I Ltd., Kodiak CDO II Ltd., and JPMorgan Chase Bank N.A. to Shorten Notice Regarding Motion for Entry of an Order converting the Debtors' Chapter 11 Cases to Chapter 7 Cases Pursuant to 11 U.S.C. Section 1112 (b) (Docket No. 191, 06/22/09).

Status: This matter will be resolved upon confirmation of the Plan. If the Plan is confirmed, the motion will be moot. If the Plan is not confirmed, this matter will be continued to the hearing scheduled for June 23, 2011 at 2:00 p.m. (prevailing Eastern time).

11. Motion of The Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing, and Authority to Investigate and Prosecute Claims and Causes of Action on Behalf of the Committee, Debtors, and Debtors Estates and Settle Claims on Behalf of the Debtors Estates (Docket No. 1203, 01/06/10)

Response Deadline: January 20, 2010 at 4:00 p.m. Deadline extended to September 1, 2010 at 4:00 p.m.

Responses Received:

A.  Objection of Lone Star Creditors to Motion of the Official Unsecured Creditors Committee for Entry of an Order Granting Leave, Standing, and Authority to Investigate and Prosecute Claims and Causes of Action on Behalf of the Committee, Debtors, and Debtors Estates and Settle Claims on Behalf of the Debtors Estates (Docket No. 1529, 05/13/10)

B.  Debtors' Objection to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing, and Authority to Investigate and Prosecute Claims and Causes of Action on Behalf of the Committee, Debtors, and Debtors Estates and Settle Claims on Behalf of the Debtors Estates (Docket No. 1530, 05/13/10)

Related Documents:

A.  [Signed] Order Approving Stipulation Concerning The Investigation, Assertion And Prosecution Of Certain Of The Debtors And Estates Subordination And

Recharacterization Claims And Other Causes Of Action Against AHL Mortgage Loan REIT Trust (Docket No. 1306, 02/17/10)

B. [Signed] Order Approving Revised Stipulation Concerning The Investigation, Assertion And Prosecution Of Certain Of The Debtors And Estates Subordination And Recharacterization Claims And Other Causes Of Action Against AHL Mortgage Loan REIT Trust (Docket No. 1323, 02/19/10)

D. Re-Notice of Hearing on Motion of The Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing, and Authority to Investigate and Prosecute Claims and Causes of Action on Behalf of the Committee, Debtors, and Debtors Estates and Settle Claims on Behalf of the Debtors Estates (Docket No. 1507, 04/28/10)

Status: This matter will be resolved upon confirmation of the Plan. If the Plan is confirmed, the motion will be moot. If the Plan is not confirmed, this matter will be continued to the hearing scheduled for June 23, 2011 at 2:00 p.m. (prevailing Eastern time).

12. Motion for Relief from Stay Under Section 362(d) of the Bankruptcy Code and/or for Abstention, for Permission to Proceed on Claim Not Filed Before Bar Date, and to Compel Production of Insurance Information [Filed by Amos Twito] (Docket No. 1725, 07/09/10)

Response Deadline: August 11, 2010 at 4:00 p.m. Extended to September 14, 2010 at 4:00 p.m. (prevailing Eastern time).

Responses Received: None as of the date of this Notice of Agenda.

Related Documents: None.

Status: The hearing on this matter is continued to the June 23, 2011 hearing at 2:00 p.m. (prevailing Eastern time).

13. Motion for Relief from Stay [Filed by Karla Brown] (2639, 04/28/11)

Response Deadline: May 16, 2011 at 4:00 p.m.; Extended for the Debtors to June 16, 2011.

Responses Received: None to date.

Status: The hearing on this matter is continued to the June 23, 2011 hearing at 2:00 p.m. (prevailing Eastern time).

