IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ACCREDITED HOME LENDERS HOLDING CO., et al.[1] | ) ) ) | Case No. 09-11516 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | *Related to Docket No. 2681* |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING DEBTORS' MOTION FOR AN ORDER AUTHORIZING SETTLEMENT AGREEMENT WITH JOSHUA WEISS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

The under signed hereby certifies that:

1. On May 10, 2011, the Debtors filed the Motion for an Order Authorizing Settlement Agreement with Joshua Weiss Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2681] (the "Motion").

2. On May 11, 2011, the Court entered the Order Shortening Notice and Objection Periods for Motion [Docket No. 2684] which set the hearing for the Motion and the objection deadline (the "Objection Deadline") for the Motion for May 18, 2011 at 5:00 p.m.

3. Prior to the Objection Deadline, the Debtors received informal comments from the Official Committee of Unsecured Creditors (the "Committee") with respect to the revised form of Order approving the Motion.

4. The Debtors have incorporated the Committee's requested changes in the revised form of order (the "Proposed Order") attached hereto.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 100, San Diego, CA 92131. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

5. The Debtors, the Committee and counsel to Mr. Weiss have all consented to the Proposed Order.

6. The Debtors, therefore, respectfully request that the Court enter the Proposed Amended Order at its earliest convenience.

Dated: May 20, 2011

PACHULSKI STANG ZIEHL & JONES LLP

/s/Kathleen P. Makowski
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:      ljones@pszjlaw.com
            joneill@pszjlaw.com
            kmakowski@pszjlaw.com

-and-

HUNTON & WILLIAMS LLP
Gregory G. Hesse (Texas Bar No. 09549419)
Lynnette R. Warman (Texas Bar No. 20867940)
Jesse T. Moore (Texas Bar No. 24056001)
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: (214) 979-3000
Telecopy: (214) 880-0011
Email:      ghesse@hunton.com
            lwarman@hunton.com
            jtmoore@hunton.com

Attorneys For The Debtors And Debtors In Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ACCREDITED HOME LENDERS | § | Case No. 09-11516 (MFW) |
| HOLDING CO., et al. | § | |
| | § | JOINTLY ADMINISTERED |
| Debtors.[1] | § | Related To Docket No. 2681 |

### ORDER MODIFYING THE AUTOMATIC STAY
### AND AUTHORIZING SETTLEMENT WITH JOSHUA WEISS

Upon consideration of the Motion of the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") for an order pursuant to Federal Rule of Bankruptcy Procedure 9019 authorizing the Debtors to enter into the proposed settlement resolving the claim of Joshua Weiss ("Weiss"), the pleadings and applicable law, and finding that proper notice of the Motion was provided, and that cause exists for granting the Motion and that the relief ordered herein is in the best interests of the Debtors, their creditors, and their bankruptcy estates, and that the proposed settlement is fair and reasonable, it is hereby

ORDERED that the settlement with Weiss is approved; and it is further

ORDERED that the Debtors may execute the Settlement Agreement[2] and deliver all documents necessary or useful to effectuate the Settlement Agreement; and it is further

ORDERED that Weiss may not assert any other claims against the Debtors or their estates; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 120, San Diego, CA 92131. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

[2] Undefined capitalized terms herein shall be ascribed the same meaning as provided in the Motion.

DOCS_DE:170149.1

ORDERED that this Court shall retain jurisdiction to determine the extent and effect of this Order.

Wilmington, Delaware
Date: May ____, 2011

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge