In re: Accredited Home Lenders Holding Co.

Case No. 09-11516 (MFW)

QUARTERLY OPERATING REPORT - POST-CONFIRMATION
REPORTING PERIOD: April 1, 2014 through June 30, 2014

ATTACHMENT NO. 1

### QUESTIONNAIRE

| | YES * | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business or outside the Plan of Reorganization during the reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past-due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

\* If the answer to questions 1, 2 or 3 above is "YES," provide a detailed explanation of each item on a separate sheet.

### INSURANCE INFORMATION

| | YES * | NO |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, workers' compensation and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

\* If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

### CONFIRMATION OF INSURANCE

| Type of Policy and Carrier | Period of Coverage | Payment Amount | Frequency | Delinquency Amount |
|---|---|---|---|---|
| Consolidated Accredited Home Lenders Holding Co. Combined Specialty Insurance - Indian Harbor Insurance Co. | 6/14/2014  12/31/2014 | $22,500 | extension | 0 |

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Interim distributions pursuant to the Plan.

Estimated Date of Filing the Application for Final Decree: December 2014

I declare under penalty of perjury that this statement and the accompanying dcouments and reports are true and correct to the best of my knowledge and belief.

_James K. Ransom_ (signature)    7/16/14

James K. Ransom
Controller
Accredited Home Lenders

Date

QUARTERLY OPERATING REPORT - POST-CONFIRMATION
REPORTING PERIOD: April 1, 2014 through June 30, 2014

Case No. 09-11516 (MFW)
ATTACHMENT NO. 2

CHAPTER 11 POST-CONFIRMATION
SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Case Name:
Case Number:
Date of Plan Confirmation: May 19, 2011

| | Accredited Home Lenders Holding Co. 09-11516 | | | | | | Accredited Home Lenders Inc/Liquidating Trust 09-11517** | | | | | | Vendor Management Services 09-11518* | Windsor Management Co. 09-11520* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q2 2013 | Q3 2013 | Q4 2013 | Q1 2014 | Q2 2014 | Post-Confirmation Total | Q1 2012 | Q2 2012 | Q3 2012 | Q4 2012 | Q1 2013 | Post-Confirmation Total | Post-Confirmation Total | Post-Confirmation Total |
| 1. CASH - beginning balance | $ 1,905,660 | $ 1,969,734 | $ 1,893,493 | $ 1,873,984 | $ 1,790,158 | $ 90,125 | $26,119,068 | $25,174,391 | $24,957,294 | $24,025,349 | $ 655,953 | $56,767,468 | $ 867,065 | $ 2,509,189 |
| 2. INCOME OR RECEIPTS during the Period | 1,585,624 | 82,333 | 49,179 | 104,563 | 72,970 | 31,957,619 | 250,733 | 288,773 | 219,886 | 262,096 | | 62,168,795 | | |
| 3. DISBURSEMENTS: | | | | | | | | | | | | | | |
| a. Operating Expenses (Fees/Taxes): | | | | | | | | | | | | | | |
|   (i) U.S.Trustee Quarterly Fees | 5,200 | 6,500 | 1,625 | 650 | 1,625 | 86,800 | 30,650 | 7,150 | 4,875 | 6,500 | | 80,225 | | |
|   (ii) Federal Taxes | 26,855 | 975 | - | 100,000 | - | 127,830 | - | - | - | - | | | | |
|   (iii) State Taxes | 900 | 250 | - | 858 | 800 | 2,883 | 150 | 2,533 | - | 707 | | 3,515 | | |
|   (iv) Other Taxes | - | - | - | - | - | - | 1,210 | 2,903 | - | - | | 4,113 | | |
| b. All Other Operating Expenses: | 488,595 | 150,848 | 67,063 | 86,881 | 65,667 | 5,556,248 | 575,794 | 481,808 | 1,041,062 | 619,506 | | 11,551,146 | 489 | |
| c. Plan Payments: | | | | | | | | | | | | | | |
|   Administrative Claims | | | | | | - | | | | | | | | |
|   Class C - Tax | | | | | | 100,000 | - | 2,699 | - | - | | 166,400 | | |
|   Class 1C | | | | | | | - | - | - | - | | 54,933 | | |
|   Class 2C | | | | | | | - | - | - | - | | 79,559 | | |
|   Class 3C | | | | | | | - | - | - | - | | 190,011 | | |
|   Class 4C | | | | | | 75,677 | 555,176 | - | 45,117 | 16,841,662 | | 95,420,179 | | |
|   Class 6C | | | | | | | 32,430 | 8,777 | 6,143 | 4,163,118 | | 8,808,632 | | |
|   Class 3H | 3,253 | - | - | - | - | 11,804,497 | | | | | | 2,376,132 | | |
|   Class 6H | 507,985 | - | - | - | - | 1,275,936 | | | | | | | | |
|   Class 7H | | | | | | 10,000,000 | | | | | | | | |
|   Class 8H | - | - | - | - | - | | | | | | | 2,000,000 | | |
| Subtotal Plan Payments | 511,238 | 158,573 | 68,688 | 188,389 | 68,092 | 23,256,110 | 587,606 | 11,476 | 51,260 | 2,000,000 | | 109,095,846 | | |
| d. Repayment of bridge loan | 488,762 | - | - | - | - | 2,800,000 | - | 505,871 | 1,097,197 | 23,004,780 | | | | |
| Total Disbursements (Operating & Plan) | 1,521,551 | 158,573 | 68,688 | 188,389 | 68,092 | 31,829,872 | 1,195,410 | | | 23,631,492 | | 120,734,844 | 489 | |
| 4. Intercompany settlement/consolidation of cash | - | - | - | - | - | 1,577,164 | - | - | (54,635) | (655,953) | (655,953) | 1,798,580 | (866,576) | (2,509,189) |
| 5. CASH - ending balance | $ 1,969,734 | $ 1,893,493 | $ 1,873,984 | $ 1,790,158 | $ 1,795,036 | $ 1,795,036 | $25,174,391 | $24,957,294 | $24,025,349 | $ 655,953 | $ (0) | $ (0) | $ - | $ - |