## ADVERSARY PROCEEDING STAYED:

14. <u>Official Committee of Unsecured Creditors v. Accredited Mortgage Loan REIT Trust</u> (Adv. Pro. No. 10-50980)

    Contested Matters:

    A. Motion to Intervene in Adversary Proceeding (Docket No. 16, 06/28/10)

    B. Motion for Standing to Assert Claims of Accredited Home Lenders Holdings Co. [Filed by JPMorgan Chase Bank, N.A., Kodiak CDO I, Ltd., Kodiak CDO II, Ltd.] (Docket No. 29, 09/02/10)

    C. Motion for Clarification and Reconsideration [Filed by JPMorgan Chase Bank, N.A., Kodiak CDO I, Ltd., Kodiak CDO II, Ltd.] (Docket No. 34, 09/10/10)

    Responses Received:

    A. Opposition of the Official Committee of Unsecured Creditors to Kodiak CDO I, Ltd., Kodiak CDO II, Ltd., and JPMorgan Chase Bank, N.A.'s Motion to Intervene in Adversary Proceeding (Docket No. 21, 08/10/10)

    B. Objection of the Official Committee of Unsecured Creditors to Kodiak CDO I, Ltd., Kodiak CDO II, Ltd. and JP Morgan Chase Bank, N.A.'s Motion for Clarification and Reconsideration (Docket No. 35, 09/16/10)

    C. Opposition of the Official Committee of Unsecured Creditors to Kodiak CDO I, Ltd., Kodiak CDO II, Ltd., and JPMorgan Chase Bank, N.A. Motion for Standing to Assert Claims of Accredited Home Lenders Holdings Co. (Docket No. 36, 09/16/10)

    Replies Received:

    A. Reply Brief on Motion to Intervene in Adversary Proceeding [Filed by JPMorgan Chase Bank, N.A., Kodiak CDO I, Ltd., Kodiak CDO II, Ltd.] (Docket No. 26, 09/01/10)

    Related Documents:

    A. [Signed] Order Staying Adversary Proceeding (Docket No. 32, 09/07/10)

    B. Stipulation Further Extending Stay of Adversary Proceeding (Docket No. 58, 03/16/11)

    Status: This matter will be resolved upon confirmation of the Plan. If the Plan is confirmed, the motion will be moot.

## UNCONTESTED MATTER:

15. Loizides PA's Motion to Withdraw as Counsel to Amos Twito (Docket No. 2472, 03/17/11)

    Response Deadline: May 12, 2011 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A. Notice of Hearing Regarding Loizides PA's Motion to Withdraw as Counsel to Amos Twito (Docket No. 2580, 04/07/11)

    B. **Certificate of No Objection re Loizides PA's Motion to Withdraw as Counsel to Amos Twito (Docket No. 2716, 05/17/11)**

    Status: **A certification of no objection has been filed.**

## OMNIBUS OBJECTION TO CLAIMS GOING FORWARD:

16. Debtors' Twenty-Third (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 2608, 04/18/11)

    Response Deadline: May 12, 2011 at 4:00 p.m.

    Responses Received: **Informal response by Lehman Brothers Holdings Inc. ("Lehman Bros.")**

    Related Documents:

    A. Notice of Submission of Proof of Claim in Connection with Debtors' Twenty-Third (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Docket No. 2662, 05/05/11)

    Status: **This matter is going forward with respect to those claims for which no response was received. The hearing with respect to the Lehman Bros. claim is continued to the hearing scheduled for June 23, 2011 at 2:00 p.m. (prevailing Eastern time).**

## CONTESTED MATTERS GOING FORWARD:

17. Debtors' Motion for an Order Authorizing Settlement Agreement with Bart A. Brown Pursuant to Federal Rule of Bankruptcy Procedure 9019 (Docket No. 2705, 05/16/11)

    Response Deadline: May 18, 2011 at 5:00 p.m.

Responses Received: **Informal response from the Official Committee of Unsecured Creditors (the "Committee").**

Related Documents:

A. Order Shortening Notice and Objection Periods for Debtors' Motion for an Order Authorizing Settlement Agreement with Bart A. Brown Pursuant to Federal Rule of Bankruptcy Procedure 9019 (Docket No. 2711, 05/17/11))

Status: This matter is going forward. **The Debtors will be submitting a revised form of order incorporating the Committee's suggested changes.**

18. Debtors' Emergency Motion to Restrict Public Access to Response to Disclosure Statement With Respect to the Debtors' Chapter 11 Plan of Liquidation Filed By David Osborn and Bart A. Brown, Jr. (Docket No. 2086, 10/27/10)

    Response Deadline: November 1, 2010 at 12:00 Noon.