* case closed Jan. 2012
** case closed Jan. 2013

QUARTERLY OPERATING REPORT - POST-CONFIRMATION
REPORTING PERIOD: As of June 30, 2014

Case No. 09-11516 (MFW)
ATTACHMENT NO. 3

CHAPTER 11 POST-CONFIRMATION
BANK ACCOUNT RECONCILIATIONS

### Accredited Home Lenders Holding Co.   Case No: 09-11516

| Bank Account Information | Account #1 | Account #2 |
|---|---|---|
| Name of Bank | US Bank | US Bank |
| Account Number | 153492679615 | 153495857150 |
| Purpose of Account | Operating | Payroll |
| Type of Account | general/checking | checking, ZBA |
| 1. Balance per Bank Statement | 1,763,127 | - |
| 2. ADD: Deposits not credited | - | - |
| 3. SUBTRACT: Outstanding Checks | - | - |
| 4. Other Reconciling Items | - | - |
| 5. Month End Balance (must agree with books) | 1,763,127 | - |

### Accredited Home Lenders Inc/ Liquidating Trust   Case No: 09-11517       see note 1 below

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 | Account #6 |
|---|---|---|---|---|---|---|
| Name of Bank | US Bank | US Bank | US Bank | US Bank | US Bank | Texas Capital Bank |
| Account Number | 153491827918 | 153495512144 | 153491827934 | 153495341023 | 153495869387 | 1113027443 |
| Purpose of Account | Operating | A/P | Payroll Inc | Disbursement Clearing | Operating | General -LT money market |
| Type of Account | general | checking, ZBA | checking, ZBA | general | general | |
| | | *account closed* | | *account closed* | | *account closed* |
| 1. Balance per Bank Statement | 6,974 | - | - | - | 129,090 | - |
| 2. ADD: Deposits not credited | - | - | - | - | - | - |
| 3. SUBTRACT: Outstanding Checks | - | - | - | - | (104,109) | - |
| 4. Other Reconciling Items | - | - | - | - | - | - |
| 5. Month End Balance (must agree with books) | 6,974 | - | - | - | 24,982 | - |

**Note 1:**

The following Accredited Home Lenders Inc./Liquidating Trust bank accounts were transferred to/consolidated with Accredited Home Lenders Holding Co. as of 1-1-2013.

| | Account #1 | Account #3 | Account #5 |
|---|---|---|---|
| | US Bank | US Bank | US Bank |
| | 153491827918 | 153491827934 | 153495869387 |
| | Operating general | Payroll Inc checking, ZBA | Operating general |