    Responses Received:

    A. Objection to Debtors Emergency Motion to Restrict Public Access to Response to Disclosure Statement With Respect to Responses to Debtors' Chapter 11 Plan of Liquidation Filed By David Osborn and Bart A. Brown, Jr. (Docket No. 2127, 11/01/10)

    Related Documents:

    A. Response to Disclosure Statement with Respect to the Debtors' Chapter 11 Plan of Liquidation [Filed by David Osborn and Bart A. Brown, Jr.] (Docket No. 2081, 10/27/10)

    B. Notice of Hearing Debtors' Emergency Motion to Restrict Public Access to Response to Disclosure Statement With Respect to the Debtors' Chapter 11 Plan of Liquidation Filed By David Osborn and Bart A. Brown, Jr. (Docket No. 2095, 10/28/10)

    C. Debtors' Motion for an Order Authorizing Settlement Agreement with Bart A. Brown Pursuant to Federal Rule of Bankruptcy Procedure 9019 (Docket No. 2705, 05/16/11)

    Status: This matter is resolved pending approval of the motion at #17 above.

19. Joint Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to (I) Preliminary Approve A Settlement Pursuant to Bankruptcy Rule 9019, (II) Approve the Form and Manner of Notice to Class Members of the Class Settlement, (III) Schedule a Fairness Hearing to Consider Final Approval of the Settlement and Class Counsel Fees and Costs, (IV) Finally Approve the Settlement

Pursuant to Bankruptcy Rule 7023 after the Fairness Hearing, (V) Modify the Class to Exclude Certain Individuals, and (VI) Grant Related Relief. (Docket No. 2221, 11/29/10)

Response Deadline: December 14, 2010 at 4:00 p.m.

Responses Received: Informal response from Vierra class counsel.

Related Documents:

A. Order Approving (I) Preliminary Settlement Pursuant to Bankruptcy Rule 9019, (II) Approve the Form and Manner of Notice to Class Members of the Class Settlement, (III) Schedule A Fairness Hearing to Consider Final Approval of the Settlement and Class Counsel Fees and Costs (Docket No. 2577, 04/07/11)

Status: This matter is going forward. The Debtors intend to submit a revised final order to the Court for approval.

20. Motion to Allow and Determine the Nature and the Amount of the Claim of Accredited Mortgage Loan Reit Trust Against Accredited Home Lenders Inc. and Against Accredited Home Lenders Holding Co.; Objection to Proof of Claim 551 [Filed by Andrey Mutchnik] (Docket No. 2524, 03/29/11)

Response Deadline: May 5, 2011 at 4:00 p.m.

Responses Received:

A. Accredited Mortgage Loan REIT Trust's Motion to Strike and Objection to Motion to Allow and Determine the Nature and Amount of the Claim of Accredited Mortgage Loan REIT Trust (Docket No. 2663, 05/05/11)

B. Joinder and Reservation of Rights of the Official Committee of Unsecured Creditors to Accredited Mortgage Loan REIT Trust's Motion to Strike and Objection to Motion to Allow and Determine the Nature and Amount of the Claim of Accredited Mortgage Loan REIT Trust (Docket No. 2665, 05/05/11)

C. Debtors' Objection to Motion to Allow and Determine the Nature and Amount of the Claim of Accredited Mortgage Loan REIT Trust and Joinder to Accredited Mortgage Loan REIT Trust's Motion to Strike the Same (Docket No. 2666, 05/05/11)

D. Objection to Motion to Allow and Determine the Nature and Amount of the Claim of Accredited Mortgage Loan REIT Trust and Joinder to Accredited Mortgage Loan REIT Trust's Motion to Strike Same [Filed by Ad Hoc Committee of Certain REIT Preferred Holders] (Docket No. 2692, 05/12/11)

Related Documents: None.

Status: This matter is going forward.