QUARTERLY OPERATING REPORT - POST-CONFIRMATION  
REPORTING PERIOD: April 1, 2014 through June 30, 2014

Case No. 09-11516 (MFW)  
ATTACHMENT NO. 4

CHAPTER 11 POST-CONFIRMATION  
CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

Note: some payments listed below are for amounts owed by Accredited Home Lenders/Liquidating Trust as of December 31, 2012 but paid for with funds transferred to Accredited Home Lenders Holding Co.--see Note 1 on ATTACHMENT NO. 3

Accredited Home Lenders Holding Co.   Case No: 09-11516

| Name of Bank | US Bank |
| --- | --- |
| Account Number | 153492679615 |
| Purpose of Account | Operating |
| Type of Account | depository/checking |

| Check No. Wire No. Ref. No. | Date of Transaction | Payee | Purpose or Description | Amount |
| --- | --- | --- | --- | --- |
| check 1047 | 4/1/2014 | FC PAYROLL, INC | rent | 500.00 |
| check 1048 | 4/4/2014 | SHRED SAN DIEGO, LLC | data storage | 40.00 |
| check 1049 | 4/8/2014 | FRANCHISE TAX BOARD | state taxes | 800.00 |
| check 1050 | 4/25/2014 | SHRED SAN DIEGO, LLC | data storage | 51.50 |
| check 1051 | 4/25/2014 | US TRUSTEE | trustee fees Q1 | 1,625.00 |
| check 1052 | 4/30/2014 | FC PAYROLL, INC | rent | 500.00 |
| check 1053 | | void | | |
| check 1054 | | void | | |
| check 1055 | 5/7/2014 | MIKE PACKARD | IT support | 695.96 |
| check 1056 | 5/14/2014 | SECRETARY OF STATE | annual report | 25.00 |
| check 1057 | 5/30/2014 | FC PAYROLL, INC | rent | 500.00 |
| check 1058 | 5/30/2014 | SHRED SAN DIEGO, LLC | data storage | 40.00 |
| Wire transfers: | 4/24/2014 | SOURCECORP | data storage | 7,500.00 |
| Wire transfers: | 4/24/2014 | IRON MOUNTAIN-LOS ANGELES | data protection | 203.19 |
| Wire transfers: | 4/24/2014 | IRON MOUNTAIN-LOS ANGELES | data protection | 203.19 |
| Wire transfers: | 4/30/2014 | HUNTON & WILLIAMS LLP | professional fees | 14,298.24 |
| Wire transfers: | 4/30/2014 | AP SERVICES LLC | professional fees | 1,285.20 |
| Wire transfers: | 4/30/2014 | SOURCECORP | data storage | 7,500.00 |
| Wire transfers: | 5/30/2014 | IRON MOUNTAIN-LOS ANGELES | data protection | 203.19 |
| Wire transfers: | 5/30/2014 | AP SERVICES LLC | professional fees | 1,744.20 |
| Wire transfers: | 5/30/2014 | HUNTON & WILLIAMS LLP | professional fees | 16,253.32 |
| Wire transfers: | 6/27/2014 | SOURCECORP | data storage/retrieval | 9,101.50 |
| ACH DR | 4/15/2014 | CTS | tax service | 50.00 |

Sub-total: $ 63,119.49

QUARTERLY OPERATING REPORT - POST-CONFIRMATION
REPORTING PERIOD: April 1, 2014 through June 30, 2014

Case No. 09-11516 (MFW)
ATTACHMENT NO. 4

CHAPTER 11 POST-CONFIRMATION
CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

Accredited Home Lenders Holding Co.     Case No: 09-11516

| Name of Bank | US Bank |
| Account Number | 153491827918 |
| Purpose of Account | Operating |
| Type of Account | depository/checking |

| Check No. Wire No. Ref. No. | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| bnk dr | 4/14/2014 | US BANK | bank analysis service charge | 1,630.53 |
| bnk dr | 5/14/2014 | US BANK | bank analysis service charge | 1,701.83 |
| bnk dr | 6/13/2014 | US BANK | bank analysis service charge | 1,640.51 |
|  |  |  | Sub-total: $ | 4,972.87 |

CHAPTER 11 POST-CONFIRMATION
CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

Accredited Home Lenders Holding Co.     Case No: 09-11516

Total Holding Co: $ 68,092.36