21. Motion for a FRBP 2004 Examination [Filed by Andrey Mutchnik] (Docket No. 2685, 05/11/11)

    Response Deadline: May 12, 2011

    Responses Received:

    A. Debtor's Objection to Motion for Federal Rule of Bankruptcy Procedure 2004 Examination Filed by Andrey Mutchnik (Docket No. 2702, 05/16/11)

    B. **Objection to Motion for 2004 Examination Filed by Andrey Mutchnik (filed by Bart Brown, Joshua A. Weiss) (Docket No. 2714, 5/17/11)**

    Replies Received:

    A. Reply by Andrey Mutchnik to Motion for a FRBP 2004 Examination (Docket No. 2709, 05/17/11)

    Status: This matter is going forward.

22. Debtors' Motion to Establish Distribution Reserves, Authorize Interim Distributions, and Prohibit the Assertion of Certain Claims (Docket No. 2652, 04/29/11)

    Response Deadline: May 12, 2011 at 4:00 p.m.

    Responses Received:

    A. Response and Objection of Lyle and Patricia Wroan to Debtors' Motion to Establish Distribution Reserves, Authorize Interim Distributions and Prohibit the Assertion of Certain Claims (Docket No. 2667, 05/06/11)

    B. Response to Notice of Debtors' Motion to Establish Distribution Reserves, Authorize Interim Distributions and Prohibit the Assertion of Certain Claims [Filed by Bruce K. Landers, Pamela J. Peerce-Landers] (Docket No. 2677, 05/10/11)

    C. Informal response by the Official Committee of Unsecured Creditors (the "Committee").

    D. Limited Objection and Reservation of Rights of Iron Mountain Information Management Inc. the Debtor's Motion to Establish Reserves (Docket No. 2689, 05/12/11)

E. Response to Debtors' Motion to Establish Distribution Reserve, Authorize Interim Distributions, and Prohibit Assertion of Certain Claims [Filed by Nathan Mark Shilberg] (Docket No. 2691, 05/12/11)

F. Informal response by Alan M. Jacobs, Liquidating Trustee of the New Century Liquidating Trust.

Related Documents: None.

Status: **This matter is continued. The Debtors are continuing to negotiate with the responding parties, including the Committee, and will either submit a revised form of order under certification of counsel or request a new hearing date from the court.**

23. Debtors Motion for an Order Authorizing Settlement Agreement with Joshua Weiss Pursuant to Federal Rule of Bankruptcy Procedure 9019 (Docket No. 2681, 05/10/11)

    Response Deadline: May 18, 2011 at 5:00 p.m.

    Responses Received: **Informal response from the Official Committee of Unsecured Creditors (the "Committee").**

    Related Documents:

    A. [Signed] Order Shortening Notice and Objection Periods for Debtors' Motion for an Order Authorizing Settlement Agreement with Joshua Weiss Pursuant to Federal Rule of Bankruptcy Procedure 9019 (Docket No. 2684, 05/11/11)

    B. Notice of Hearing with Respect to Debtors Motion for an Order Authorizing Settlement Agreement with Joshua Weiss Pursuant to Federal Rule of Bankruptcy Procedure 9019 (Docket No. 2688, 05/11/11)

    Status: This matter is going forward. **The Debtors will be submitting a revised form of order incorporating the Committee's suggested changes.**

## CONFIRMATION HEARING:

24. Debtors' Fourth Amended Chapter 11 Plan of Liquidation (Docket No. 2547, 04/04/11)

    Response Deadline: May 10, 2011 at 4:00 p.m.

    Responses Received:

    A. Objection of Pamela J. Peerce-Landers and Bruce K. Landers to Debtors' Chapter 11 Plan of Liquidation (Docket No. 2018, 10/14/10)
    - **Resolved.**

B.  Response to Disclosure Statement with Respect to the Debtors' Chapter 11 Plan of Liquidation [Filed by David Osborn and Bart A. Brown, Jr.] (Docket No. 2081, 10/27/10)
    - Resolved pending approval of motion at #17 above

C.  Objection by Pamela J. Peerce-Landers and Bruce K. Landers to Second Amended Disclosure Statement with Respect to the Debtor's First Amended Chapter 11 Plan of Liquidation (Docket No. 2185, 11/15/10)
    - **Resolved.**

D.  Objection of Pamela J. Peerce-Landers and Bruce K. Landers to Third Amended Disclosure Statement with Respect to the Debtors' Second Amended Chapter 11 Plan of Liquidation and to Debtors' Second Amended Chapter 11 Plan of Liquidation (Docket No. 2474, 03/18/11)
    - **Resolved.**

E.  Objection of Joshua A. Weiss to Third Amended Disclosure Statement with Respect to the Debtors' Second Amended Chapter 11 Plan of Liquidation (Docket No. 2477, 03/21/11)
    - Resolved pending approval of motion at #23 above

F.  Informal response from Wells Fargo in its capacity as indenture trustee for the Trust Preferred Notes
    - Resolved pending confirmation of the Plan

G.  Supplement to the Objections of Pamela J. Peerce-Landers and Bruce K. Landers to Third Amended Disclosure Statement with Respect to the Debtors' Second Amended Chapter 11 Plan of Liquidation and to Debtors' Second Amended Chapter 11 Plan of Liquidation (Docket No. 2503, 03/28/11)
    - **Resolved.**

H.  Objection to Debtors' Motion to Strike Objection of Joshua A. Weiss to Fourth Amended Disclosure Statement with Respect to the Debtors' Third Amended Chapter 11 Plan of Liquidation and Supplement to Disclosure Statement Objection (Docket No. 2522, 03/29/11)
    – Resolved pending approval of motion at #23 above

I.  Objection of Pamela J. Peerce-Landers and Bruce K. Landers to Confirmation of Debtors' Fourth Amended Chapter 11 Plan of Liquidation (Docket No. 2669 05/09/11)
    – **Resolved.**

J.  Objection to Confirmation of Plan Filed by United States on behalf of Internal Revenue Service (Docket No. 2679, 05/10/11)
    - Resolved pending documentation

K.    Application for Permission for Leave to File Claims Estimation Motion and
      Affidavit of Larry B. Moore, Creditor (Undocketed, 05/16/11)
      – This matter is going forward.

Related Documents:

A.    Fifth Amended Disclosure Statement With Respect to Debtors' Fourth Amended
      Chapter 11 Plan of Liquidation (Docket No. 2551, 04/04/11)

B.    Order (REVISED) (I) Approving the Disclosure Statement; (II) Establishing
      Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan;
      (III) Establishing Deadline and Procedures for Filing Objections; (IV) Approving
      Publication Notice Regarding the Plan and Other Deadlines; and (V) Granting
      Related Relief (Docket No. 2579, 04/07/11)

C.    Notice of (i) Approval of Disclosure Statement, (ii) Deadline for Voting on the
      Debtors' Fourth Amended Chapter 11 Plan of Liquidation, (iii) Consideration of
      Confirmation of the Plan and (iv) Last Date and Procedures for Filing Objections
      to Confirmation of the Plan (Docket No. 2581, 04/08/11)

D.    Plan Supplement to Debtors' Chapter 11 Plan of Liquidation (Docket No. 2654,
      05/02/11)

E.    Amended Plan Supplement to Debtors' Chapter 11 Plan of Liquidation (Docket
      No. 2658, 05/03/11)

F.    Statement by the Official Committee of Unsecured Creditors in Support of
      Confirmation of the Debtors' Fourth Amended Chapter 11 Plan of Liquidation
      (Docket No. 2693, 05/13/11)

G.    Certification of Karen M. Wagner with Respect to the Tabulation of Votes on the
      Debtors' Fourth Amended Plan of Liquidation (Docket No. 2700, 05/15/11)

H.    Statement of Accredited Mortgage Loan REIT Trust and the Ad Hoc Committee
      of Certain REIT Preferred Holders in Support of Confirmation of the Debtors'
      Fourth Amended Chapter 11 Plan of Liquidation (Docket No. 2703, 05/16/11)

I.    Memorandum of Law of the Official Committee of Unsecured Creditors in
      Support of Approval of the REIT Settlement in Connection with Confirmation of
      the Debtors' Fourth Amended Chapter 11 Plan of Liquidation (Docket No. 2704),
      05/16/11)

J.    Declaration of Meade A. Monger in Support of Confirmation of the Debtors'
      Fourth Amended Chapter 11 Plan of Liquidation (Docket No. 2712, 05/17/11)

K.    Debtors' Memorandum of Law in Support of Confirmation of the Debtors' Fourth
      Amended Chapter 11 Plan of Liquidation (Docket No. 2707, 05/16/11)

L.  Declaration in Support Of Meade Monger In Support Of The Appointment Of AP Services, LLC As Liquidating Trustee And Plan Administrator Of The Debtors (Docket No. 2721, 05/18/11)

M.  Amended Chapter 11 Plan of Liquidation [Fifth Amended Plan] (Docket No. 2722, 5/18/11)

N.  Amended Chapter 11 Plan of Liquidation [Fifth Amended Plan] – Blackline (Docket No. 2723, 5/18/11)

O.  Second Amended Supplement to Debtors' Chapter 11 Plan of Liquidation (Docket No. 2726, 5/18/11)

Status: This matter is going forward.

Dated: May 18, 2011

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Kathleen P. Makowski
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  ljones@pszjlaw.com
    joneill@pszjlaw.com
    kmakowski@pszjlaw.com

-and-

HUNTON & WILLIAMS LLP
Gregory G. Hesse (Texas Bar No. 09549419)
Lynnette R. Warman (Texas Bar No. 20867940)
Jesse T. Moore (Texas Bar No. 24056001)
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: (214) 979-3000
Telecopy: (214) 880-0011
Email:  ghesse@hunton.com
    lwarman@hunton.com
    jtmoore@hunton.com
Attorneys For The Debtors And Debtors In Possession

# EXHIBIT A

# EXHIBIT A
## Responses To The Debtors' Eighth Omnibus Objection To Claims

| Claimant | Response | Status |
|---|---|---|
| Barbara H. Katz | Informal | Resolved. Order entered [D.I. #2314] |
| Lyle and Patricia Wroan | D.I. #1347 | Continued to June 23, 2011 at 2:00 p.m. (prevailing Eastern time) |
| Greg and Olga Johnson | D.I. #1357 | Disallowed. Order entered [D.I. #2422] |
| Christopher Kearns | D.I. #1358 | Continued to June 23, 2011 at 2:00 p.m. (prevailing Eastern time) |
| Luna Walker | D.I. #1359 | Disallowed. Order entered [D.I. #1523] |
| Karla Brown | D.I. #1362 | Continued to June 23, 2011 at 2:00 p.m. (prevailing Eastern time) |
| Norma Graham | D.I. #1363 | Continued to June 23, 2011 at 2:00 p.m. (prevailing Eastern time) |
| Jacquez V. Erni | Informal | Resolved Order Entered [D.I. 2470] |
| Myra Ciardi | Informal | Ordered entered [Docket No. 1921] |
| Mr. and Mrs. Frissora | Informal | Continued to June 23, 2011 at 2:00 p.m. (prevailing Eastern time) |
| Bowers W. Espy | Informal | Resolved. Order entered [D.I. #1420] |
| Gary M. Erickson | Informal | Resolved. Order entered [D.I. #1420] |
| David Hertzel | Informal | Resolved. Order entered [D.I. #1420] |
| James A. Konrath | Informal | Resolved. Order entered [D.I. #1420] |
| Joseph J. Lydon | Informal | Resolved. Order entered [D.I. #1420] |
| Stuart D. Marvin | Informal | Resolved. Order entered [D.I. #1420] |
| Jeffrey W. Crawford | Informal | Resolved. Order entered [D.I. #1420] |
| John S. Buchanan | Informal | Resolved. Order entered [D.I. #1420] |
| Richard T. Pratt | Informal | Resolved. Order entered [D.I. #1420] |
| Jody A. Gunderson | Informal | Resolved. Order entered [D.I. #1420] |
| James H. Berglund | Informal | Resolved. Order entered [D.I. #1420] |
| Residential Home Funding | Informal | Resolved. Order entered [D.I. #1510] |